UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| v. : | **MAGISTRATE NO. 21-MJ-089** |
| : | **MAGISTRATE NO. 21-MJ-079** |
| **MATTHEW BLEDSOE,** : | |
| **ERIC CHASE TORRENS,** : | **VIOLATIONS:** |
| **BLAKE AUSTIN REED, and** : | 18 U.S.C. §§ 1512(c)(2), 2 |
| **JACK JESSE GRIFFITH,** : | (Obstruction of an Official Proceeding) |
| also known as "Juan Bibiano," : | 18 U.S.C. § 1752(a)(1) |
| : | (Entering and Remaining in a Restricted |
| **Defendants.** : | Building or Grounds) |
| : | 18 U.S.C. § 1752(a)(2) |
| : | (Disorderly and Disruptive Conduct in a |
| : | Restricted Building or Grounds) |
| : | 40 U.S.C. § 5104(e)(2)(D) |
| : | (Disorderly Conduct in |
| : | a Capitol Building) |
| : | 40 U.S.C. § 5104(e)(2)(G) |
| : | (Parading, Demonstrating, or Picketing in |
| : | a Capitol Building) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **MATTHEW BLEDSOE** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and threatening Congressional officials.

(**Obstruction of an Official Proceeding and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **MATTHEW BLEDSOE, ERIC CHASE TORRENS, BLAKE AUSTIN REED**, and **JACK JESSE GRIFFITH**, also known as "Juan Bibiano," did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **MATTHEW BLEDSOE, ERIC CHASE TORRENS, BLAKE AUSTIN REED**, and **JACK JESSE GRIFFITH**, also known as "Juan Bibiano," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **MATTHEW BLEDSOE, ERIC CHASE TORRENS, BLAKE AUSTIN REED**, and **JACK JESSE GRIFFITH**, also known as "Juan Bibiano," willfully and knowingly engaged in disorderly and disruptive conduct in any of

the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **MATTHEW BLEDSOE, ERIC CHASE TORRENS, BLAKE AUSTIN REED**, and **JACK JESSE GRIFFITH,** also known as "Juan Bibiano," willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips/GPR*

Attorney of the United States in
and for the District of Columbia.

3