# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **Criminal No. 21-204-01 (BAH)** |
| v.      ) | **Chief Judge Howell** |
| ) | **Status: May 14, 2021** |
| MATTHEW BLEDSOE      ) | |

## GOVERNMENT'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION TO TEMPORARILY MODIFY TRAVEL RESTRICTION AND TO PERMIT SPECIAL WORK TRAVEL AND POINTS AND AUTHORITY IN SUPPORT THEREOF

COMES NOW the United States, by and through the United States Attorney for the District of Columbia, and partially opposes defendant Matthew Bledsoe's motion to temporarily modify his travel restriction. The government does not oppose the defendant's request to travel for work purposes to: 1) Willard, Missouri on May 6, 2021 and 2) Frisco, Texas on June 9 and June 10, 2021 per the details laid out in the defendant's motion. The government opposes the request to travel on as-yet undetermined dates to Naples, Florida at the end of May 2021. However, if more information is presented regarding the date(s) of the move, then the government may not oppose a subsequent motion.

Respectfully submitted,

_____/s/_____
Jamie Carter
D.C. Bar No. 1027970
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
E-mail: Jamie.Carter@usdoj.gov
Phone: (202) 252-6741

1