# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-204-01 (BAH) |
| v.           )( | Chief Judge Howell |
| )( | Status: September 24, 2021 |
| MATTHEW BLEDSOE    )( | |

## UNOPPOSED
## MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE
## TO PERMIT SPECIAL WORK TRAVEL
## AND POINTS AND AUTHORITY IN SUPPORT THEREOF

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully moves this Honorable Court to temporarily modify his conditions of release in this case to permit him to travel to Fort Lauderdale, Florida from September 1 to September 4, 2021 for work purposes.  In support of this motion, Mr. Bledsoe would show:

1.  As has been discussed at earlier hearings and verified by the Pretrial Services Agency (PSA), Mr. Bledsoe owns a moving company in Memphis, Tennessee.  Most of Mr. Bledsoe's business is for moves that occur within the Memphis area.  However, on occasion, Mr. Bledsoe does do moves that are outside the area.

2.  Currently, as a condition of his release in this case, Mr. Bledsoe is restricted to travel within a 150-mile radius of Memphis, Tennessee without first notifying the Pretrial Services Agency.  Additionally, Mr. Bledsoe is also on GPS location monitoring with a 10:00 p.m. to 6:00 a.m. curfew.

3.  Mr. Bledsoe has an upcoming moving job scheduled in which he will be moving a household from the Memphis area to Fort Lauderdale, Florida.  The move will occur from

1

September 1 to September 4, 2021.  For the move, Mr. Bledsoe will leave the Memphis area early in the morning on September 1 and arrive in Fort Lauderdale the following day (he will spend the night somewhere on the road).  He will complete the move in Fort Lauderdale on September 2 and September 3.  He will leave Fort Lauderdale on September 3 and arrive back home in Memphis late the following day (again spending the night somewhere on the road).

      4.      On August 19, 2021, undersigned counsel spoke by phone with Assistant United States Attorneys Jamie Carter and Mitra Jafary-Hariri.  Ms. Carter and Ms. Jafary-Hariri graciously indicated that the government does not oppose this motion by Mr. Bledsoe to temporarily modify his conditions of release in this case to permit him to travel to Fort Lauderdale, Florida form September 1 to September 4, 2021 for work purposes.

      5.      Conditions of release can be modified by a judicial officer at any time.  18 U.S.C. § 3142(c)(3).

      WHEREFORE, the defendant, Matthew Bledsoe, moves this Honorable Court to temporarily modify his conditions of release in this case to permit him to travel to Fort Lauderdale, Florida from September 1 to September 4, 2021 for work purposes.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101

2