# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-204-01 (BAH) |
| v.          )( | Chief Judge Howell |
| )( | Status: November 19, 2021 |
| MATTHEW BLEDSOE )( | |

## NOTICE OF MISTAKE IN MOST-RECENT MOTION

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully notifies this Honorable Court and the government that he made a mistake in his recently filed Unopposed Motion to Temporarily Modify Conditions of Release to Permit Special Work Travel and Points and Authority Thereof. In support of this notice, Mr. Bledsoe would show:

1. On October 14, 2021, Mr. Bledsoe filed an Unopposed Motion to Temporarily Modify Conditions of Release to Permit Special Work Travel and Points and Authority Thereof (ECF #96) (Motion). In the Motion, Mr. Bledsoe requested that his conditions of release be temporarily modified to permit him to travel from Memphis, Tennessee to Marshall, Arkansas from October 22 through October 24 for a moving job. Motion at 1-2. The Motion was granted. As it turns out, however, the moving job at issue is in Hot Springs, Arkansas—not Marshall, Arkansas as indicated in the motion.

2. As part of his conditions of release in this case, Mr. Bledsoe is restricted to travel within a 150-mile radius of Memphis, Tennessee without first notifying the Pretrial Services Agency. Additionally, Mr. Bledsoe is on GPS location monitoring with a 10:00 p.m. to 6:00 a.m. curfew.

3.     It is not believed that the mistake in the Motion is particularly significant, Hot Springs and Marshall are both about the same distance from Memphis, and the moving job is still occurring from October 22 through October 24, 2021.  However, Mr. Bledsoe wanted the Court and the government to know that the job will be in Hot Springs, Arkansas—not Marshall, Arkansas.

WHEREFORE, the defendant, Matthew Bledsoe, notifies the Court and the government that the moving job he will be doing from October 22 through October 24, 2021 will be in Hot Springs, Arkansas—not Marshall, Arkansas.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101