# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-204 |
| | : | |
| **MATTHEW BLEDSOE,** | : | Honorable Chief Judge Beryl A. Howell |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT OF DEFENDANT BLEDSOE'S PLEA OFFER

In response to the Court's January 14, 2022 Minute Order, the United States and Defendant Matthew Bledsoe submit this joint status report. The government has made one plea offer to Defendant Bledsoe. That plea offer is currently set to expire on January 28, 2022.

Since the last status conference, the government has produced additional discovery to Defendant Bledsoe and has been in communication with his counsel regarding the status of the case. Because Defendant needs time to review the newly provided discovery and confer with his counsel regarding the plea agreement, the parties would both be amenable to an adjournment of the January 21, 2022 status conference until a date and time after January 28, 2022.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

/s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney, Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001, Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov
(313) 226-9632

/s/ *Jerry Ray Smith, Jr. (with consent)*
JERRY RAY SMITH, JR.
Attorney for Matthew Bledsoe
DC Bar No. 448699
717 D. Street N.W., Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
(202) 347-6101

/s/ *Jamie Carter*
JAMIE CARTER
Assistant United States Attorney
Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov, (202) 252-6741