# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-204 |
| | : | |
| **MATTHEW BLEDSOE,** | : | Honorable Chief Judge Beryl A. Howell |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT OF DEFENDANT BLEDSOE'S PLEA OFFER

In response to the Court's January 18, 2022 Minute Order, the United States and Defendant Matthew Bledsoe submit this joint status report. The government has made one plea offer to Defendant Bledsoe. Defendant Bledsoe rejected the plea offer on January 31, 2022.

Since the rejection of the plea offer, the government and counsel for Defendant Bledsoe have conferred. Defendant Bledsoe anticipates filing multiple pre-trial motions. To allow time for the briefing and decision on the pretrial motions, the parties respectfully request a trial in August of 2022.

The parties respectfully propose the following schedule:

- Pretrial motions to be filed on or before April 1, 2022;
- Responses to pretrial motions to be filed on or before April 22, 2022;
- Reply to pretrial motions to be filed on or before April 29, 2022;
- Trial to begin on any date in the month of August 2022;
- All other dates in accordance with this Court's Standing Order for Criminal Cases (Dkt. 27)

The parties further request that the time between the February 4, 2022 status conference and the trial date be excluded from the speedy trial clock calculation in this case in the interests of

justice to allow for the effective preparation for trial.

>Respectfully submitted,
>
>MATTHEW GRAVES
>United States Attorney
>DC Bar No. 481052

/s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney, Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001, Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov
(313) 226-9632

/s/ *Jerry Ray Smith, Jr. (with consent)*
JERRY RAY SMITH, JR.
Attorney for Matthew Bledsoe
DC Bar No. 448699
717 D. Street N.W., Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
(202) 347-6101

/s/ *Jamie Carter*
JAMIE CARTER
Assistant United States Attorney
Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov, (202) 252-6741