UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-204 (BAH) |
| v. : | |
| : | |
| MATTHEW BLEDSOE, : | |
| : | |
| **Defendant** : | |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO MOTION TO SUPPRESS

Plaintiff, the United States of America, by and through its counsel of record, respectfully moves this Honorable Court to extend the deadline for filing its opposition to defendant's Motion to Suppress Data Recovered from Facebook and Instagram Accounts and Derivative Evidence and Information (Dkt. 182) and his Supplement to Motion to Suppress (Dkt. 184). Specifically, the government requests a one-week extension to file its opposition. In support of this motion, the government states:

1. On April 29, 2022, the defendant filed two motions to suppress in this case. *See* Dkts. 182, 183. On May 1, he filed a supplement to his second motion. Dkt 184. The government's oppositions are due on May 20, 2022.

2. Government counsel has been working diligently to prepare oppositions to both suppression motions. A timely opposition to defendant's Motion to Suppress Data Recovered from Searches of Cell Phones and Derivative Evidence and Information (Dkt. 183) will be filed on or before the due date of May 20. However, in spite of due diligence, additional time is required to complete its opposition to the remaining motion (Dkt. 182) and the supplement (Dkt. 184). Government counsel is requesting a one-week extension to file its opposition. The new

deadline for the government's opposition would be May 27, 2022, and defendant's reply, if any, would be due on or before June 3, 2022.

3. Trial in this case is scheduled to begin on July 18, 2022, and the next hearing is scheduled on July 15, 2022.

4. On May 16, 2022, Assistant United States Attorney Jamie Carter, government co-counsel in this case, exchanged emails with defendant's attorney, Jerry Smith, Jr., who indicated he did not oppose the government's request for extension of its filing deadline.

WHEREFORE, Plaintiff, United States of America, respectfully requests that this Honorable Court grant its motion and extend the deadline for filing of the government's opposition to defendant's Motion to Suppress Data Recovered from Facebook and Instagram Accounts and Derivative Evidence and Information (Dkt. 182) and his Supplement to Motion to Suppress (Dkt. 184) from May 20, 2022 to May 27, 2022, and reschedule the deadline for defendant's reply, if any, to June 3, 2022.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ *Melanie L. Alsworth*
    MELANIE L. ALSWORTH
    AR Bar No. 2002095
    Trial Attorney
    Detailee
    601 D Street, NW
    Washington, DC 20530
    (202) 598-2285
    melanie.alsworth2@usdoj.gov