## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-00204 - BAH** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's May 2, 2022 minute order, the parties hereby jointly submit this pretrial statement. As directed, the parties will deliver a Microsoft Word version of this document and attachments to the Court by email.

**A.    Status of Plea Offers**

The government extended a plea offer to resolve this case on July 14, 2021 in the form of a written proposed plea agreement. The original September 3, 2021 deadline on that offer was extended several times ending on the February 2, 2022 court date. The defendant rejected the government's offer on February 2, 2022 on the record during that hearing. No other plea offer has been issued in this case.

**B.    Joint Statement of the Case**

The government has charged the defendant, Matthew Bledsoe, with five crimes relating to his presence at the United States Capitol Building on January 6, 2021. First, Mr. Bledsoe is charged with obstruction of an official proceeding and aiding and abetting, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2. Second, Mr. Bledsoe is charged with entering and remaining in a restricted building, in violation of Title 18, United States Code, Section 1752(a)(1). Third, he is charged with disorderly and disruptive conduct in a restricted

building, in violation of Title 18, United States Code, Section 1752(a)(2).  Fourth, he is charged

with disorderly conduct in a Capitol Building, in violation of Title 40, United States Code,

Section 5104(e)(2)(D).  Fifth, he is charged with parading, demonstrating, and picketing in a

Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

Mr. Bledsoe pled not guilty to all charges.

**C.      Proposed Voir Dire Questions**

The parties' jointly-proposed voir dire questions are set forth in Exhibit A.

**D.      Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Exhibit B.  To the extent the

parties object to any proposed instructions, those objections are noted.

**E.      List of Expert Witnesses**

The parties do not anticipate sponsoring the testimony of expert witnesses at trial.

**F.      List of Motions in Limine**

The defense filed the following motion in limine: (1) Motion in Limine to Exclude

Conduct of Others of Which the Defendant was Unaware and References to Such Conduct (ECF

194).  Neither party intends to file additional motions in limine.  Rather the parties anticipate

admissibility of proof will be litigated through this motion and the responses.

**G.      List of Prior Convictions**

The United States does not intend to use Mr. Bledsoe's prior convictions for

impeachment.

**H.      List of Government Exhibits**

The list of government exhibits is attached as Exhibit C.

**I.**     **Stipulations**

The parties have reached stipulations which are attached as Exhibit D.  The parties will continue discussing possible additional stipulations relating to the trial and will continue working toward agreement where possible.

**J.**     **Proposed Verdict Form**

A proposed verdict form is attached as Exhibit E.


Dated June 14, 2022.

Respectfully Submitted,

For the United States:

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/_____
JAMIE CARTER
DC Bar 1027970
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-6741
Jamie.Carter@usdoj.gov


/s/_____
Melanie Alsworth
AR Bar No. 2002095
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
(202) 598-2285
Melanie.Alsworth2@usdoj.gov

For the Defendant:

JERRY RAY SMITH
Defendant

/s/_____
JERRY RAY SMITH, JR.
DC Bar 448699
Counsel for Mathew Bledsoe
717 D Street, N.W.
Washington, D.C. 20004
202-347-6101
jerryraysmith@verizon.net

# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-00204 - BAH** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT PROPOSED VOIR DIRE – Exhibit 1**

The parties jointly propose the following voir dire questions:

1. Do you feel so uncomfortable being in a room with other jurors and trial participants, due to the COVID-19 pandemic, that it would be difficult for you to pay attention or otherwise to serve as a juror in this case?

2. Are you currently caring for a relative or close friend, who has been infected by, or exposed to persons infected with, COVID-19, such that it would be difficult for you to pay attention or otherwise to serve as a juror in this case?

3. The United States is represented in this case by Department of Justice Trial Attorneys Jamie Carter and Melanie Alsworth, and they are being assisted by paralegal Kyle Clements, all of whom work at the U.S. Department of Justice. Could you each PLEASE STAND. Do you know or have you had any contact with these individuals?

4. The defendant at trial is Matthew Bledsoe. PLEASE STAND. Do you know or have you had any contact with Matthew Bledsoe?

5. Matthew Bledsoe is represented in this case by Jerry Smith. PLEASE STAND. Do you know or have you had any contact with Jerry Smith?

6. During the course of the trial, you may hear testimony from or about a number of people. The attorneys will now identify for you the names of people who may testify or about whom you may hear testimony. Listen carefully and, if you recognize or know any of the people named, please mark your paper beside the number 6. The Government's counsel may go first, and then defense counsel may list any additional names.

7. Please look around you. Do you know or recognize any other member of the prospective jury panel, the courtroom staff or me?

8. The lawyers have predicted that the presentation of evidence in this trial should last about **-____ days**, but it could run longer. The jury will sit Monday through Thursday, generally from 9:30 a.m. to 5 p.m., although the starting and ending times may vary. The length of jury deliberations following the presentation of evidence at trial will be determined by the jury itself.

Do you have an urgent or extremely important matter to attend to this week and next, such that you could be faced with a hardship if selected to serve on the jury in this case?

9. Do you have any vision, language, or hearing problems, or any other physical or medical problems, that might interfere with your ability to hear or understand what the witnesses say in this case, to view exhibits and photographs, or to give your full attention to this case?

10. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

11. Have you, any member of your family or close friend ever studied law or been employed by a lawyer or a law firm, worked in a courthouse, as a paralegal or legal secretary, or performed legal investigative work?

12. Have you, any member of your family or close friend ever been employed by any local, state, or federal law enforcement agency or a private security company? Law enforcement agencies include for example, the Metropolitan Police Department, the U.S. Marshals Service, or the Federal Bureau of Investigation (FBI).

13. Have you, any member of your family or close friend had any experiences with any law enforcement agency or the government that might cause you to favor or disfavor the government or law enforcement?

14. If you ever served before as a juror at a civil or criminal trial, or on a grand jury, was there anything about your service that might affect your ability to serve fairly and impartially as a juror at this trial?

15. Have you ever filed a complaint against a police officer or anyone in law enforcement?

16. Have you, any member of your family or close friend ever been the subject of a criminal investigation, been accused of criminal conduct, been arrested or convicted of a crime, been a victim of a crime, been a witness to a crime, testified in court or before a grand jury as a witness to a crime, or been required to appear in court for any reason?

17. Do you have any opinions about prosecutors or defense attorneys that might affect your ability to serve fairly and impartially in this trial?

18. Do you, any member of your family or any close friend belong to a group or organization that is active in law enforcement or crime victim prevention matters? Some examples of such organizations include: Fraternal Order of Police, Crime Watch, Crime Stoppers, Orange Hats, or other organizations, including any groups on the Internet, which monitor or discuss neighborhood crime issues.

19. Do you believe that merely because a defendant has been arrested and charged with a crime that he is guilty of something?

20. In this case, law enforcement officers will be witnesses. Would you tend to believe or not believe the testimony of a law enforcement officer simply because he or she is a law enforcement

officer? In other words, would you tend to give more or lesser weight to the testimony of a law enforcement officer than to the testimony of other witnesses?

21. The prosecution has the burden of proof. This means that the jury cannot return a guilty verdict against a defendant unless the prosecution has proven beyond a reasonable doubt that the defendant is guilty of the crime charged. Would you have any difficulty accepting and applying this legal instruction?

22. The defendant in this case, just as every defendant in a criminal trial, is presumed innocent and, therefore, has no obligation to testify or present any evidence in the case. Would you have any difficulty accepting and applying this legal instruction?

23. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

24. This case involves evidence recovered during the execution of a court-approved search warrant. Do you have such strong feelings about the execution of court-approved search warrants that would make it difficult for you to be fair and judge this case on the evidence presented in court?

25. Do you know of any reason, or has anything occurred to you during this questioning, that might in any way prevent you from following my instructions on the law and being completely fair and impartial as a juror in this case?

26. If you are selected as a juror in this case, the judge will instruct you to avoid and not seek out any media coverage about this case or Mr. Bledsoe, including radio, television, podcasts, social media, and the Internet.  The judge will instruct you not to google or search for information about this case or Mr. Bledsoe on the Internet.  Do you have any questions or concerns about your ability to follow these instructions?

### *January 6, 2021- Specific Questions*

27. During the course of this trial, you will hear about the events at the United States Capitol on January 6, 2021.  Do you, any member of your family or close friend live, work near or have any special familiarity with the immediate area of the United States Capitol?

28. Have you watched video of what happened at the U.S. Capitol on January 6, 2021, on the news or on the Internet?

     a.  Approximately how many times have you seen video or news programs depicting these events?

     b.  From what source—that is, what news program, website, or social media platform—did you view those videos?

