## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-204 (BAH)** |
| | : | |
| **MATTHEW BLEDSOE,** | : | |
| | : | |
| *Defendant.* | : | |

### NOTICE OF FILING

The United States files the attached exhibit list.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:      /s/
Jamie L. Carter
Assistant United States Attorney
DC Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov
(202) 252-6741

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

**UNITED STATES OF AMERICA**

**VS.**

Civil/Criminal No. **2 1 - c r - 2 0 4**

**Matthew Bledsoe**

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **BLEDSOE'S FACEBOOK AND INSTAGRAM RECORDS** | | | | |
| 1.01 | 1.01 Facebook page 381 - election post - 11-04.pdf | | | | |
| 1.02 | 1.02 Facebook pages 380-381 - election post - 11-04.pdf | | | | |
| 1.03 | 1.03 Facebook page 380 - election post - 11-04.pdf | | | | |
| 1.04 | Facebook page 379 - election post - 11- 07.pdf | | | | |
| 1.05 | 1.05 Facebook page 439 - Trump letter comment 11-7.pdf | | | | |
| 1.06 | 1.06 Facebook page 378-379 - election post - 11-08.pdf | | | | |
| 1.07 | 1.07 Facebook page 378 - election post - 11-08.pdf | | | | |
| 1.08 | 1.08 Facebook page 556 - far from it.pdf | | | | |
| 1.09 | 1.09 Facebook page 1097 - who's coming .pdf | | | | |
| 1.10 | 1.10 Facebook page 1679 - election post - 11-10.pdf | | | | |
| 1.11 | 1.11 Facebook page 481 - yessir.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1.12 | 1.12 Facebook page 364 - who wants to go.pdf | | | | |
| 1.13 | 1.13 Facebook page 491 - drivin close to DC.pdf | | | | |
| 1.14 | 1.14 Facebook page 3061-3067 - our president.pdf | | | | |
| 1.15 | 1.15 Facebook page 3068-3074- rally selfie.pdf | | | | |
| 1.16 | 1.16 Facebook page 2110-2116 - walking to Cap.pdf | | | | |
| 1.17 | 1.17 Facebook page 2117-2123 - nothing can stop.pdf | | | | |
| 1.18 | 1.18 Facebook page 2124-2130 - selfie NW terrace.pdf | | | | |
| 1.19 | 1.19 Facebook page 1164 - wild stormed the capital.pdf | | | | |
| 1.20 | 1.20 Facebook page 1779 - just made it out of the city.pdf | | | | |
| 1.21 | 1.21 Facebook page 2153-2158 - here comes the good part.pdf | | | | |
| 1.22 | 1.22 Facebook page 1779 - It was awesome.pdf | | | | |
| 1.23 | 1.23 Facebook page 494 - military - 1-07.pdf | | | | |
| 1.24 | 1.24 Facebook page 2164-2168 - patriots v steelers.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1.25 | 1.25 Facebook page 490 - hell yea.pdf | | | | |
| 1.26 | 1.26 Facebook page 492 - heading back now.pdf | | | | |
| 1.27 | 1.27 Facebook page 2179-2182 - how lawmakers should feel.pdf | | | | |
| 1.28 | 1.28 Facebook page 2183-2186 - gun House.pdf | | | | |
| 1.29 | 1.29 Facebook page 2187-2190 - recount demand.pdf | | | | |
| 1.30 | 1.30 Facebook page 2191-2194 - riot comparison.pdf | | | | |
