CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 21 2022
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: 21CR204-01 (BAH)
)
MATTHEW BLEDSOE )
)

## NOTE FROM JURY  #1

Can we see a table that cross references time stamp to File name if it exists.

Can we also get paper copies of the exhibits that are photos.

Date: _____

Time: 11:00

FOREPERSON

July 21, 2022, 1105 hours.
CSO. Kenny Temsupasiri

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 21 2022
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 21CR204-01 (BAH)
)
MATTHEW BLEDSOE )
)

### NOTE FROM JURY #2

For Count One, do we need to consider all three ways/charges to determine guilt or is one sufficient?

Date: 12:18 pm

Time: 7/21/2022

FOREPERSON

July 21, 2022, 12:19 P.M.
CSO, Kenny Temoupasiri

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUL 2 1 2022**

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

MATTHEW BLEDSOE

Civil/Criminal No.: 21CR204-01 (BAH)

## NOTE FROM JURY #3

The jury has reached a unanimous verdict on all five counts.

Date: 21 July 2022

Time: 14:10

FOREPERSON