

**FILED**

**JUL 2 1 2022**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MATTHEW BLEDSOE,

Defendant.

Criminal Case No. 21-204 (BAH)

Chief Judge Beryl A. Howell

## VERDICT FORM

**COUNT ONE:** Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2

With respect to the offense of Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Matthew Bledsoe:

\_\_\_\_\_ NOT GUILTY      \_\_✓\_\_ GUILTY

**COUNT TWO:** Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Matthew Bledsoe:

\_\_\_\_\_ NOT GUILTY      \_\_✓\_\_ GUILTY

**COUNT THREE:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Matthew Bledsoe:

\_\_\_\_\_ NOT GUILTY      \_\_✓\_\_ GUILTY

**COUNT FOUR:** Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Disorderly Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Matthew Bledsoe:

\_\_\_\_\_ NOT GUILTY      \_\_✓\_\_ GUILTY

1

**COUNT FIVE:** Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Matthew Bledsoe:

_____ NOT GUILTY      __✓__ GUILTY

DATE/TIME: 14:10
21 July 2022

FOREPERSON'S SIGNATURE