# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| | )(  Criminal No. 21-204 (BAH) |
| v. | )(  Chief Judge Howell |
| | )(  Sentencing: October 21, 2022 |
| MATTHEW BLEDSOE | )( |

## MOTION FOR SELF-SURRENDER

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully moves this Honorable Court to allow him to self-surrender to the Bureau of Prisons when the Court sentences him on October 21, 2022. In support of this motion for self-surrender, Mr. Bledsoe would show:

1. Mr. Bledsoe was arrested in this case on January 15, 2021. After his initial court appearance, he was released on conditions which included curfew and location monitoring via a GPS-equipped ankle bracelet. Mr. Bledsoe went to trial in July 2022 and was convicted on five counts, including one felony count. After he was found guilty at trial, the Court allowed him to remain on release pending sentencing. Sentencing is set for October 21, 2022.

2. Mr. Bledsoe knows and accepts that the Court is going to sentence him to a period of incarceration on October 21, 2022. He seeks to make his incarceration as positive and rehabilitative an experience as possible. Accordingly, he requests that, at sentencing, the Court allow him to remain on his current conditions of release and then to self-surrender to the Bureau of Prisons after it determines what facility he is to serve his sentence at.

3. Mr. Bledsoe makes this request chiefly because he was wants to take maximum advantage of rehabilitative, educational, and vocational programs offered by the BOP. If he is stepped back at sentencing, he will be in placed into BOP custody while it undergoes its security

1

classification and designation process to determine what facility to actually send him to for him serve his sentence at.  During this time, he will be temporarily placed in a BOP facility that will not be the one he will ultimately go to.  While in such a temporary placement, it is extremely unlikely that he would be able to take advantage of any rehabilitative, educational, and vocational programs that BOP offers.  However, if he is allowed to self-surrender, he will be reporting to the facility that BOP has already determined is an appropriate placement for him to serve his sentence at, and he will then be in a position to immediately start taking advantage of rehabilitative, educational, and vocational programs offered by BOP.[1]

      4.      Mr. Bledsoe also asks that he be allowed to self-surrender so that he can decide what to do with his moving business while actually knowing the length of time he is going to be incarcerated.  This will allow him to best plan for his family financially while he is incarcerated.  Mr. Bledsoe is the sole financial provider for his wife and two daughters.  Knowing the length of his incarceration will allow him to make an informed decision about whether he should sell his business or keep it and have someone else run it while he is incarcerated.

      5.      Mr. Bledsoe understands that, if he is allowed to self-surrender, he will be responsible for transporting himself at his own expense to whatever facility BOP assigns him to and that he will have to report exactly as requested.

---

[1] It should be noted that, if Mr. Bledsoe is allowed to self-surrender, it will lower his Inmate Load and Security Designation score as calculated by BOP by three points.  A lower score would insure his eligibility for placement in the largest number of BOP facilities possible and potentially enhance his ability to better take advantage of rehabilitative, educational, and vocational programs offered by BOP.

WHEREFORE, the defendant, Matthew Bledsoe, moves this Honorable Court to allow him to self-surrender to the Bureau of Prisons when the Court sentences him on October 21, 2022.

Respectfully submitted,

____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101
