# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )( | |
| )( | **Criminal No. 21-204-01 (BAH)** |
| v.   )( | **Chief Judge Howell** |
| )( | **Sentencing: October 21, 2022** |
| **MATTHEW BLEDSOE**   )( | |

## MOTION TO LIFT CURFEW
## SO DEFENDANT CAN ATTEND COURT ON OCTOBER 21, 2022
## AND POINTS AND AUTHORITY IN SUPPORT THEREOF

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully requests that this Honorable Court lift his curfew for the night on October 20 to October 21, 2022 so that he can attend his sentencing at 9:30 a.m. on October 21, 2022. In support of this motion, Mr. Bledsoe would show:

1. Mr. Bledsoe resides near Memphis, Tennessee in the greater Memphis area. He has a 10:00 p.m. to 6:00 a.m. curfew.

2. Mr. Bledsoe is being sentenced at 9:30 a.m. on Friday, October 21, 2022.

3. So that he can be present for his sentencing hearing, Mr. Bledsoe is flying to Reagan National Airport on October 20, 2022.[1] He will stay at a hotel near the airport in Alexandria, Virginia for the night of October 20 to October 21, 2022. He will come into D.C. on the morning of October 21, 2022 to attend his court hearing.

4. Given the above, Mr. Bledsoe requests that the Court lift his curfew for the night of October 20 to October 21, 2022.

---

[1] The Pretrial Services Agency has already been made aware of Mr. Bledsoe's travel plans.

1

5.      Conditions of release can be modified by a judicial officer at any time.  18 U.S.C. § 3142(c)(3).

WHEREFORE, the defendant, Matthew Bledsoe, requests that this Honorable Court lift his curfew for the night on October 20 to October 21, 2022 so that he can attend his sentencing at 9:30 a.m. on October 21, 2022.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Jerry Ray Smith, Jr.
                                                  D.C. Bar No. 448699
                                                 Counsel for Matthew Bledsoe
                                                 717 D Street, N.W.
                                                 Suite 310
                                                 Washington, DC 20004
                                                 E-mail: jerryraysmith@verizon.net
                                                 Phone: (202) 347-6101