Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-cr-204 (BAH) |
| ) | |
| MATTHEW BLEDSOE ) | |

## NOTICE OF APPEAL

Name and address of appellant:  Matthew Bledsoe
c/o Jerry Ray Smith, Jr.
717 D Street, N.W.
Suite 310
Washington, DC 20004

Name and address of appellant's attorney:  Jerry Ray Smith, Jr.
717 D Street, N.W.
Suite 310
Washington, DC 20004

Offense: Obstruction of Official Proceeding (18 U.S.C., Section 1512(c)(2)) and four misdemeanors.

Concise statement of judgment or order, giving date, and any sentence:

Defendant convicted at trial. On October 21, 2022, he was sentenced to 48 months incarceration followed by 3 years supervised release.

Name and institution where now confined, if not on bail:  Def. on bail pending self-surrender.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

November 2, 2022
DATE

Matthew Bledsoe
APPELLANT

ATTORNEY FOR APPELLANT
Jerry Ray Smith, Jr.

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ✔
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✔ | |