# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW BLEDSOE,**<br><br>Defendant. | Case No. 21-cr-204-BAH |

### GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this sentencing opposition to the defendant's Motion to Extend Self-Surrender Date. The defendant was convicted by a jury on all five charges on July 21, 2022. The presentence investigation, the government's calculations, and even Mr. Bledsoe's sentencing memorandum all found incarceration to be the appropriate result under the guidelines. Per the defendant's Motion for Self-Surrender, he was aware that he would be sentenced to incarceration for his conduct in this case. Document 231, Page 1, Paragraph 2. He was sentenced on October 21, 2022.

One of his two stated reasons for requesting self-surrender has presumably been accomplished – namely allowing for an appropriate placement which will give him the greatest time to take advantage of the rehabilitative, educational, and vocational programs at BOP. There will have been more than enough time – over four months since his conviction at trial – for him to accomplish his second stated reason, arranging for continued operation of his business. The government therefore objects to an extension of the self-surrender period.

The defendant showed up promptly in the Nation's Capitol on January 6, 2021 to

participate in the riot that disrupted the peaceful transfer of power. He now stands convicted and sentenced for his crimes, and the Court with the government's consent has graciously provided the defendant with additional time to self-surrender. No further accommodation is warranted.

        Respectfully submitted,

        MATTHEW D. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

BY:       /s/
        JAMIE CARTER
        DC Bar 1027970
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        202-252-6741
        Jamie.Carter@usdoj.gov

        MELANIE L. ALSWORTH
        AR Bar No. 2002095
        Trial Attorney
        United States Department of Justice
        Criminal Division
        On Detail to the United States Attorney's Office,
        District of Columbia
        601 D. Street, N.W.
        Washington, D.C. 20530
        Office: 202-598-2285
        Melanie.Alsworth2@usdoj.gov