UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-204-01 (BAH) |
| v.            )( | Chief Judge Howell |
| )( | Post-Conviction |
| MATTHEW BLEDSOE )( | |

**UNOPPOSED MOTION
TO CORRECT CLERICAL ERROR IN JUDGMENT
AND POINTS AND AUTHORITY IN SUPPORT THEREOF**

COMES NOW the defendant, Matthew Bledsoe, by and through undersigned counsel, and respectfully moves this Honorable Court to correct a clerical error in his Judgment relating to the Court's recommendation as to where he should serve his sentence. In support of this motion, Mr. Bledsoe would show:

1. Sentencing was held in this case on October 21, 2022. The Court sentenced Mr. Bledsoe to 48 months incarceration. That same day, the Court filed its Judgment (ECF #237).

2. As the Court will undoubtedly recall, at Mr. Bledsoe's sentencing, Mr. Bledsoe asked the Court to recommend that the Bureau of Prisons (BOP) designate him to serve his sentence at either the Satellite Camp in Millington, Tennessee that is affiliated with FCI Memphis or at the Satellite Camp in Forrest City, Arkansas that is affiliated with FCI Forrest City. The Court indicated that would make that recommendation. However, the Judgement does not reflect the recommendation that the Court said it would make. Rather, the Judgment states that the Court recommends "[t]hat the Bureau of Prisons designate incarceration at FCI Forrest City in Forrest City, Arkansas or at FCI Memphis Satellite Camp, in Millington, Tennessee." Judgment at 3. The Judgment makes no mention of the Satellite Camp at FCI Forrest City. Thus, the Judgment is not consistent with what the Court said it was recommending at Mr. Bledsoe's sentencing.

1

3. To reflect what the Court said at Mr. Bledsoe's sentencing, the Judgment should be corrected to read that the Court recommends "that the Bureau of Prisons designate incarceration at either FCI Memphis, Satellite Camp (in Millington, TN) or at FCI Forrest City, Satellite Camp (in Forrest City, AR).

4. Fed. R. Crim. P. 36 states," After giving any notice it considers appropriate, the court may, at any time, correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

5. On December 10, 2022, undersigned counsel exchanged e-mails with Assistant United States Attorney Jamie Carter. Ms. Carter indicated that the government does not oppose this motion.

WHEREFORE, the defendant, Matthew Bledsoe, moves this Honorable Court to correct the clerical error in his Judgment.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101