29. You are to decide this case based only on the evidence presented in court and not based on anything you may have learned about it from outside sources such as the news or social media. Can you put aside what you may have already learned about the events of January 6 and any opinions you may have already formed about people charged with criminal conduct in relation to in those events when considering the evidence in this case?

30. Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?

31. Have you been following the investigation of the events of January 6, 2021at the United States Capitol in the news media or on the internet?

32. Do you have strong feelings or opinions about the events that took place at the U.S. Capitol on January 6 that would make it difficult for you to serve as a fair and impartial juror in this case?

33. Do you think that people who entered the U.S. Capitol on January 6 were likely doing so to stop or delay the certification of Joseph Biden as President?

34. Do you believe that people who are charged with criminal offenses for their participation in the events at the Capitol on January 6 are likely guilty of criminal wrongdoing?

35. Do you have an opinion about people who believe that the 2020 presidential election was stolen that would make it hard for you to serve as a fair and impartial juror in a case where the defendant is search a person?

36. Do you have an opinion about people who strongly support former President Donald Trump that would make it hard for you to serve as a fair and impartial juror in a case where the defendant is such a person?

37. Were you, any members of your family, or any close friends directly affected by the events at the Capitol on January 6?

38. Do you believe that you and/or the residents of the District of Columbia were victims of what happened at the Capitol on January 6?

### *Background Questions*

39. [The following individual questions would be asked separately of each juror.]  Please provide the following information:

      a.      How long have you lived in the District of Columbia?

      b.      What is your marital status?

      c.      Do you have children or step-children?  If so, how many, and what are their ages?

      d.      What is the highest level of school you completed?

e.      What is your current occupation?

     i.      How long have you been at this job?

     ii.      What is your current role at work?

     iii.      Does your role include supervisory duties?

f.      If you are married, what is your spouse's occupation?

g.      Have you served on a jury before?  If so:

     i.      Was it a criminal or a civil case?

     ii.      Did you reach a verdict?

     iii.      Was there anything about your experience as a juror which would make you not want to serve again?

h.      Have you been a party to a lawsuit or a witness who testified in court?  If so:

     i.      What was the nature of the lawsuit?

     ii.      What was your role in the case?

     iii.      What was the result?

i.      What social media platforms do you use, how often do you use them, and what do you use them for?

j.      What source or sources do you rely on to get your news?

Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | **Case No: 21-cr-00204-BAH** |
| **v.** | **:** | |
| | **:** | |
| **MATTHEW BLEDSOE** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**DRAFT PROPOSED JURY INSTRUCTIONS – Exhibit B**

Pursuant to the Court's May 2, 2022 minute order, the parties hereby propose the following final jury instructions, subject to issues that arise during trial:

1. Furnishing the Jury with a Copy of the Instructions, Redbook 2.100

2. Function of the Court, Redbook 2.101

3. Function of the Jury, Redbook 2.102

4. Jury's Recollection Controls, Redbook 2.103

5. Evidence in the Case, Redbook 2.104

6. Statements of Counsel, Redbook 2.105

7. Indictment Not Evidence, Redbook 2.106

8. Burden of Proof, Redbook 2.107

9. Reasonable Doubt, Redbook 2.108

10. Direct and Circumstantial Evidence, Redbook 2.109

11. Credibility of Witnesses, Redbook 2.200

12. Witness with a Plea Agreement, Redbook 2.203

13. Nature of Charges Not to Be Considered, Redbook 2.110

14. Inadmissible and Stricken Evidence, Redbook 2.112, *as applicable*

15. Police Officer's Testimony, Redbook 2.207

16. Right of Defendant Not to Testify, Redbook 2.208 *or* Defendant as Witness, Redbook 2.209, *as applicable*

17. Transcripts of Tape Recordings, Redbook 2.310

18. Count One, 18 U.S.C. § 1512(c)(2)

19. Count Two, 18 U.S.C. § 1752(a)(1) and (b)(1)(A)

20. Count Three, 18 U.S.C. § 1752(a)(2) and (b)(1)(A)

21. Count Four, 40 U.S.C. § 5104(e)(2)(D)

22. Count Five, 40 U.S.C. § 5104(e)(2)(G)

23. Proof of State of Mind, Redbook 3.101

24. Multiple Counts – One Defendant, Redbook 2.402

25. Unanimity—General, Redbook 2.405

26. Verdict Form Explanation, Redbook 2.407

27. Redacted Exhibits, Redbook 2.500

28. Exhibits During Deliberations, Redbook 2.501

29. Selection of Foreperson, Redbook 2.502

30. Cautionary Instruction on Publicity, Communication, and Research, Redbook 2.508

31. Communication Between Court and Jury During Jury's Deliberations, Redbook 2.509

32. Attitude and Conduct of Jurors in Deliberations, Redbook 2.510

33. Excusing Alternate Jurors, Redbook 2.511

**Proposed Instruction No. 18**
**Count One - Obstruction of an Official Proceeding and Aiding and Abetting**

Count One of the indictment charges the defendant with corruptly obstructing an official proceeding, which is a violation of the law.   Count One also charges the defendant with attempt to obstruct or impede an official proceeding and aiding and abetting others to commit that offense.   The Court will first explain the elements of the substantive offense, along with its associated definitions.   Then, the Court will explain how to determine whether the defendant attempted the offense and whether the defendant aided and abetted the offense.

Elements

In order to find the defendant guilty of corruptly obstructing an official proceeding, you must find that the government proved each of the following four elements beyond a reasonable doubt:
First, the defendant attempted to or did obstruct or impede an official proceeding.
Second, the defendant intended to obstruct or impede the official proceeding.
Third, the defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding.
Fourth, the defendant acted corruptly.

Definitions

The term "official proceeding" includes a proceeding before the Congress.   The official proceeding need not be pending or about to be instituted at the time of the offense.   If the official proceeding was not pending or about to be instituted, the government must prove beyond a reasonable doubt that the official proceeding was reasonably foreseeable to the defendant.   As used in Count 2, the term "official proceeding" means Congress's Joint Session to certify the Electoral College vote.

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.   In deciding whether the defendant acted knowingly, you may consider all of the evidence, including what the defendant did or said.

To act "corruptly," the defendant must use unlawful means or have a wrongful or an unlawful purpose, or both.    The defendant must also act with "consciousness of wrongdoing."  "Consciousness of wrongdoing" means with an understanding or awareness that what the person is doing is wrong or unlawful.

Not all attempts to obstruct or impede an official proceeding involve acting corruptly.   For example, a witness in a court proceeding may refuse to testify by invoking his constitutional privilege against self-incrimination, thereby obstructing or impeding the proceeding, but he does not act corruptly.   In contrast, an individual who obstructs or impedes a court proceeding by bribing a witness to refuse to testify in that proceeding, or by engaging in other independently

unlawful conduct (DEFENSE REQUESTS THE FOLLOWING LANGUAGE HERE: with the intent to obstruct or impede a court proceeding), does act corruptly.

Defense explanation for requested change: Just because a person engages in unlawful conduct that happens to obstruct or impede an official proceeding does not mean that he is acting corruptly under 1512.  For instance, a protestor inside the Capitol might be trespassing and therefore engaging in unlawful conduct that might happen to obstruct or impede an official proceeding occurring there, but if that trespass was not intended to obstruct of impede the official proceeding, it is still not corrupt under 1512.

<u>Attempt</u>

In Count One, the defendant is also charged with attempt to commit the crime of obstruction of an official proceeding.   An attempt to commit obstruction of an official proceeding is a crime even if the defendant did not actually complete the crime of obstruction of an official proceeding.

In order to find the defendant guilty of attempt to commit obstruction of an official proceeding, you must find that the government proved beyond a reasonable doubt each of the following two elements:

First, that the defendant intended to commit the crime of obstruction of an official proceeding, as I have defined that offense above.

Second, that the defendant took a substantial step toward committing obstruction of an official proceeding which strongly corroborates or confirms that the defendant intended to commit that crime.

With respect to the first element of attempt, you may not find the defendant guilty of attempt to commit obstruction of an official proceeding merely because he thought about it.   You must find that the evidence proved beyond a reasonable doubt that the defendant's mental state passed beyond the stage of thinking about the crime to actually intending to commit it.

With respect to the substantial step element, you may not find the defendant guilty of attempt to commit obstruction of an official proceeding merely because he made some plans to or some preparation for committing that crime.   Instead, you must find that the defendant took some firm, clear, undeniable action to accomplish his intent to commit obstruction of an official proceeding.   However, the substantial step element does not require the government to prove that the defendant did everything except the last act necessary to complete the crime.