| 1.31 | 1.31 Facebook page 2212-2217 - enjoy the show.pdf | | | | |
| 1.32 | 1.32 Facebook page 1155 - shit was lit.pdf | | | | |
| | **BLEDSOE CELL PHONE RECORDS** | | | | |
| 2.01 | 2.01 Proud Boy Chat.PNG | | | | |
| 2.02 | 2.02 Proud Boy Chat.PNG | | | | |
| 2.03 | 2.03 5005.JPG | | | | |
| 2.03A | 2.03A 5005.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.04 | 2.04 Proud Boys text.pdf | | | | |
| 2.04A | 2.04A IMG_9104.PNG | | | | |
| 2.05 | 2.05 Where You At Text.PNG | | | | |
| 2.05A | 2.05A 63164536511__94E64DEB-9E8E-4301-812E-DB963F33641F.JPG | | | | |
| 2.06 | 2.06 Snuck Into This Spot Text.PNG | | | | |
| 2.07 | 2.07 Pence Is Making A Speech Text.PNG | | | | |
| 2.08 | 2.08 Pence Is Announcing Votes Text.PNG | | | | |
| 2.09 | 2.09 Going Into Chambers Text.PNG | | | | |
| 2.10 | 2.10 Arizona Objections Text.PNG | | | | |
| 2.11 | 2.11 IMG_9180.MOV | | | | |
| 2.11A | 2.11A IMG_9180.pdf | | | | |
| 2.12 | 2.12 Link To Twitter Text.pdf | | | | |
| 2.12A | 2.12A Twitter Recording.wmv | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.13 | 2.13 On My Way Text.PNG | | | | |
| 2.14 | 2.14 5005_185.JPG | | | | |
| 2.14A | 2.14A 5005_185.JPG | | | | |
| 2.15 | 2.15 5005_16.JPG | | | | |
| 2.16 | 2.16 bomb scare text.png | | | | |
| 2.17 | 2.17 we here text.png | | | | |
| 2.18 | 2.18 5005_21.JPG | | | | |
| 2.18A | 2.18A 5005_21.JPG | | | | |
| 2.19 | 2.19 5005_60.JPG | | | | |
| 2.19A | 2.19A 5005_60.JPG | | | | |
| 2.20 | 2.20 5005_98.JPG | | | | |
| 2.20A | 2.20A 5005_98.JPG | | | | |
| 2.21 | 2.21 people fighting police text.png | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.22 | 2.22 5005_115.JPG | | | | |
| 2.22A | 2.22A 5005_115.JPG | | | | |
| 2.23 | 2.23 5005_78.JPG | | | | |
| 2.23A | 2.23A 5005_78.JPG | | | | |
| 2.24 | 2.24 5005_80.JPG | | | | |
| 2.24A | 2.24A 5005_80.JPG | | | | |
| 2.25 | 2.25 IMG_9213.JPG | | | | |
| 2.25A | 2.25A IMG_9213.JPG | | | | |
| 2.26 | 2.26 IMG_9261.JPG | | | | |
| 2.26A | 2.26A IMG_9261.JPG | | | | |
| 2.27 | 2.27 IMG_9280.JPG | | | | |
| 2.27A | 2.27A IMG_9280.JPG | | | | |
| 2.28 | 2.28 IMG_9291.JPG | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.28A | 2.28A IMG_9291.JPG | | | | |
| 2.29 | 2.29 IMG_9314.MOV | | | | |
| 2.29A | 2.29A IMG_9314.pdf | | | | |
| 2.30 | 2.30 might stop the count text.png | | | | |
| 2.31 | 2.31 GPS text.png | | | | |
| 2.31A | 2.31A IMG_3278 redacted.jpg | | | | |
| 2.32 | 2.32 IMG_9299.MOV | | | | |
| 2.32A | 2.32A IMG_9299.pdf | | | | |
| 2.33 | 2.33 IMG_9303.MOV | | | | |
| 2.33A | 2.33A IMG_9303.pdf | | | | |
| 2.34 | 2.34 5005_150.JPG | | | | |
| 2.34A | 2.34A 5005_150.JPG | | | | |
| 2.35 | 2.35 5005_119.JPG | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.35A | 2.35A 5005_119.JPG | | | | |
| 2.36 | 2.36 went in climbed wall text.png | | | | |
| 2.37 | 2.37 national guard text.PNG | | | | |