<u>Aiding and Abetting</u>

In this case, the government further alleges that the defendant aided and abetted others in committing obstruction of an official proceeding as charged in Count One.   A person may be guilty of an offense if he aided and abetted another person in committing the offense.   A person who has aided and abetted another person in committing an offense is often called an accomplice.

The person whom the accomplice aids and abets is known as the principal.   It is not necessary that all the people who committed the crime be caught or identified.   It is sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the defendant knowingly and intentionally aided and abetted that person in committing the crime.

In order to find the defendant guilty of obstruction of an official proceeding because he aided and abetted others in committing this offense, you must find the that the government proved beyond a reasonable doubt the following five requirements:

First, that others committed obstruction of an official proceeding by committing each of the elements of the offense charged, as I have explained above.

Second, that the defendant knew that obstruction of an official proceeding was going to be committed or was being committed by others.

Third, that the defendant performed an act or acts in furtherance of the offense.

Fourth, that the defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of obstruction of an official proceeding.

Fifth, that the defendant did that act or acts with the intent that others commit the offense of obstruction of an official proceeding.

To show that the defendant performed an act or acts in furtherance of the offense charged, the government needs to show some affirmative participation by the defendant which at least encouraged others to commit the offense.   That is, you must find that the defendant's act or acts did, in some way, aid, assist, facilitate, or encourage others to commit the offense.   The defendant's act or acts need not further aid, assist, facilitate, or encourage every part or phase of the offense charged; it is enough if the defendant's act or acts further aid, assist, facilitate, or encourage only one or some parts or phases of the offense.   Also, the defendant's acts need not themselves be against the law.

In deciding whether the defendant had the required knowledge and intent to satisfy the fourth requirement for aiding and abetting, you may consider both direct and circumstantial evidence, including the defendant's words and actions and other facts and circumstances. However, evidence that the defendant merely associated with persons involved in a criminal venture or was merely present or was merely a knowing spectator during the commission of the offense is not enough for you to find the defendant guilty as an aider and abetter.   If the evidence shows that the defendant knew that the offense was being committed or was about to be committed, but does not also prove beyond a reasonable doubt that it was the defendant's intent and purpose to aid, assist, encourage, facilitate, or otherwise associate himself with the offense, you may not find the defendant guilty of the obstruction of an official proceeding as an aider and abettor.   The government must prove beyond a reasonable doubt that the defendant in some way participated in the offense committed by others as something the defendant wished to bring about and to make succeed

**Proposed Instruction No. 19**
**Count Two- Entering or Remaining in a Restricted Building or Grounds**[1]

Count Two of the Indictment charges the defendant with entering or remaining in a restricted building or grounds, which is a violation of federal law.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant entered or remained in a restricted building without lawful authority to do so.
2. Second, that the defendant did so knowingly.

The term "restricted building" means any posted, cordoned off, or otherwise restricted area of a building where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

The term knowingly has the same meaning as that described for Count One. A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. In deciding whether the defendant knowingly entered or remained in a restricted building, you may consider all of the evidence, including what the defendant did or said.[2]

A person who enters a restricted area with a good faith belief that he is entering with lawful authority is not guilty of this offense. Thus, you cannot find the defendant guilty of Count Three unless you are convinced beyond a reasonable doubt that he did not have a good faith belief of his lawful authority to enter or remain in the restricted building.

Defense requests that the above paragraph be replaced with the following paragraph:

A person who enters a restricted area with a good faith belief that he is allowed to be there is not guilty of this offense.   Thus, you cannot find the defendant guilty of Count Three unless you are convinced beyond a reasonable doubt that he did not have a good faith belief that he was allowed to be in the restricted area at issue.

Defense explanation for requested change: The phrase "lawful authority" in the current instruction implies that the jury can convict a defendant on the charge if it only finds that he was was not affirmatively given permission to enter a restricted area by someone lawfully in charge. However, the defense thinks the government must actually prove that the defendant knew he was not allowed in the restricted area--not that he had not been authorized to be in the restricted area.

---

[1]  18 U.S.C. §§ 1752, 3056; *United States v. Jabr*, 4 F.4th 97, 101 (D.C. Cir. 2021).

[2]  *See* Seventh Circuit Pattern Criminal Jury Instructions; *see also Arthur Andersen LLP v. United States*, 544 U.S. 696, 705 (2005).

**Proposed Instruction No. 20**
**Count Three – Disorderly or Disruptive Conduct in a Restricted Building[3]**

Count Three of the indictment charges the defendant with disorderly or disruptive conduct in a restricted building or grounds which is a violation of federal law.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building.
2. Second, that the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.
3. Third, that the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

"Disorderly conduct" occurs when a person is unreasonably loud and disruptive under the circumstances, or interferes with another person by jostling against or unnecessarily crowding that person. "Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process.[4]

Defense requests that the below language be removed from the above definition: "or interferes with another person by jostling against or unnecessarily crowding that person."

Defense explanation for requested change: The defense does not understand the government to be alleging that Mr. Bledsoe engaged in disorderly conduct by jostling or crowding someone. Also, the language indicates that he can be found to have engaged in disorderly conduct simply because he was part of a crowd where everyone was jostling and crowding each other just because they were all jammed together by virtue of being in the crowd.

The terms "restricted building" and "knowingly" have the same meanings as described in the instructions for Count One.

---

[3] 18 U.S.C. § 1752.
[4] Redbook 6.643.

**Proposed Instruction No. 21**
**Count Four – Disorderly Conduct in a Capitol Building**[5]

Count Four of the Indictment charges the defendant with violent entry and disorderly and disruptive conduct in a Capitol Building, which is a violation of federal law.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings.
2. Second, that the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.
3. Third, that the defendant acted willfully and knowingly.

The term "United States Capitol Buildings" includes the United States Capitol located at First Street, Southeast, in Washington, D.C.[6]

The term "disorderly or disruptive conduct" has the same meaning described in the instructions for Count Three defining "disorderly conduct" and "disruptive conduct."

A person acts "willfully" if he acts with the intent to do something that the law forbids, that is, to disobey or disregard the law. "Willfully" does not, however, require proof that the defendant be aware of the specific law or rule that his conduct may be violating.[7]

The term "knowingly" has the same meaning as that described in the instructions for Count One.

---

[5] 18 U.S.C. § 1752.

[6] 40 U.S.C. § 5101

[7] *See United States v. Bryan*, 524 U.S. 184, 190 (1998).

**Proposed Instruction No. 22**
**Count Five – Parading, Demonstrating, and Picketing in a Capitol Building[8]**

Count Five of the Indictment charges the defendant with parading, demonstrating, and picketing in a Capitol Building, which is a violation of federal law.

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

1. First, that the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.
2. Second, that the defendant acted willfully and knowingly.

The terms "parade" and "picket" have their ordinary meanings.   The term "demonstrate" refers to conduct that would disrupt the orderly business of Congress by, for example, impeding or obstructing passageways, hearings, or meetings, but does not include activities such as quiet praying.[9]

The terms "United States Capitol Buildings," "knowingly," and "willfully" have the same meanings described in the instructions for Counts One and Three.

---

[8] 18 U.S.C. § 1752.

[9] *Bynum v. United States Capitol Police Board*, 93 F. Supp. 2d 50, 58 (D.D.C. 2000).

Respectfully submitted,

For the Government:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


_____/s/_____
Jamie Carter
DC Bar No. 1027970
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6741
Jamie.Carter@usdoj.gov


_____/s/_____
Melanie Alsworth
AR Bar No. 2002095
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 598-2285
Melanie.Alsworth2@usdoj.gov

For the Defendant:

Jerry Ray Smith
Counsel for the Defendant


_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
Phone: (202) 347-6101
E-mail: jerryraysmith@verizon.net

Exhibit C

*U.S. v. Matthew Bledsoe*
**EXHIBIT LIST WITH WITNESSES**
**Updated as of: 6/14/2022**

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| | **BLEDSOE'S FACEBOOK MESSAGES AND RECORDS** | | | | |
| 1. | Facebook - page 364 - who wants to go.pdf | | | Stip | Agent |
| 2. | Facebook - page 378 - election post - 11-08.pdf | | | Stip | Agent |
| 3. | Facebook - page 378-379 - election post - 11-08.pdf | | | Stip | Agent |
| 4. | Facebook - page 379 - election post - 11-07.pdf | | | Stip | Agent |
| 5. | Facebook - page 380 - election post - 11-04.pdf | | | Stip | Agent |
| 6. | Facebook - page 380-381 - election post - 11-04.pdf | | | Stip | Agent |
| 7. | Facebook - page 381 - election post - 11-04.pdf | | | Stip | Agent |
| 8. | Facebook - page 439 - Trump letter.pdf | | | Stip | Agent |
| 9. | Facebook - page 481 - yessir.pdf | | | Stip | Agent |
| 10. | Facebook - page 490 - hell yea - 11-04.pdf | | | Stip | Agent |
| 11. | Facebook - page 491 - close to DC.pdf | | | Stip | Agent |
| 12. | Facebook - page 492 - heading back now - 11-04.pdf | | | Stip | Agent |
| 13. | Facebook - page 494 - military - 11-04.pdf | | | Stip | Agent |
| 14. | Facebook - page 556 - far from over.pdf | | | Stip | Agent |
| 15. | Facebook - page 1097 - trump gun who's coming .pdf | | | Stip | Agent |
| 16. | Facebook - page 1155 - shit was lit.pdf | | | Stip | Agent |