| 2.38 | 2.38 5005_171.JPG | | | | |
| 2.38A | 2.38A 5005_171.JPG | | | | |
| 2.39 | 2.39 Trump says go home text.png | | | | |
| 2.39A | 2.39A IMG_3287.mov | | | | |
| 2.40 | 2.40 came back to find Alex text.png | | | | |
| 2.41 | 2.41 5005_27.JPG | | | | |
| 2.41A | 2.41A 5005_27.JPG | | | | |
| 2.42 | 2.42 5005_13.JPG | | | | |
| 2.42A | 2.42A 5005_13.JPG | | | | |
| 2.43 | 2.43 tell me you charged the Senate text.png | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.44 | 2.44 IMG_9319.MOV | | | | |
| 2.44A | 2.44A IMG_9319.pdf | | | | |
| 2.45 | 2.45 IMG_9321.MOV | | | | |
| 2.45A | 2.45A IMG_9321.pdf | | | | |
| 2.46 | 2.46 started the chant text.PNG | | | | |
| 2.47 | 2.47 so fun text.PNG | | | | |
| 2.48 | 2.48 back counting votes text.PNG | | | | |
| 2.48A | 2.48A IMG_3304.mov | | | | |
| 2.49 | 2.49 executed text.PNG | | | | |
| 2.50 | 2.50 Chris Trump Chat.pdf | | | | |
| 2.51 | 2.51 David Chat.pdf | | | | |
| 2.52 | 2.52 Deleon Chat.pdf | | | | |
| 2.53 | 2.53 Family Chat.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.54 | 2.54 Garces Chat.pdf | | | | |
| 2.55 | 2.55 Wifey Chat.pdf | | | | |
| 2.56 | 2.56 YKyle Chat.pdf | | | | |
| 2.57 | 2.57 Full Deb Chat_Redacted.pdf | | | | |
| 2.58 | 2.58 5005_149.JPG | | | | |
| 2.58A | 2.58A 5005_149.JPG | | | | |
| | **VIDEO FROM OTHER CASES** | | | | |
| 3.01 | 3.01 20210106_142341.mp4 | | | | |
| 3.02 | 3.02 20210106_142541.mp4 | | | | |
| 3.03 | 3.03 20210106_142647.mp4 | | | | |
| 3.04 | 3.04 aa3a383cfd1da1e7068cd856e071eeac Clip.wmv | | | | |
| 3.05 | 3.05 ebe11b28fc0dfd2b4119776c9818cfef Clip 1.wmv | | | | |
| 3.06 | 3.06 ebe11b28fc0dfd2b4119776c9818cfef Clip 2.wmv | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **4.0** | **Capitol CCTV** | | | | |
| 4.01 | 4.01 North West Lawn.asf | | | | |
| 4.01A | 4.01A North West Lawn.pdf | | | | |
| 4.02 | 4.02 North West Lawn.asf | | | | |
| 4.02A | 4.02A North West Lawn.pdf | | | | |
| 4.03 | 4.03 Upper North West Terrace.asf | | | | |
| 4.03A | 4.03A Upper North West Terrace.pdf | | | | |
| 4.03B | 4.03B Upper North West Terrace.pdf | | | | |
| 4.03C | 4.03C Upper North West Terrace.pdf | | | | |
| 4.03D | 4.03D Upper North West Terrace.pdf | | | | |
| 4.03E | 4.03E Upper North West Terrace.pdf | | | | |
| 4.04 | 4.04 Upper North West Terrace.asf | | | | |
| 4.04A | 4.04A Upper North West Terrace.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.04B | 4.04B Upper North West Terrace.pdf | | | | |
| 4.04C | 4.04C Upper North West Terrace.pdf | | | | |
| 4.05 | 4.05 Senate Wing Door.asf | | | | |
| 4.05A | 4.05A Senate Wing Door.pdf | | | | |
| 4.06 | 4.06 North Crypt.asf | | | | |
| 4.06A | 4.06A North Crypt.pdf | | | | |
| 4.07 | 4.07 East Crypt.asf | | | | |
| 4.07A | 4.07A East Crypt.pdf | | | | |
| 4.07B | 4.07B East Crypt.pdf | | | | |
| 4.08 | 4.08 South Crypt.asf | | | | |