1

| Exhibit No. | Description | Cert/Stip | Admitted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 17. | Facebook - page 1164 - wild.pdf | | | Stip | Agent |
| 18. | Facebook - page 1679 - election post - 11-10.pdf | | | Stip | Agent |
| 19. | Facebook - page 1779 - dog chuck and safety.pdf | | | Stip | Agent |
| 20. | Facebook - page 2117-2123 - nothing can stop.pdf | | | Stip | Agent |
| 21. | Facebook - page 2124-2130 - selfie NW terrace.pdf | | | Stip | Agent |
| 22. | Facebook - page 2153-2158 - here comes the good part.pdf | | | Stip | Agent |
| 23. | Facebook - page 2164-2168- patriots v steelers.pdf | | | Stip | Agent |
| 24. | Facebook - page 2179-2182 - how lawmakers should feel.pdf | | | Stip | Agent |
| 25. | Facebook - page 2183-2186 - gun House.pdf | | | Stip | Agent |
| 26. | Facebook - page 2187-2190 - recount demand.pdf | | | Stip | Agent |
| 27. | Facebook - page 2191-2194 - riot comparison.pdf | | | Stip | Agent |
| 28. | Facebook - page 2212-2217 - enjoy the show.pdf | | | Stip | Agent |
| 29. | Facebook - page 3061-3067 - our president.pdf | | | Stip | Agent |
| 30. | Facebook - page 3068-3074 - rally selfie.pdf | | | Stip | Agent |
| | **BLEDSOE CELL PHONE: ATTRIBUTION, VIDEOS, PHOTOS, MESSAGES, ATTRIBUTION** | | | | |
| 31. | Text message – 1/3/2021 – I am a proud boy, trying to join officially right now | | | Stip | Agent |

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 32. | Text messages – 1/3/2021 – re: still figuring it out, meeting up with folks from IG, and rolling with the crowd | | | Stip | Agent |
| 33. | Photo and gps data – crossing the bridge into DC | | | Stip | Agent |
| 34. | Safari searches – 1/6/2021 – The White House and Parking | | | Stip | Agent |
| 35. | Text – 1/6/2021 – Stay proud – always – including proud boys tshirt graphic | | | Stip | Agent |
| 36. | Text message – Text to brother of photo of crowd near the stage – ellipse | | | Stip | Agent |
| 37. | Text message – snuck into spot – jump fence | | | Stip | Agent |
| 38. | Text – Pence is making a speech.  Still at Trump | | | Stip | Agent |
| 39. | Text – Pence is announcing votes now | | | Stip | Agent |
| 40. | Text – Arizona has been rejected – going into chambers | | | Stip | Agent |
| 41. | Text – Arizona just had 2 objections | | | Stip | Agent |
| 42. | Video – DC is MAGA country – IMG_9180.MOV | | | Stip | Agent |
| 43. | Text – tweet of Trump supporters have breached the Capitol building with video | | | Stip | Agent |
| 44. | Text – on my way | | | Stip | Agent |
| 45. | Photo & GPS data – walking on Constitution Ave by Pennsylvania Ave | | | Stip | Agent |
| 46. | Photo & GPS data – walking on Pennsylvania Ave near the Gallery of Art East Building | | | Stip | Agent |

3

| Exhibit No. | Description | Cert/Stip | Admitted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 47. | Text re bomb scare | | | Stip | Agent |
| 48. | Text re: evacuating capital hill | | | Stip | Agent |
| 49. | Photo & GPS – walking on Pennsylvania Ave near the reflecting pool | | | Stip | Agent |
| 50. | Photo & GPS – walking on Pennsylvania Ave just before Peace Circle | | | Stip | Agent |
| 51. | Photo & GPS – selfie on Pennsylvania Ave at Peace Circle | | | Stip | Agent |
| 52. | Text – people and police fighting | | | Stip | Agent |
| 53. | Photo & GPS – upper NW terrace co-defendants | | | Stip | Agent |
| 54. | Photo & GPS – from upper NW terrace down towards NW lawn | | | Stip | Agent |
| 55. | Photo & GPS – from upper NW terrace facing people climbing wall | | | Stip | Agent |
| 56. | Photo & GPS – upper NW terrace outside the Senate Wing Door | | | Stip | Agent |
| 57. | Photo & GPS – upper NW terrace outside the Senate Wing Door 2 | | | Stip | Agent |
| 58. | Photo & GPS – upper NW terrace outside the Senate Wing Door 3 | | | Stip | Agent |
| 59. | Photo & GPS – upper NW terrace outside the Senate Wing Door 4 | | | Stip | Agent |
| 60. | Video entry into Capitol building and statement | | | Stip | Agent |
| 61. | Text – they might stop the count | | | Stip | Agent |
| 62. | Text – GPS coordinate text | | | Stip | Agent |
| 63. | Video chanting and crowd Crypt | | | Stip | Agent |

4

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 64. | Video statement Rotunda | | | Stip | Agent |
| 65. | Photo Rotunda | | | Stip | Agent |
| 66. | Photo Statuary Hall | | | Stip | Agent |
| 67. | Photo & GPS data – Statuary Hall Connector | | | Stip | Agent |
| 68. | Text – climbed the wall first | | | Stip | Agent |
| 69. | Text – National Guard activated | | | Stip | Agent |
| 70. | Photo – people standing on armored vehicles by center east steps | | | Stip | Agent |
| 71. | Text – trump says go home & video of Trump go home speech | | | Stip | Agent |
| 72. | Text – came to find Alex | | | Stip | Agent |
| 73. | Photo outside Columbus Doors | | | Stip | Agent |
| 74. | Photo outside Columbus Doors 2 | | | Stip | Agent |
| 75. | Video outside Columbus Doors | | | Stip | Agent |
| 76. | Text – video of entry | | | Stip | Agent |
| 77. | Video of riot officers coming to clear stairs by Columbus Doors | | | Stip | Agent |
| 78. | Video bus arriving and GPS data | | | Stip | Agent |
| 79. | Text – started the Our House chant | | | Stip | Agent |
| 80. | Text – that shit was so fun | | | Stip | Agent |
| 81. | Text – sent video of himself by Columbus Doors | | | Stip | Agent |
| 82. | Text – they're back counting votes | | | Stip | Agent |
| 83. | Text – what's the plan – military | | | Stip | Agent |
| 84. | Apple maps – search Capital building | | | Stip | Agent |
| 85. | Text – they are all going to be executed | | | Stip | Agent |

5

| Exhibit No. | Description | Cert/Stip | Admitted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| | **VIDEO FROM OTHER CASES** | | | | |
| 86. | 20210106_142341.mp4 – video of the line of rioters on the accessibility ramp outside the Senate Wing Door | | | Stip | Agent |
| 87. | 20210106_142541.mp4 – video of the hallway between the Senate Wing Door and the Crypt | | | Stip | Agent |
| 88. | 20210106_142647.mp4 – video inside the Crypt | | | Stip | Agent |
| 89. | aa3a383cfd1da1e7068cd856e071eeac. mp4 – video of chanting inside the Crypt into the Memorial Door stairs | | | Stip | Agent |
| 90. | ebe11b28fc0dfd2b4119776c9818cfef.m p4 – video in the halls outside the House Chamber | | | Stip | Agent |
| | **CCTV OF BLEDSOE** | | | | |
| 91. | 01 - (Clip)_0608_USCG_00_West_Front_North _-_2021-01-06_19h13min59s.mp4 | | | Stip | USCP Witness |
| 92. | 02 - (Clip)_0609_USCG_00_West_Front_North _-_2021-01-06_19h09min25s.mp4 | | | Stip | USCP Witness |
| 93. | 03 - (Clip)_0927_USCG_00_Upper_Terrace_N W_-_2021-01-06_19h17min40s.mp4 | | | Stip | USCP Witness |
| 94. | 04 - (Clip)_0926_USCG_00_Upper_Terrace_We st_-_2021-01-06_19h20min01s.mp4 | | | Stip | USCP Witness |
| 95. | 05 - (Clip)_0908_USCD_LA_West_Dome_- _2021-01-06_19h11min14s.mp4 | | | Stip | USCP Witness |
| 96. | 06 - (Clip)_0908_USCD_LA_West_Dome_- _2021-01-06_19h21min03s.mp4 | | | Stip | USCP Witness |
| 97. | 07 - | | | Stip | USCP Witness |