| 4.08A | 4.08A South Crypt | | | | |
| 4.08B | 4.08B South Crypt.pdf | | | | |
| 4.09 | 4.09 Small House Rotunda by Memorial Door Stairs.asf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.09A | 4.09A Small House Rotunda by Memorial Door Stairs.pdf | | | | |
| 4.09B | 4.09B Small House Rotunda by Memorial Door Stairs.pdf | | | | |
| 4.10 | 4.10 South Rotunda.asf | | | | |
| 4.10A | 4.10A South Rotunda.pdf | | | | |
| 4.10B | 4.10B South Rotunda.pdf | | | | |
| 4.11 | 4.11 North Rotunda.asf | | | | |
| 4.11A | 4.11A North Rotunda.pdf | | | | |
| 4.11B | 4.11B North Rotunda.pdf | | | | |
| 4.11C | 4.11C North Rotunda.png | | | | |
| 4.12 | 4.12 Statuary Hall.asf | | | | |
| 4.12A | 4.12A Statuary Hall.pdf | | | | |
| 4.13 | 4.13 Statuary Hall.asf | | | | |
| 4.13A | 4.13A Statuary Hall.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.14 | 4.14 Statuary Hall.asf | | | | |
| 4.14A | 4.14A Statuary Hall.pdf | | | | |
| 4.15 | 4.15 Statuary Hall Connector.asf | | | | |
| 4.15A | 4.15A Statuary Hall Connector.pdf | | | | |
| 4.15B | 4.15B Statuary Hall Connector.pdf | | | | |
| 4.16 | 4.16 East Main Door Hall.asf | | | | |
| 4.16A | 4.16A East Main Door Hall.pdf | | | | |
| 4.16B | 4.16B East Main Door Hall.pdf | | | | |
| 4.16C | 4.16C East Main Door Hall.pdf | | | | |
| 4.16D | 4.16D East Main Door Hall.pdf | | | | |
| 4.17 | 4.17 East Stairs Doorway.asf | | | | |
| 4.17A | 4.17A East Stairs Doorway.pdf | | | | |
| 4.17B | 4.17B East Stairs Doorway.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.17C | 4.17C East Stairs Doorway.pdf | | | | |
| 4.17D | 4.17D East Stairs Doorway.pdf | | | | |
| 4.17E | 4.17E East Stairs Doorway.pdf | | | | |
| 4.17F | 4.17F East Stairs Doorway.pdf | | | | |
| 4.18 | 4.18 Hallway to the Upper House Door.asf | | | | |
| 4.18A | 4.18A Hallway to the Upper House Door.pdf | | | | |
| 4.18B | 4.18B Clip.wmv | | | | |
| 4.18C | 4.18C Hallway to the Upper House Door.pdf | | | | |
| 4.18D | 4.18D Hallway to the Upper House Door.pdf | | | | |
| 4.19 | 4.19 Inside Upper House Door.asf | | | | |
| 4.19A | 4.19A Inside Upper House Door.pdf | | | | |
| 4.20 | 4.20 Upper House Door and Stairs.asf | | | | |
| 4.20A | 4.20A Upper House Door and Stairs.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.21 | 4.21 East Columbus Doors and Stairs and East Plaza.asf | | | | |
| 4.21A | 4.21A East Columbus Doors and Stairs and East Plaza.pdf | | | | |
| 4.21B | 4.21B Clip.wmv<br>Or<br>4.21B Recorded Slide with Clip.wmv | | | | |
| 4.21C | 4.21C East Columbus Doors and Stairs and East Plaza.pdf | | | | |
| 4.21D | 4.21D East Columbus Doors and Stairs and East Plaza.pdf | | | | |
| 4.21E | 4.21E East Columbus Doors and Stairs and East Plaza.pdf | | | | |
| 4.21F | 4.21F East Columbus Doors and Stairs and East Plaza.pdf | | | | |
| 4.22 | 4.22 East Columbus Doors and Stairs and Plaza.asf | | | | |