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| | (Clip)_0102USCS01SenateWingDoornearS139_2021-01-06_14h20min18s087ms.mp4 | | | | |
| 98. | 08 - (Clip)_0402USCH01CryptNorth_2021-01-06_14h17min43s317ms.mp4 | | | Stip | USCP Witness |
| 99. | 09  -  (Clip)_0178_USCH_01_Crypt_East_-_2021-01-06_19h20min01s.mp4 | | | Stip | USCP Witness |
| 100. | 10                                    -(Clip)_7206_USCS_01_Crypt_Lobby_East_-_2021-01-06_19h19min01s.mp4 | | | Stip | USCP Witness |
| 101. | 11 - (Clip)_0403USCH01CryptSouth_2021-01-06_14h24min01s510ms.mp4 | | | Stip | USCP Witness |
| 102. | 12                                    -(Clip)_0171_USCH_01_Memorial_Door_-_2021-01-06_19h16min15s.mp4 | | | Stip | USCP Witness |
| 103. | 13                                    -(Clip)_0171_USCH_01_Memorial_Door_-_2021-01-06_19h31min24s.mp4 | | | Stip | USCP Witness |
| 104. | 14                                    -(Clip)_0959USC02RotundaSouth_2021-01-06_14h25min35s340ms.mp4 | | | Stip | USCP Witness |
| 105. | 15                                    -(Clip)_0959USC02RotundaSouth_2021-01-06_14h34min32s347ms.mp4 | | | Stip | USCP Witness |
| 106. | 16                                    -(Clip)_0960USC02RotundaNorth_2021-01-06_14h20min01s463ms.mp4 | | | Stip | USCP Witness |
| 107. | 17                                    -(Clip)_0218USCD02CapitolRotunda_2021-01-06_14h20min00s970ms.mp4 | | | Stip | USCP Witness |
| 108. | 18                                    -(Clip)_0686USCH02RotundaDoorInterior_2021-01-06_14h28min04s790ms.mp4 | | | Stip | USCP Witness |
| 109. | 19                                    -(Clip)_0686USCH02RotundaDoorInterior_2021-01-06_14h37min05s977ms.mp4 | | | Stip | USCP Witness |

| Exhibit No. | Description | Cert/Stip | Admitted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 110. | 20 - (Clip)_0964_USCH_02_Statuary_Hall_West_-_2021-01-06_19h31min36s.mp4 | | | Stip | USCP Witness |
| 111. | 21 - (Clip)_0966_USC_02_Statuary_Hall_East_-_2021-01-06_19h36min44s.mp4 | | | Stip | USCP Witness |
| 112. | 22 - (Clip)_0262USCH02StatuaryHall_2021-01-06_14h29min47s713ms.mp4 | | | Stip | USCP Witness |
| 113. | 23 - (Clip)_0259_USCH_02_Statuary_Hall_Connector_-_2021-01-06_19h37min42s.mp4 | | | Stip | USCP Witness |
| 114. | 24 - (Clip)_0251_USCH_02_Main_Door_Hall_near_H208_-_2021-01-06_19h35min49s.mp4 | | | Stip | USCP Witness |
| 115. | 25 - (Clip)_0250_USCH_02_East_Stairs_near_H208_-_2021-01-06_19h26min25s.mp4 | | | Stip | USCP Witness |
| 116. | 26 - (Clip)_0264_USCH_02_Upper_House_Door_Interior_-_2021-01-06_19h36min17s.mp4 | | | Stip | USCP Witness |
| 117. | 27 - (Clip)_0250_USCH_02_East_Stairs_near_H208_-_2021-01-06_19h44min31s.mp4 | | | Stip | USCP Witness |
| 118. | 28 - (Clip)_0251_USCH_02_Main_Door_Hall_near_H208_-_2021-01-06_19h35min49s.mp4 | | | Stip | USCP Witness |
| 119. | 29 - (Clip)_0250_USCH_02_East_Stairs_near_H208_-_2021-01-06_19h44min31s.mp4 | | | Stip | USCP Witness |
| 120. | 30 - (Clip)_0251_USCH_02_Main_Door_Hall_near_H208_-_2021-01-06_19h35min49s.mp4 | | | Stip | USCP Witness |

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 121. | 31 - (Clip)_0250_USCH_02_East_Stairs_near_H 208_-_2021-01-06_19h44min31s.mp4 | | | Stip | USCP Witness |
| 122. | 32 - (Clip)_0264_USCH_02_Upper_House_Doo r_Interior_-_2021-01- 06_19h36min17s.mp4 | | | Stip | USCP Witness |
| 123. | 33 - (Clip)_0267_USCH_02_Upper_House_Doo r_Interior_-_2021-01- 06_19h45min20s.mp4 | | | Stip | USCP Witness |
| 124. | 34 - (Clip)_0266_USCG_00_East_Front_House_ Door_-_2021-01-06_19h46min37s.mp4 | | | Stip | USCP Witness |
| 125. | 35 - (Clip)_7202_USCG_00_East_Front_House_ Egg_-_2021-01-06_19h45min59s.mp4 | | | Stip | USCP Witness |
| 126. | 36 - (Clip)_0933_USCG_00_CVC_Elevator_Tow er_North_-_2021-01- 06_19h49min28s.mp4 | | | Stip | USCP Witness |
| 127. | 37 - (Clip)_0932_USCG_00_CVC_Elevator_Tow er_South_-_2021-01- 06_19h50min06s.mp4 | | | Stip | USCP Witness |
| 128. | 38 - (Clip)_7213_USCG_00_Senate_Trolley_Sto p_-_2021-01-06_19h40min00s.mp4 | | | Stip | USCP Witness |
| 129. | 39 - (Clip)_7214_USCG_00_Senate_Plaza_Outb ound_-_2021-01-06_19h40min00s.mp4 | | | Stip | USCP Witness |
| 130. | 40.   (Clip)_0954_USCS_RF_North_Roof_- _2021-01-06_19h58min36s.mp4 | | | Stip | USCP Witness |
| 131. | 41 - (Clip)_0932_USCG_00_CVC_Elevator_Tow er_South_-_2021-01- | | | Stip | USCP Witness |

9

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| | 06_21h11min37s.mp4 | | | | |
| 132. | 42 - 0933_USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_21h23min57s.mp4 | | | Stip | USCP Witness |
| 133. | 43 - 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_21h28min20s.mp4 | | | Stip | USCP Witness |
| 134. | 44 - 0933_USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_21h35min13s.mp4 | | | Stip | USCP Witness |
| 135. | 45 - 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_21h45min03s.mp4 | | | Stip | USCP Witness |
| 136. | 46 - 0933_USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_21h47min09s.mp4 | | | Stip | USCP Witness |
| 137. | 47 - 0933_USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_21h58min43s.mp4 | | | Stip | USCP Witness |
| 138. | 48 - (Clip)_0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_22h01min36s.mp4 | | | Stip | USCP Witness |
| 139. | 49 - (Clip)_0933_USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_22h12min29s.mp4 | | | Stip | USCP Witness |
| 140. | 50 - (Clip)_1867_HSOB_00_HSOB_Horseshoe_-_2021-01-06_22h20min00s.mp4 | | | Stip | USCP Witness |
| 141. | 51 - (Clip)_1678QNE002nd&CNE_2021-01-06_17h20min00s567ms.mp4 | | | Stip | USCP Witness |
| 142. | 52 - (Clip)_0700_KIO_00_K05_2nd_&_C_NE_Lot_18_-_2021-01-06_22h18min48s.mp4 | | | Stip | USCP Witness |