| 4.22A | 4.22A East Columbus Doors and Stairs and Plaza.pdf | | | | |
| 4.22B | 4.22B East Columbus Doors and Stairs and Plaza.pdf | | | | |
| 4.23 | 4.23 C St NE.asf | | | | |
| 4.23A | 4.23A C St NE.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4.24 | 4.24 Senate Chamber.asf | | | | |
| 4.24A | 4.24A Senate Chamber.pdf | | | | |
| | **USCP VIDEO MONTAGE** | | | | |
| 5.01 | 5.01 Overview Video.wmv | | | | |
| | **CONGRETIONAL RECORD AND VIDEO** | | | | |
| 6.01 | 6.01 Cong-1 - Constitution, amd 12.pdf | | | | |
| 6.02 | 6.02 Cong-2.1 - 3 USC 15.pdf | | | | |
| 6.03 | 6.03 Cong-2.2 - 3 USC 16.pdf | | | | |
| 6.04 | 6.04 Cong-2.3 - 3 USC 17.pdf | | | | |
| 6.05 | 6.05 Cong-2.4 - 3 USC 18.pdf | | | | |
| 6.06 | 6.06 Cong-3 - Senate Concurrent Resolution 1.pdf | | | | |
| 6.07 | 6.07 Cong-4 - Video Montage with Congressional Record.mp4 | | | | |
| | **OPEN SOURCE VIDEO & PHOTO** | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7.01 | 7.01 March clip.wmv | | | | |
| 7.01A | 7.01A Wall shot cropped.png | | | | |
| 7.02 | 7.02 banned-video -- TheResistance.video long Clip 1.mp4.wmv | | | | |
| 7.03 | 7.03 banned-video -- TheResistance.video long Clip 2.mp4.wmv | | | | |
| 7.04 | 7.04 gettyimages-1230454245-2048x2048.jpg | | | | |
| 7.05 | 7.05 Benjamin Reports Clip.wmv | | | | |
| 7.06 | 7.06 WUSA9 Clip 1.wmv | | | | |
| 7.07 | 7.07 WUSA9 Clip 2.wmv | | | | |
| | **HOUSE RECORDING STUDIO VIDEO** | | | | |
| 8.01 | 8.01 HRS-001-00000002 Clip.wmv | | | | |
| | **DEMONSTRATIVES/SUMMARY  CHARTS** | | | | |
| 9.01 | Aerial photo of the U.S. Capitol building and some of the grounds | | | | |
| 9.02 | Map of Floor 1 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9.03 | Map of Floor 2 | | | | |
| 9.04 | 9.04 Restricted Perimeter.pdf | | | | |
| 9.05 | Timeline PowerPoint of January 6 events and Bledsoe's chronology | | | | |
| 9.06 | Compilation of 7.01, 2.36, 4.03, 2.23, and 2.23.mp4 | | | | |
| **10.0** | **STIPULATIONS** | | | | |
| 10.01 | 10.01 ID Stipulation.pdf | | | | |
| 10.02 | 10.02 Capitol Grounds Stipulation_001.pdf | | | | |
| 10.03 | 10.03 Timeline Events Stipulation_001.pdf | | | | |
| 10.04 | 10.04 Capitol CCTV Stipulation_001.pdf | | | | |
| 10.05 | 10.05 House and Senate Recording Studio Stipulation_001.pdf | | | | |
| 10.06 | 10.06 Facebook Stipulation_001.pdf | | | | |
| 10.07 | 10.07 Phone 6510 Stipulation_001.pdf | | | | |
| 10.08 | 10.08 Phone 8363 Stipulation_001.pdf | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10.09 | 10.09 Getty Image Stipulation_001.pdf | | | | |
| 10.10 | 10.10 Resistance Video Stipulation_001.pdf | | | | |
| 10.11 | 10.11 Other Investigation 1 Stipulation_001.pdf | | | | |
| 10.12 | 10.12 Other Investigation 2 Stipulation_001.pdf | | | | |
| 10.13 | 10.13 Time Zone Stipulation_001.pdf | | | | |