10

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 143. | 53 - (Clip)_1675_QNE_00_2nd_&_D_NE_-_2021-01-06_22h20min01s.mp4 | | | Stip | USCP Witness |
| | **RADIO RUNS** | | | | |
| 144. | USCP radio run | | | | |
| 145. | MPD radio run | | | | |
| | **USCP VIDEO MONTAGE** | | | | |
| 146. | USCP compilation.mp4 | | | Stip | USCP Witness |
| | **CONGRETIONAL RECORD AND VIDEO** | | | | |
| 147. | Cong-1 - Constitution, amd 12.pdf | | | Stip | USCP Witness |
| 148. | Cong-2.1 - 3 USC 15.pdf | | | Stip | USCP Witness |
| 149. | Cong-2.2 - 3 USC 16.pdf | | | Stip | USCP Witness |
| 150. | Cong-2.3 - 3 USC 17.pdf | | | Stip | USCP Witness |
| 151. | Cong-2.4 - 3 USC 18.pdf | | | Stip | USCP Witness |
| 152. | Cong-3 - Senate Concurrent Resolution 1.pdf | | | Stip | USCP Witness |
| 153. | Cong-4 - Video Montage with Congressional Record.mp4 | | | Stip | USCP Witness |
| | **OPEN SOURCE VIDEO & PHOTO** | | | | |
| 154. | Open source video of Bledsoe climbing the wall | | | | |
| 155. | Screen recording of tweet – Trump supporters have breached the Capitol building with video | | | Agent | Agent |
| 156. | Open-Source Videos – Sam Montoya with Infowars.com – banned-video -- TheResistance.video long.mp4 | | | Stip | Agent |
| 157. | gettyimages-1230454245-2048x2048.jpg | | | Stip | Agent |

| Exhibit No. | Description | Cert/Stip | Adm itted | Introduced by | Will testify about |
|---|---|---|---|---|---|
| 158. | Benjamin Reports video – exit & free Alex Jones! | | | Stip | Agent |
| 159. | WUSA9 footage | | | Stip | Agent |
| | **PHYSICAL EVIDENCE** | | | | |
| 160. | Trump hat | | | Agent | Agent |
| 161. | Flag neck gaiter | | | Agent | Agent |
| 162. | Black north face jacket | | | Agent | Agent |
| 163. | Under armor black quarter zip | | | Agent | Agent |
| | **SEARCH WARRANT PHOTOS** | | | | |
| 164. | Photos of placements of physical items in home | | | Agent | Agent |
| | **DEMONSTRATIVES/SUMMARY CHARTS** | | | | |
| 165. | Schematic/photo of USCB and grounds | | | USCP Witness | USCP Witness |
| 166. | Map of Floor 1 | | | USCP Witness | USCP Witness |
| 167. | Map of Floor 2 | | | USCP Witness | USCP Witness |
| 168. | Photos of USCB grounds on January 6 at time Bledsoe entered and on path of his entry | | | USCP Witness | USCP Witness |
| 169. | Timeline of January 6 events and Bledsoe's chronology | | | USCP Witness & Agent | USCP Witness & Agent |

Exhibit D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-00204 - BAH** |
| | **:** | |
| **MATTHEW BLEDSOE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## VERDICT FORM

**Count I:**      **Obstruction of an Official Proceeding and Aiding and Abetting**

_____                    _____
Guilty                                               Not Guilty

**Count II:**      **Entering and Remaining in a Restricted Building**

_____                    _____
Guilty                                               Not Guilty

**Count III:**      **Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                    _____
Guilty                                               Not Guilty

**Count IV:**      **Disorderly or Disruptive Conduct in a Capitol Building**

_____                    _____
Guilty                                               Not Guilty

1

**Count V:**     **Parading, Demonstrating, and Picketing in a Capitol Building**

_____              _____
Guilty                                        Not Guilty

Dated this _____ day of _____, 2022

_____
FOREPERSON

2

Exhibit E

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP).  At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres.  The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point.  The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol.  On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor.  On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building.  On the East Front are three staircases, porticos on both the

House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

_____          _____
Jerry Smith                                                  Jamie Carter
Counsel for Matthew Bledsoe                     Melanie Alsworth
                                                                   Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

On January 6, 2021, a joint session of the United States Congress convened at the U.S.

Capitol.  During the joint session, elected members of the United States House of

Representatives and the United States Senate were meeting in both the House and Senate

chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential

Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately

12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met

together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint

session.  Vice President Mike Pence was in the Capitol building and presiding over the joint

session.   At approximately 1:15 p.m., the House and Senate adjourned to their separate

chambers for up to two hours to resolve a particular objection.

Vice President Pence evacuated the Senate chamber, and approximately one minute later

the senator who had become the presiding officer in Vice President Pence's absence declared

that the Senate would stand in recess.   Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess.   Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m.  and 9:02 p.m., respectively.   Congress's joint session continued until approximately 3:44 a.m.  on January 7, 2021, when it completed the certification of the Electoral College vote.

 

 

_____
Jerry Smith
Counsel for Matthew Bledsoe

_____
Jamie Carter
Melanie Alsworth
Assistant United States Attorneys

 

 

_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.  The video equipment timestamps each recording with the date and time at which the footage is captured.   The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment for the day of January 6, 2021 is footage of January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021.  Where the timestamps are visible on the recordings, they are accurate.  The video footage was not altered or edited in any way.  The video footage is authentic in that it is what it purports to be.

_____

Jerry Smith
Counsel for Matthew Bledsoe

_____

Matthew Bledsoe

_____

Jamie Carter
Melanie Alsworth
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

## EXHIBIT _____

## STIPULATION

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The House Recording Studio and the Senate Recording Studio operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside the House Chamber and the Senate Chamber. The video equipment timestamps each recording with the date and time at which the footage is captured. The House Recording Studio and Senate Recording Studio controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment for the day of January 6, 2021 is footage of January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events in the Senate Chamber and House Chamber on January 6, 2021. Where the timestamps are visible on the recordings, they are accurate. The video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

_____          _____
Jerry Smith                                Jamie Carter
Counsel for Matthew Bledsoe                Melanie Alsworth
                                           Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT** _____

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The records received from Meta Platforms, Inc for account 508548968 which had a vanity name of PrimetimeMattB are accurate duplicates of the digital media created, received, and maintained as part of the Meta Platforms, Inc account 508548968 through Facebook and Instagram. The record was created using reliable methods. The timestamps in the Record are accurate. Meta Platforms, Inc's systems was in good working order during the creation and retention of the Record, and the text and photographs depicted therein are a fair and accurate depiction of the text and photographs that were submitted and received by Meta Platforms, Inc's account 508548968. The Record was not altered or edited in any way. The Record is authentic

in that it is what it purports to be.  The Record and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____       _____
Jerry Smith                                                  Jamie Carter
Counsel for Matthew Bledsoe                Melanie Alsworth
                                                                   Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT \_\_\_\_\_**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

Matthew J. Bledsoe is the owner of Prime Time Movers Corp a for profit domestic corporation registered in Tennessee that provides moving services in the Memphis, Tennessee area.

| | |
|---|---|
| _____ | _____ |
| Jerry Smith | Jamie Carter |
| Counsel for Matthew Bledsoe | Melanie Alsworth |
| | Assistant United States Attorneys |

_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT \_\_\_\_\_**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The Image of the Apple iPhone with phone number (901) 406-6510 (the "Device") is an accurate duplicate of the Digital Media contained on the Device. The Image was created using reliable methods. The timestamps in the Image are accurate. The Image was not altered or edited in any way. The Image is authentic in that it is what it purports to be. The Image and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

_____          _____
Jerry Smith                                                             Jamie Carter
Counsel for Matthew Bledsoe                              Melanie Alsworth
                                                                              Assistant United States Attorneys

_____
Matthew Bledsoe

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The Image of the Apple iPhone with phone number (901) 288-8363 (the "Device") is an accurate duplicate of the Digital Media contained on the Device. The Image was created using reliable methods. The timestamps in the Image are accurate. The Image was not altered or edited in any way. The Image is authentic in that it is what it purports to be. The Image and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____          _____
Jerry Smith                              Jamie Carter
Counsel for Matthew Bledsoe              Melanie Alsworth
                                         Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The videos listed below surrendered by another defendant to the government are accurate and were created using reliable methods.

20210106_142341.mp4

20210106_142541.mp4

20210106_142647.mp4

The timestamps from the videos metadata are accurate. The videos were not altered or edited in any way. The videos are authentic in that they are what they purport to be. The videos and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____
Jerry Smith
Counsel for Matthew Bledsoe


_____
Matthew Bledsoe

_____
Jamie Carter
Melanie Alsworth
Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT \_\_\_\_\_**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The videos listed below were legally obtained from another defendant's Facebook account are accurate and were created using reliable methods.

aa3a383cfd1da1e7068cd856e071eeac.mp4

ebe11b28fc0dfd2b4119776c9818cfef.mp4

The videos were not altered or edited in any way.  The videos are authentic in that they are what they purport to be.  The videos and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

_____        _____
Jerry Smith                                                  Jamie Carter
Counsel for Matthew Bledsoe                                  Melanie Alsworth
                                                             Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The photo "gettyimages-1230454245-2048x2048.jpg" obtained from Getty Images (https://www.gettyimages.com) is accurate and was created using reliable methods. The photo was not altered or edited in any way. The photo is authentic in that it is what it purports to be. The photo and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


| | |
|---|---|
| _____ | _____ |
| Jerry Smith | Jamie Carter |
| Counsel for Matthew Bledsoe | Melanie Alsworth |
| | Assistant United States Attorneys |


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT \_\_\_\_\_**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The video "banned-video -- TheResistance.video long.mp4" obtained from https://cantcensortruth.com/

([https://cantcensortruth.com/watch?id=5ff6857e00bac0328da8e888](https://cantcensortruth.com/watch?id=5ff6857e00bac0328da8e888)) is accurate and was created using reliable methods.  The video was not altered or edited in any way by the government.  We believe the video is authentic based on comparison with other sources.  The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

_____
Jerry Smith
Counsel for Matthew Bledsoe

_____
Jamie Carter
Melanie Alsworth
Assistant United States Attorneys

_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The video "'Jan 6 DC Riot Raw Video_x264.mp4" obtained from Youtube (https://www.youtube.com/watch?v=DHessyWYXqM) is accurate and was created using reliable methods. The video was not altered or edited in any way by the government. The video appears to be what it purports to be. The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

_____
Jerry Smith
Counsel for Matthew Bledsoe

_____
Jamie Carter
Melanie Alsworth
Assistant United States Attorneys

_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**<u>STIPULATION</u>**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The       CBS       News       video       obtained       from       Youtube
(https://youtube.com/watch?v=3Fsf4aWudJk\)) is accurate and was created using reliable
methods.  The video was not altered or edited in any way.  The video is authentic in that it is
what it purports to be.  The video and/or any other copies are "admissible into evidence to the
same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____          _____
Jerry Smith                              Jamie Carter
Counsel for Matthew Bledsoe              Melanie Alsworth
                                         Assistant United States Attorneys


_____
Matthew Bledsoe

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

**EXHIBIT _____**

**STIPULATION**

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The WUSA9 news video obtained from Archive.org (https://ia902300.us.archive.org/13/items/oAfPWcvh4QGG5BW2m/oAfPWcvh4QGG5BW2m.mpeg4) is accurate and was created using reliable methods.  The video was not altered or edited in any way.  The video is authentic in that it is what it purports to be.  The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____          _____
Jerry Smith                                                            Jamie Carter
Counsel for Matthew Bledsoe                              Melanie Alsworth
                                                                               Assistant United States Attorneys


_____
Matthew Bledsoe

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

## EXHIBIT _____

## <u>STIPULATION</u>

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:

The body worn camera videos are created and maintained by the Metropolitan Police Department.  They are accurate and were created using reliable methods.  The video was not altered or edited in any way.  The video is authentic in that it is what it purports to be.  The recording software timestamps each recording with the date and time at which the footage is captured.   The timestamps are accurate.  The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.


_____          _____
Jerry Smith                                                        Jamie Carter
Counsel for Matthew Bledsoe                           Melanie Alsworth
                                                                          Assistant United States Attorneys


_____
Matthew Bledsoe

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

## EXHIBIT _____

## STIPULATION

The United States and Defendant Mathew Bledsoe agree and stipulate to the following:
The below chart accurately shows the relationship between Coordinated Universal Time
("UTC"), Eastern Standard Time ("EST"), and Central Standard Time ("CST") on January 5,
2021, January 6, 2021, and January 7, 2021.

| UTC<br>(Iceland) | EST<br>(Washington, D.C.)<br>(UTC-5) | CST<br>(Memphis, TN)<br>(UTC-6) |
|---|---|---|
| 1/5/2021 06:00 PM<br>*1/5/2021 18:00* | 1/5/2021 01:00 PM<br>*1/5/2021 13:00* | 1/5/2021 12:00 PM<br>*1/5/2021 12:00* |
| 1/5/2021 07:00 PM<br>*1/5/2021 19:00* | 1/5/2021 02:00 PM<br>*1/5/2021 14:00* | 1/5/2021 01:00 PM<br>*1/5/2021 13:00* |
| 1/5/2021 08:00 PM<br>*1/5/2021 20:00* | 1/5/2021 03:00 PM<br>*1/5/2021 15:00* | 1/5/2021 02:00 PM<br>*1/5/2021 14:00* |
| 1/5/2021 09:00 PM<br>*1/5/2021 21:00* | 1/5/2021 04:00 PM<br>*1/5/2021 16:00* | 1/5/2021 03:00 PM<br>*1/5/2021 15:00* |
| 1/5/2021 10:00 PM<br>*1/5/2021 22:00* | 1/5/2021 05:00 PM<br>*1/5/2021 17:00* | 1/5/2021 04:00 PM<br>*1/5/2021 16:00* |
| 1/5/2021 11:00 PM<br>*1/5/2021 23:00* | 1/5/2021 06:00 PM<br>*1/5/2021 18:00* | 1/5/2021 05:00 PM<br>*1/5/2021 17:00* |
| 1/6/2021 12:00 AM<br>*1/6/2021 00:00* | 1/5/2021 07:00 PM<br>*1/5/2021 19:00* | 1/5/2021 06:00 PM<br>*1/5/2021 18:00* |
| 1/6/2021 01:00 AM<br>*1/6/2021 01:00* | 1/5/2021 08:00 PM<br>*1/5/2021 20:00* | 1/5/2021 07:00 PM<br>*1/5/2021 19:00* |
| 1/6/2021 02:00 AM<br>*1/6/2021 02:00* | 1/5/2021 09:00 PM<br>*1/5/2021 21:00* | 1/5/2021 08:00 PM<br>*1/5/2021 20:00* |

| | | |
|---|---|---|
| 1/6/2021 03:00 AM _1/6/2021 03:00_ | 1/5/2021 10:00 PM _1/5/2021 22:00_ | 1/5/2021 09:00 PM _1/5/2021 21:00_ |
| 1/6/2021 04:00 AM _1/6/2021 04:00_ | 1/5/2021 11:00 PM _1/5/2021 23:00_ | 1/5/2021 10:00 PM _1/5/2021 22:00_ |

| UTC (Iceland) | EST (Washington, D.C.) (UTC-5) | CST (Memphis, TN) (UTC-6) |
|---|---|---|
| 1/6/2021 05:00 AM _1/6/2021 05:00_ | 1/6/2021 12:00 AM _1/6/2021 00:00_ | 1/5/2021 11:00 PM _1/5/2021 23:00_ |
| 1/6/2021 06:00 AM _1/6/2021 06:00_ | 1/6/2021 01:00 AM _1/6/2021 01:00_ | 1/6/2021 12:00 AM _1/6/2021 00:00_ |
| 1/6/2021 07:00 AM _1/6/2021 07:00_ | 1/6/2021 02:00 AM _1/6/2021 02:00_ | 1/6/2021 01:00 AM _1/6/2021 01:00_ |
| 1/6/2021 08:00 AM _1/6/2021 08:00_ | 1/6/2021 03:00 AM _1/6/2021 03:00_ | 1/6/2021 02:00 AM _1/6/2021 02:00_ |
| 1/6/2021 09:00 AM _1/6/2021 09:00_ | 1/6/2021 04:00 AM _1/6/2021 04:00_ | 1/6/2021 03:00 AM _1/6/2021 03:00_ |
| 1/6/2021 10:00 AM _1/6/2021 10:00_ | 1/6/2021 05:00 AM _1/6/2021 05:00_ | 1/6/2021 04:00 AM _1/6/2021 04:00_ |
| 1/6/2021 11:00 AM _1/6/2021 11:00_ | 1/6/2021 06:00 AM _1/6/2021 06:00_ | 1/6/2021 05:00 AM _1/6/2021 05:00_ |
| 1/6/2021 12:00 PM _1/6/2021 12:00_ | 1/6/2021 07:00 AM _1/6/2021 07:00_ | 1/6/2021 06:00 AM _1/6/2021 06:00_ |
| 1/6/2021 01:00 PM _1/6/2021 13:00_ | 1/6/2021 08:00 AM _1/6/2021 08:00_ | 1/6/2021 07:00 AM _1/6/2021 07:00_ |
| 1/6/2021 02:00 PM _1/6/2021 14:00_ | 1/6/2021 09:00 AM _1/6/2021 09:00_ | 1/6/2021 08:00 AM _1/6/2021 08:00_ |
| 1/6/2021 03:00 PM _1/6/2021 15:00_ | 1/6/2021 10:00 AM _1/6/2021 10:00_ | 1/6/2021 09:00 AM _1/6/2021 09:00_ |
| 1/6/2021 04:00 PM _1/6/2021 16:00_ | 1/6/2021 11:00 AM _1/6/2021 11:00_ | 1/6/2021 10:00 AM _1/6/2021 10:00_ |
| 1/6/2021 05:00 PM _1/6/2021 17:00_ | 1/6/2021 12:00 PM _1/6/2021 12:00_ | 1/6/2021 11:00 AM _1/6/2021 11:00_ |
| 1/6/2021 06:00 PM _1/6/2021 18:00_ | 1/6/2021 01:00 PM _1/6/2021 13:00_ | 1/6/2021 12:00 PM _1/6/2021 12:00_ |
| 1/6/2021 07:00 PM _1/6/2021 19:00_ | 1/6/2021 02:00 PM _1/6/2021 14:00_ | 1/6/2021 01:00 PM _1/6/2021 13:00_ |
| 1/6/2021 08:00 PM _1/6/2021 20:00_ | 1/6/2021 03:00 PM _1/6/2021 15:00_ | 1/6/2021 02:00 PM _1/6/2021 14:00_ |
| 1/6/2021 09:00 PM _1/6/2021 21:00_ | 1/6/2021 04:00 PM _1/6/2021 16:00_ | 1/6/2021 03:00 PM _1/6/2021 15:00_ |
| 1/6/2021 10:00 PM _1/6/2021 22:00_ | 1/6/2021 05:00 PM _1/6/2021 17:00_ | 1/6/2021 04:00 PM _1/6/2021 16:00_ |

| | | |
|---|---|---|
| 1/6/2021 11:00 PM<br>*1/6/2021 23:00* | 1/6/2021 06:00 PM<br>*1/6/2021 18:00* | 1/6/2021 05:00 PM<br>*1/6/2021 17:00* |
| 1/7/2021 12:00 AM<br>*1/7/2021 00:00* | 1/6/2021 07:00 PM<br>*1/6/2021 19:00* | 1/6/2021 06:00 PM<br>*1/6/2021 18:00* |
| 1/7/2021 01:00 AM<br>*1/7/2021 01:00* | 1/6/2021 08:00 PM<br>*1/6/2021 20:00* | 1/6/2021 07:00 PM<br>*1/6/2021 19:00* |
| 1/7/2021 02:00 AM<br>*1/7/2021 02:00* | 1/6/2021 09:00 PM<br>*1/6/2021 21:00* | 1/6/2021 08:00 PM<br>*1/6/2021 20:00* |
| 1/7/2021 03:00 AM<br>*1/7/2021 03:00* | 1/6/2021 10:00 PM<br>*1/6/2021 22:00* | 1/6/2021 09:00 PM<br>*1/6/2021 21:00* |
| 1/7/2021 04:00 AM<br>*1/7/2021 04:00* | 1/6/2021 11:00 PM<br>*1/6/2021 23:00* | 1/6/2021 10:00 PM<br>*1/6/2021 22:00* |

| UTC<br>(Iceland) | EST<br>(Washington, D.C.)<br>(UTC-5) | CST<br>(Memphis, TN)<br>(UTC-6) |
|---|---|---|
| 1/7/2021 05:00 AM<br>*1/7/2021 05:00* | 1/7/2021 12:00 AM<br>*1/7/2021 00:00* | 1/6/2021 11:00 PM<br>*1/6/2021 23:00* |
| 1/7/2021 06:00 AM<br>*1/7/2021 06:00* | 1/7/2021 01:00 AM<br>*1/7/2021 01:00* | 1/7/2021 12:00 AM<br>*1/7/2021 00:00* |
| 1/7/2021 07:00 AM<br>*1/7/2021 07:00* | 1/7/2021 02:00 AM<br>*1/7/2021 02:00* | 1/7/2021 01:00 AM<br>*1/7/2021 01:00* |
| 1/7/2021 08:00 AM<br>*1/7/2021 08:00* | 1/7/2021 03:00 AM<br>*1/7/2021 03:00* | 1/7/2021 02:00 AM<br>*1/7/2021 02:00* |
| 1/7/2021 09:00 AM<br>*1/7/2021 09:00* | 1/7/2021 04:00 AM<br>*1/7/2021 04:00* | 1/7/2021 03:00 AM<br>*1/7/2021 03:00* |
| 1/7/2021 10:00 AM<br>*1/7/2021 10:00* | 1/7/2021 05:00 AM<br>*1/7/2021 05:00* | 1/7/2021 04:00 AM<br>*1/7/2021 04:00* |
| 1/7/2021 11:00 AM<br>*1/7/2021 11:00* | 1/7/2021 06:00 AM<br>*1/7/2021 06:00* | 1/7/2021 05:00 AM<br>*1/7/2021 05:00* |
| 1/7/2021 12:00 PM<br>*1/7/2021 12:00* | 1/7/2021 07:00 AM<br>*1/7/2021 07:00* | 1/7/2021 06:00 AM<br>*1/7/2021 06:00* |
| 1/7/2021 01:00 PM<br>*1/7/2021 13:00* | 1/7/2021 08:00 AM<br>*1/7/2021 08:00* | 1/7/2021 07:00 AM<br>*1/7/2021 07:00* |
| 1/7/2021 02:00 PM<br>*1/7/2021 14:00* | 1/7/2021 09:00 AM<br>*1/7/2021 09:00* | 1/7/2021 08:00 AM<br>*1/7/2021 08:00* |
| 1/7/2021 03:00 PM<br>*1/7/2021 15:00* | 1/7/2021 10:00 AM<br>*1/7/2021 10:00* | 1/7/2021 09:00 AM<br>*1/7/2021 09:00* |
| 1/7/2021 04:00 PM<br>*1/7/2021 16:00* | 1/7/2021 11:00 AM<br>*1/7/2021 11:00* | 1/7/2021 10:00 AM<br>*1/7/2021 10:00* |
| 1/7/2021 05:00 PM<br>*1/7/2021 17:00* | 1/7/2021 12:00 PM<br>*1/7/2021 12:00* | 1/7/2021 11:00 AM<br>*1/7/2021 11:00* |
| 1/7/2021 06:00 PM<br>*1/7/2021 18:00* | 1/7/2021 01:00 PM<br>*1/7/2021 13:00* | 1/7/2021 12:00 PM<br>*1/7/2021 12:00* |

| | | |
|---|---|---|
| 1/7/2021 07:00 PM *1/7/2021 19:00* | 1/7/2021 02:00 PM *1/7/2021 14:00* | 1/7/2021 01:00 PM *1/7/2021 13:00* |
| 1/7/2021 08:00 PM *1/7/2021 20:00* | 1/7/2021 03:00 PM *1/7/2021 15:00* | 1/7/2021 02:00 PM *1/7/2021 14:00* |
| 1/7/2021 09:00 PM *1/7/2021 21:00* | 1/7/2021 04:00 PM *1/7/2021 16:00* | 1/7/2021 03:00 PM *1/7/2021 15:00* |
| 1/7/2021 10:00 PM *1/7/2021 22:00* | 1/7/2021 05:00 PM *1/7/2021 17:00* | 1/7/2021 04:00 PM *1/7/2021 16:00* |
| 1/7/2021 11:00 PM *1/7/2021 23:00* | 1/7/2021 06:00 PM *1/7/2021 18:00* | 1/7/2021 05:00 PM *1/7/2021 17:00* |
| 1/8/2021 12:00 AM *1/8/2021 00:00* | 1/7/2021 07:00 PM *1/7/2021 19:00* | 1/7/2021 06:00 PM *1/7/2021 18:00* |
| 1/8/2021 01:00 AM *1/8/2021 01:00* | 1/7/2021 08:00 PM *1/7/2021 20:00* | 1/7/2021 07:00 PM *1/7/2021 19:00* |
| 1/8/2021 02:00 AM *1/8/2021 02:00* | 1/7/2021 09:00 PM *1/7/2021 21:00* | 1/7/2021 08:00 PM *1/7/2021 20:00* |
| 1/8/2021 03:00 AM *1/8/2021 03:00* | 1/7/2021 10:00 PM *1/7/2021 22:00* | 1/7/2021 09:00 PM *1/7/2021 21:00* |
| 1/8/2021 04:00 AM *1/8/2021 04:00* | 1/7/2021 11:00 PM *1/7/2021 23:00* | 1/7/2021 10:00 PM *1/7/2021 22:00* |
| 1/8/2021 05:00 AM *1/8/2021 05:00* | 1/8/2021 12:00 AM *1/8/2021 00:00* | 1/7/2021 11:00 PM *1/7/2021 23:00* |

_____

Jerry Smith
Counsel for Matthew Bledsoe

_____

Matthew Bledsoe

_____

Jamie Carter
Melanie Alsworth
Assistant United States Attorneys