```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 21-cr-204-1
vs.                                )
                                   )
MATTHEW BLEDSOE,                   )  July 19, 2022
                                   )  9:14 a.m.
              Defendant.           )  Washington, D.C.
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

                          **TRANSCRIPT OF TRIAL**
                          <u>*Morning Session*</u>
                   **BEFORE THE HONORABLE BERYL A. HOWELL,**
                 **UNITED STATES DISTRICT COURT CHIEF JUDGE**


<u>**APPEARANCES:**</u>

FOR THE UNITED STATES:

                        JAMIE CARTER
                        555 4th Street, NW
                        Washington, DC 20530
                        (202) 252-6741
                        Email: jamie.carter@usdoj.gov

                        MELANIE ALSWORTH
                        DOJ-CRM
                        145 N Street NE
                        Washington, DC 20530
                        (202) 514-0917
                        Email: melanie.alsworth2@usdoj.gov

FOR THE DEFENDANT:
                        JERRY RAY SMITH, JR.
                        717 D Street, NW, Suite 310
                        Washington, DC 20004-2812
                        (202) 347-6101
                        Email: jerryraysmith@verizon.net

ALSO PRESENT:        KYLE CLEMENTS, Paralegal, USAO

Court Reporter:      Elizabeth Saint-Loth, RPR, FCRR
                     Official Court Reporter


                Proceedings reported by machine shorthand.
              Transcript produced by computer-aided transcription.

## INDEX

| WITNESS | PAGE |
|---|---|
| SEAN PATTON | 44 |

## EXHIBITS

| EXHIBITS | PAGE |
|---|---|
| Government's 10.02, 10.04 | 38 |
| Government's 9.01 through 9.04 | 38 |
| Government's 4.01 through 4.23 | 38 |
| Government's 10.03 | 41 |
| Government's 5.01 | 72 |
| Government's 7.01A | 88 |

1                   **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Matter before the Court,

3       Criminal Case No. 21-204-01, United States of America versus

4       Matthew Bledsoe.

5              Counsel, please come forward and state your names

6       for the record.

7              MS. CARTER:  Good morning, Your Honor.

8       Jamie Carter and Melanie Alsworth on behalf of the

9       United States.

10             THE COURT:  Good morning.

11             MR. SMITH:  Good morning, Your Honor.

12      Jerry Smith for Matthew Bledsoe who is present.

13             THE COURT:  Yes.  Good morning.

14             Mr. Smith, just one second.

15             Thank you for the clarification that the return

16      that you want to post was 3,000 pages.  I actually didn't

17      realize it was that huge a document.

18             Are you also going to want to file that under

19      seal?

20             MR. SMITH:  That's another issue, Your Honor.

21             It was provided to me by the government pursuant

22      to a protective order, so it does have other -- not

23      Mr. Bledsoe's information, but other people's; I'll need to

24      file it under seal.  I think I have to put it on a hard --

25      on a flash -- because it's so voluminous.  I remember the

1    last time I did it, it was a real pain in the butt to file.

2    THE COURT:  So let me just ask you:  Do you really

3    need to put that on the docket?

4    I mean, is it -- isn't the alternative, if you

5    want to have it available for appellate review -- is to have

6    it marked as an exhibit and admitted into evidence, or -- I

7    mean, even though it might contain a lot of irrelevant

8    information; but that's an alternative way to ensure that it

9    would be available for --

10    MR. SMITH:  It would be easier.

11    THE COURT:  -- you know, on appeal as an exhibit

12    introduced at trial, but not post that many pages on the

13    docket.  And CM/ECF, I know, can be a little bit challenging

14    when you have huge documents on that.

15    MR. SMITH:  Yeah.  I think at some point you have

16    to put it on -- they make you put it on a flash drive and

17    take it to the clerk's office.

18    THE COURT:  Yeah.  It gets complicated, I realize.

19    So can the parties confer about whether you really

20    want to post it on the docket or whether there's an

21    alternative way.  And if you-all just agree that, you know,

22    it could be admitted as an exhibit -- I think that solves

23    your problem.

24    MR. SMITH:  That sounds much easier, Your Honor.

25    THE COURT:  Of course, it does pose the risk, if

1    it's submitted into evidence, it could go back with the

2    jury.

3            MR. SMITH:  Well, that's what I was trying to

4    avoid, since -- the government is going to be introducing

5    just small excerpts from it.  But, you know, 99.99 percent

6    of it has nothing to do with the case.  I mean, it has

7    Mr. -- family pictures, and all that kind of stuff on it.

8            THE COURT:  Right.

9            MS. CARTER:  I would, on behalf of the government,

10   be willing to introduce it as an exhibit, but not publish to

11   the jury, if the Court is amenable to that plan.  I think

12   that makes a lot of sense, so that the Court would have

13   access to the document when arguments are being made, as

14   well as for the appellate record.

15           THE COURT:  Okay.  Yeah.  Well, let me -- let me

16   think about that.  Because, typically, if something is

17   admitted into evidence in its full form, it's admitted for

18   the jury's consideration.

19           MR. SMITH:  I don't mind submitting it as an

20   exhibit to my motion, if Your Honor would just give me a day

21   or two after the trial just to figure out how to do it.  I

22   mean, it's just a pain --

23           THE COURT:  Okay.  Well, you can confer with

24   Ms. Gumiel about how you could best do it.  Maybe we should

25   just stick with the original plan then.  Okay.  But

1    thank you for clarifying it was 3,000 pages.  I hadn't -- I

2    thought it was going to be a return, like you normally see,

3    and it's one to two pages.  So I didn't think it was going

4    to be that big a problem.

5              But, yes, you can -- I grant your request to file

6    it under seal, and two days after the trial concludes.

7              MR. SMITH:  Thank you, Your Honor.  I appreciate

8    that.

9              THE COURT:  Okay.  Let's -- is everybody ready

10   for -- to bring the jury in?

11             MS. CARTER:  Yes, Your Honor.  Thank you.

12             THE COURT:  Okay.  Let's bring the jury in.

13             Ms. Carter, who is it who is sitting with you at

14   counsel table today?

15             MS. CARTER:  Your Honor, that is paralegal

16   Kyle Clements.

17             THE COURT:  Kyle Clements.  Okay.  Because he

18   wasn't there during voir dire, so I didn't introduce him.

19   So I need to -- Kyle Clements with a "C" --

20             MS. CARTER:  C-L-E-M-E-N-T-S.

21             THE COURT:  Okay.

22             (Whereupon, the jury returns to the courtroom.)

23             THE COURT:  All right.  Good morning, ladies and

24   gentlemen.  I hope you had a pleasant evening after our long

25   day yesterday.

1              We are going to start with opening statements this

2      morning, starting with the government.  And then, if

3      Mr. Bledsoe's counsel, Mr. Smith, wants to make an opening

4      statement, he will also have an opportunity to do so.

5              You'll see a third person sitting at the

6      government's table this morning; his name is Kyle Clements.

7      He is a paralegal, also with the U.S. Attorney's Office, and

8      he will be assisting government counsel.

9              You will also find, on your chairs, the notebooks

10     with pencils inside and an envelope for you to use.  We give

11     you an envelope because, otherwise, I have found that the

12     pencils go flying everywhere; it's a little hard to keep it

13     all together.

14             So, with that, I think we're ready to begin.

15             Is the government -- is government counsel ready

16     to give an opening statement?

17             MS. ALSWORTH:  Yes, Your Honor.

18             THE COURT:  All right.  Please proceed.

19             MS. ALSWORTH:  May it please the Court, the

20     government would request permission to publish.

21             THE COURT:  Publish what?

22             MS. ALSWORTH:  We have a PowerPoint exhibit,

23     Your Honor.

24             THE COURT:  Sure.  And do you want to take your

25     mask off so that we can hear you better?

```
 1                    MS. ALSWORTH:  Yes.

 2                    THE COURT:  And are you going to be wearing a

 3       lapel mic?

 4                    MS. ALSWORTH:  I have the mic, and I believe it's

 5       turned on.  Can the Court hear me?

 6                    THE COURT:  Okay.  Every -- okay.  So if at any

 7       time -- you-all are very, very important here.  It is

 8       critical of anybody in this courtroom that you-all are

 9       hearing what is being said.  If any of you, at any time,

10       have any problem hearing or seeing something on the exhibit

11       screen, you have to raise your hand and let me know.  Okay?

12       Because then we'll fix it.  All right?

13                    All right.  I think we can hear you.  So proceed.

14                    And now the jury knows if they can't hear you,

15       they are going to be raising their hands; and we'll all

16       know.

17                    MS. ALSWORTH:  Thank you, Your Honor.

18                    THE COURT:  Okay.  Please proceed.

19                    MS. ALSWORTH:  Chaos consumed the United States

20       Capitol on January 6th of 2021.  In the early afternoon, a

21       swarm of rioters stormed the Capitol Building, causing the

22       certification of the Electoral College vote to come to a

23       grinding halt for hours.

24                    You will see evidence that the defendant, Matthew

25       Bledsoe, was part of this mob that infiltrated the Capitol
```

1    Building; and you will see that he entered the Capitol

2    Building through a breached door on the Senate side in an

3    area known as the Senate connecting corridor, or the Senate

4    wing, and that this door had been broken and forced open by

5    other rioters.

6            THE COURT:  Just one second.  You are not seeing

7    anything --

8            MR. SMITH:  My screen is black.

9            MS. CARTER:  I'm sorry.  I believe I fixed it,

10   Your Honor.

11           MR. SMITH:  I have it.  Thank you.  I apologize.

12           (Whereupon, the video was published.)

13           MS. ALSWORTH:  "Where are those pieces of shit

14   at?"  The public servants who were rightfully at the Capitol

15   Building on January 6th to do their jobs.

16           Well, you will hear and see evidence that within a

17   minute of Mr. Bledsoe entering the Capitol Building, that

18   the Vice President was escorted from his office behind the

19   Senate Chamber and taken to another location on Capitol

20   grounds.

21           Senators and staff were also evacuated.  Minutes

22   later, the House Chamber was locked down.  And you will

23   learn that the House of Representatives and staff members

24   were trapped inside the House Chamber and the House Gallery.

25   And the House Gallery is a floor above the House Chamber; it

1    overlooks the House Chamber.

2            The House Chamber was soon evacuated after its

3    lockdown, but the members that were trapped in the House

4    Gallery were stuck there until approximately 2:50 p.m.  And

5    while they were stuck there, they were crouched down on the

6    floor in front of their chairs waiting to be evacuated.

7            Before delving deeper into what the defendant did

8    while he was at the Capitol on January 6th, I would like to

9    discuss with you some of the evidence the government will

10   introduce to show why he went to the Capitol on January 6th,

11   to interfere and obstruct the certification proceedings that

12   were taking place.

13           The defendant believed that the election from

14   President Trump was stolen, and you will see evidence from

15   the defendant's Facebook account.  Quote:  He won.  Don't

16   let the liars and thieves tell you different -- was a

17   comment that he posted on his Facebook account on

18   November 4th, 2020.  And several days later he wrote in

19   another comment:  Everyone knows, and we won't let anyone

20   steal it away.

21           Two months later, on January 5th, the defendant

22   left his home outside of Memphis, Tennessee, and he traveled

23   to the Washington, D.C., area.  He spent the night; and the

24   next day he attended President Trump's rally at the Ellipse.

25           And while he was there, you will see evidence that

1    family members were texting him about the work that was

2    taking place down the street, at the end of the Capitol

3    Mall, in Congress.

4         You will see these text messages.  Things like:

5    Pence is making a speech.  Arizona has been rejected.

6    They're going into Chambers now to review.

7         And in the course of the trial, you will learn a

8    little bit about federal law and why those text messages

9    were important, and what they meant.

10        Federal law requires that the House of

11   Representatives and the Senate formally meet together once

12   every four years for the sole purpose of reviewing and

13   counting the ballots that formally declare the winner of the

14   presidential election.

15        Federal law specifies exactly when and how this is

16   supposed to take place.  It must occur on January 6th; it

17   must begin at 1 p.m., and it must take place in the House of

18   Representatives Chamber.

19        A Capitol police officer will talk to you about

20   the Capitol Building and the Capitol grounds, and how a

21   restricted area was set up that day around the perimeter of

22   the Capitol Building.  And he will explain that the

23   perimeter was set up to keep the public off the Capitol

24   grounds that were restricted.  And one of the ways they kept

25   the public off the restricted grounds was setting up bike

1    racks around the perimeter of the Capitol.

2            The evidence will show that regardless of these

3    barricades being in place, that rioters breached the

4    barricades just before 1:00 p.m., just before that work in

5    Congress was set to begin.

6            And after they breached that barricade, they

7    poured onto Capitol grounds, inching closer and closer to

8    the building that sits prominently at the east end of

9    Capitol Mall.

10           At the time of that breach, the defendant was

11   still at the Ellipse.  But what the evidence will show is

12   that later he began walking towards the Capitol Building.

13   And while he was walking, he continued to receive text

14   messages from family and friends.

15           At 2:05 p.m., he received a text message from his

16   wife; and the text message said, quote:  There is a bomb

17   scare near the Capitol.

18           His reply:  Good.

19           And a minute later, a friend asked whether the

20   defendant was making them evacuate Capitol Hill.

21           What did he reply?  We here.

22           The evidence will show that they, the rioters,

23   were, in fact, there at the Capitol.  At 2:13 p.m., a group

24   of rioters broke into the Capitol Building through that

25   Senate wing door in the Senate connecting corridor.  They

1      broke out windows.  And when they broke out windows, they

2      forced open a fire door that was in between those two

3      windows, allowing other rioters -- a whole swarm of rioters

4      to pour in through that door.

5              At this time, the Senate was forced to go into a

6      recess.  It wasn't until 2:29 p.m. that the House went into

7      recess.

8              And you will see evidence that the defendant

9      entered that breached Senate wing door at 2:26, four minutes

10     before the House was forced into recess.

11             After the defendant walked in, you will see that

12     he joined a group of rioters and that they started walking

13     towards the House side of the building.  They walked to an

14     area known as the Crypt, and you will see a video of what

15     was happening in the Crypt at that time.

16             (Whereupon, the video was published.)

17             MS. ALSWORTH:  The defendant kept moving, inching

18     closer towards the House of Representatives.  You will see

19     that he next came to a location called the Memorial Door --

20     it's in an area called the Memorial Door.  And while he is

21     in there, he is in a mob of rioters.

22             You will see video with him, his fist in the air;

23     and he seems to be yelling and chanting with other rioters

24     in the mob.  They continued to press forward.  The defendant

25     didn't stop there.

1    He continued to move deeper.  This time you will

2    see that he comes to an area in the Capitol known as the

3    Rotunda.  And the Rotunda sits directly in the middle of the

4    Capitol Building, directly in the middle of the Senate and

5    the House of Representatives, and directly in the path that

6    the Vice President and the senators and the ballots travel

7    as they move between the two Houses of Congress.

8    The evidence will show in this case that but for

9    the actions of the defendant and the other rioters occupying

10   the Capitol on January 6th, that lawmakers would have been

11   able to work on the certification of the 2020 presidential

12   election.

13   And while the defendant is in the Rotunda, you

14   will see some of the activities he was engaging in.  One of

15   the things that you will see is a video of him making laps

16   around this huge circle called the Rotunda; and he's

17   carrying a Trump flag.  The Trump flag is held high in the

18   air.

19   The defendant, still he didn't stop at the

20   Rotunda.  He continued moving toward the House of

21   Representatives Chamber.  He passed through Statuary Hall.

22   And in Statuary Hall, he stopped for just a moment to record

23   himself before he filtered into another crowd that was

24   moving toward the Statuary Hall connecter.  The Statuary

25   Hall connecter is somewhat like a hallway that is outside

 1    the main door to the House Chamber.

 2              And from here forward, you will see that for the

 3    next six minutes, the defendant walked around the halls

 4    around the House of Representatives, around the House

 5    Chamber, while members were entrapped inside the House

 6    Gallery still laying on the floor in front of their seats.

 7              The evidence will show that the defendant spent a

 8    total of 22 minutes inside the Capitol Building.  Twenty-two

 9    minutes when he interfered with Congress's ability to

10    reconvene and resume the process of certifying the electoral

11    votes.

12              Finally, you will see the defendant did, in fact,

13    leave the interior of the Capitol Building that afternoon.

14    And he left the Capitol grounds for a period of time, but he

15    returned because he had not had enough of being there.

16              And when he returned, he came back on the

17    restricted grounds.  He was on the east side of the Capitol

18    Building.  He took photos and videos of rioters, documenting

19    his presence in this restricted area, and his contribution

20    to the ongoing interference of the work that should have

21    been taking place at the United States Congress.

22              He watched rioters as they arrived -- and riot

23    officers as they arrived and tried to clear the stairs of

24    rioters that were outside of the Columbus Doors.  Even when

25    he saw those riot police in their gear arrive, you will see

1     that he remained.

2              On January 6th, and in the days that followed, you

3     will see evidence that the defendant bragged on social media

4     about starting a chant while he was in the House -- or while

5     he was in the Capitol -- the "Our House" chant.  And that he

6     also posted on social media -- and that those social media

7     posts evidence a lack of remorse for his participation in

8     the breach of the United States Capitol on January 6th and

9     the disruption of the vote count.

10             In sum, the evidence that the government will

11    present at trial will confirm beyond a reasonable doubt that

12    the defendant is guilty of the following crimes:

13             First, obstruction of an official proceeding.  The

14    defendant wanted the election certification stopped, and he

15    took action with a mob to stop it.  That's obstruction of

16    the proceeding.

17             Entering and remaining in a restricted building or

18    grounds.  The Capitol was closed on January 6th, and yet the

19    defendant walked into the Capitol through a breached fire

20    door, an alarm blaring in the background, broken windows in

21    his line of sight.

22             Disorderly and disruptive conduct in a restricted

23    building or grounds, disorderly conduct in a Capitol

24    Building.  The yelling, the chanting -- all while walking

25    through the halls of the Capitol during a time when a Joint

1    Session of Congress should have been underway but was

2    abruptly stopped because of the rioters in the building.

3            And finally, Count 5, parading, demonstrating, or

4    picketing in a Capitol Building.  You will see video of the

5    defendant parading around the Rotunda, parading around with

6    the Trump flag.

7            And at the end of the trial, after you have heard

8    the evidence that the government has to present, my

9    co-counsel, Jamie Carter, and I will ask you to return a

10   verdict that is consistent with the evidence, and that's

11   guilty on all counts.  Thank you.

12           THE COURT:  Thank you, Ms. Alsworth.

13           Mr. Smith?

14           MR. SMITH:  Yes, Your Honor.  I would like to give

15   an opening statement.

16           THE COURT:  Okay.

17           Do you all want to switch the lapel mics?

18           MR. SMITH:  Yes.  Can I use -- may I switch with

19   Ms. Alsworth?

20           THE COURT:  Yes.  Yes.  Of course.  I think we

21   only have one lapel mic for the courtroom so you-all are

22   going to have to switch it back and forth.

23           MR. SMITH:  Can I be heard?

24           THE COURT REPORTER:  Yes.

25           MR. SMITH:  Thank you.

1              Your Honor, may I remove my mask?

2              THE COURT:  Yes, of course.

3              MR. SMITH:  Good morning, ladies and gentlemen.

4         I hope you will forgive -- I've always admired

5    people who can speak extemporaneously without using notes;

6    I'm, unfortunately, not one of those people.  I see

7    Ms. Alsworth is not either.  It's just the way it is for me.

8              There are a number of important points that I need

9    to make; and I am going to break my presentation to you into

10   three parts.  I want to talk a little bit about the charges.

11   I want to talk a little bit about what Mr. Bledsoe did

12   inside the Capitol.  And I want to talk a little bit about

13   what the evidence is.

14             Now, Ms. Alsworth has spoken to you a little bit

15   about the charges, but she overlooked a few things.

16             One of the charges -- he's charged with five

17   counts.  The lead count -- or the first count of the

18   indictment is -- what is obstruction of an official

19   proceeding?  And, of course, the government alleges that

20   Mr. Bledsoe obstructed the official proceeding, or that he

21   aided and abetted other people to obstruct the proceeding.

22   And, of course, the official proceeding at issue is the

23   proceeding to certify the Electoral College votes.

24             The important thing to remember about obstruction

25   of an official proceeding is it can't just be that you

1    engage in conduct that just so happens to obstruct the

2    official proceeding, or that you just -- you engage in

3    conduct that just so happens to aid and abet someone else in

4    obstructing an official proceeding.

5         To be guilty of obstruction of an official

6    proceeding, you have to intend, by your conduct, to obstruct

7    the official proceeding; that has to be your goal.  So you

8    have to engage in conduct that would obstruct the official

9    proceeding with the specific intent in your brain that

10   that's what you want to do.

11        If you just engage in conduct that happens to

12   obstruct the official proceeding or that happens to aid and

13   abet someone else in doing that, you've not committed a

14   crime.  It's only a crime -- obstruction of an official

15   proceeding -- if that's what you intended by your actions.

16   So that's a very important thing you need to remember about

17   the obstruction charge.

18        In addition to the obstruction charge, he's

19   charged with two counts under 18 U.S. Code 1752; that has to

20   do with being in a restricted area.  And he's charged with

21   two counts.  One of the counts is just being in a restricted

22   area, and the other count pertains to engaging in disorderly

23   conduct in a restricted area.

24        Again, there is a very important thing you need to

25   remember about these two counts.  It's not just that you

1    happen to be in a restricted area -- that's not necessarily

2    illegal.  What is illegal is if you're in the restricted

3    area and you know you are not supposed to be in the

4    restricted area.  If you -- if you know that you don't have

5    the lawful authority to be in the restricted area.

6         But if you don't -- if you think you have the

7    authority to be in a restricted area, those -- those crimes

8    wouldn't apply.  So those -- that's two things you -- that's

9    an important thing you need to remember about the second and

10   third counts of the indictment; the fact that you have to

11   know that you are in the restricted area without the right

12   to be there.

13        And then, with the last two counts, these are

14   Counts 4 and 5 of the indictment, which you will see at some

15   point in all of this, those are under 40 U.S. Code Section

16   5104.  And for those counts, one is just parading or

17   demonstrating in a Capitol Building --

18        Excuse me.  I am losing my voice a little bit.

19        The law says you can't parade or demonstrate

20   inside the Capitol.  It all -- and then the fifth count is

21   you can't engage in disorderly conduct inside the Capitol

22   Building, that's the fourth and fifth count of the

23   indictment.

24        So I'll -- those are the charges.  I wanted to

25   give you that overview and sort of make it clear, especially

1    in regards to the -- the obstruction count, that you have to

2    intend to obstruct the hearing.  It can't just be that your

3    conduct does obstruct the hearing, you have to intend to do

4    that.

5         And as far as being in the restricted area for

6    Counts 2 and 3 -- to be guilty, you have to know that you

7    are in a restricted area.  You have to know that you don't

8    have the lawful right to be in that restricted area.

9         Now, let's talk about what Mr. Bledsoe did on

10    January 6th.

11         On January 6th, Mr. Bledsoe did come to the

12    Capitol -- bear with me.  He came to the Capitol to support

13    President Trump and to demonstrate, because he believed that

14    the election had been stolen.  Mr. Bledsoe is older and

15    wiser now, but back then -- back -- right after the

16    presidential election on November 2nd, all the way through

17    to January 6th when the election certification was

18    happening -- Mr. Bledsoe believed that the election had been

19    stolen and that Donald Trump was the rightful President.

20         He believed this because of information he was

21    getting from news sources; news sources that millions of

22    people watched.  He believed this because politicians --

23    high-ranking politicians, including the then sitting

24    President of the United States, were telling him this; and

25    he believed that the election had been stolen.

1      Not only did he believe that the election had been

2   stolen, he thought it was so obvious that the election had

3   been stolen that through legal -- that once people realized

4   it through legal process -- not through violent means or

5   anything, but just through the legal processes -- people

6   would realize that people had stuffed ballots, or whatever,

7   that the election would be overturned and Donald Trump would

8   be instated [sic] as the rightful President through legal

9   process.  That is what he believed after the election;

10  that's what he believed through January 6th.

11      So when he came to D.C. on January 6th, he came

12  believing that the election had been stolen and he came to

13  attend the rally that was being held at the Ellipse, 14

14  blocks from the Capitol, down by the Washington Monument,

15  the Ellipse off the White House.  He came to attend that

16  rally.

17      He had no intention of going to the Capitol.  He

18  came to demonstrate -- attend the rally and demonstrate by

19  the Ellipse, up by the Washington Monument.  He came to

20  demonstrate the same way that millions of people have come

21  to our city over the years -- from the Vietnam anti-war

22  protests, to the civil rights protests, to the pro-choice

23  protest, to the pro-life protest, to the Black Lives Matter,

24  to the Million Man March.

25      I mean, we may not agree with all of the causes

1    that people come into D.C. to protest about, but it's a

2    fundamental reality of us being Washingtonians, that people

3    come to our city to engage in demonstrations.  That's one of

4    the things that makes this city great, and that's what

5    Mr. Bledsoe came to do.

6              But he had no intention of going to the Capitol.

7    So he came to the rally by the Ellipse.  There were

8    thousands of people there; they were chanting and cheering

9    and shouting.  And Mr. Bledsoe was chanting and cheering and

10   shouting.  They listened to the speeches.  Politicians

11   spoke; Donald Trump spoke.  And after Donald Trump spoke,

12   people in the crowd began moving from the Ellipse up to the

13   Capitol.

14             Mr. Bledsoe did not go right away.  He stayed

15   there by the Ellipse.  But, after a while, it seemed that so

16   many people in the crowd were moving up to the Capitol, he

17   decided to go with them.  From his point of view, it seemed

18   like the demonstration was moving from the Ellipse up to the

19   Capitol.  And what he thought was, okay, now we're going to

20   go to the Capitol and demonstrate; and he walked to the

21   Capitol.

22             There was a huge crowd out in front of the

23   Capitol, right out in front of the -- and looking up at the

24   Capitol, and he joined in to that crowd.

25             Again, he was chanting and shouting, and chanting

1    slogans.  He considered this a continuation of the

2    demonstration that had been down by the Ellipse.  And then

3    he saw that people were actually going up the stairs -- from

4    the grounds in front of the White House [sic], he saw them

5    going up the stairs up to this patio area.  That's, you

6    know, right where you can gain actual entrance into the

7    building.

8            Hundreds, maybe thousands of people were going up

9    these stairs onto this patio area.  And it seemed like the

10   demonstration was moving up there, so he went up to the

11   patio area as well.

12           Again, there were -- when he got up there, there

13   were already hundreds, if not thousands, of other people up

14   there.  He joined the people.  Again, everybody is chanting

15   slogans, cheering, and shouting.  And he sort of did that

16   for five minutes or so; I am not sure of the exact time.

17           And after a while, he saw that people were

18   entering the building; they were going through a door.  From

19   his point of view, it looked like they were letting people

20   into the building.  And I will tell you why this is the

21   case: He saw people going in through an open door.

22           He saw police officers, U.S. Capitol Police

23   officers, standing right there watching people go into the

24   building.  The police officers were not doing or saying

25   anything.

1          So he saw the door open.  He didn't see the door

2     open, he just saw people -- you know, hundreds of people

3     going in through this door by the time he got up there.  So

4     he got in the line, and he went into the building.  He

5     walked by the police officers who were standing right there

6     and doing nothing, and he perceived that they were letting

7     them into the building.

8          So he goes into the building.  He follows the

9     crowd, and they go to the Crypt -- what Ms. Alsworth was

10    calling the "Crypt."  The Crypt -- you will see it, if you

11    have -- you don't know the building -- it's in the middle of

12    the building.  It's kind of a low-ceiling room, but it's a

13    pretty impressive room; kind of a natural assembly point.

14         And so he goes into the Crypt.  By the time he

15    gets to the Crypt, there are already hundreds of people

16    there.  And so he joins -- they're chanting and -- you know,

17    "Our House," making cheers -- and shouting and cheering.  He

18    joins that crowd.  He joins in the chanting and the

19    cheering.

20         And then the -- the crowd sort of moves up these

21    stairs.  You will see in the video, it's very -- very tight

22    quarters, but the crowd is sort of slowly moving.  Everybody

23    is shoulder to shoulder, and they kind of move up these

24    stairs.  And when you get to the stairs, you come to the

25    great Rotunda.

1          Now, I'm sure some of you have probably been to

2     the White -- to the Capitol Building.  If you haven't, you

3     will see the videos.

4          The grand Rotunda is a magnificent room.  It's

5     clearly the heart of the Capitol.  It's the -- you know,

6     it's the grand room at the center of the Capitol.

7          So when Mr. Bledsoe comes up to the great Rotunda

8     with the crowd -- the crowd -- and there's already people

9     there -- he thinks he has arrived; this is the destination.

10    This is -- this is where everybody is going, to the great

11    Rotunda, because this is the heart of the building.

12         So he gets up to the great Rotunda.  There are

13    already people there cheering and shouting; and he joins the

14    cheering and shouting for several minutes.  And everybody's

15    got these Trump flags.  I don't know where they got these

16    Trump flags.  Some people brought them.  Who knows?  But

17    hundreds of people are -- they're waving their Trump flags.

18         So Mr. Bledsoe decides he wants a Trump flag too,

19    and he is able to find one; and that's what he spends his

20    time doing.  He spends his time with this Trump flag walking

21    around the Rotunda, waving his Trump flag, and holding it

22    high, marching around.  This is -- this is the big moment

23    for him.

24         And then after -- probably because his arms get

25    tired, he decides to put the Trump flag in a statue.  There

1    is a statue of Gerald Ford, of all people, standing off to

2    the side.  And he decides that he's going to put this flag

3    in Gerald Ford's arms, so it sort of looks like Gerald Ford

4    is holding a Trump flag -- and he does that.  And as soon as

5    he does that, he sees tear gas coming from the far end of

6    the Rotunda.

7            I want to stress something here -- and you are

8    going to see this in the evidence.  That is the first time,

9    through all of this, that Mr. Bledsoe sees any evidence that

10   he is not welcome in the building.  This is the first time

11   he has seen any tear gas.  It's the first time he's seen the

12   authorities taking any kind of action besides tolerating the

13   protesters that is clearly at them.

14           This changes things for Mr. Bledsoe.  You're going

15   to see that, from this point on, he ceases to chant and

16   cheer and to engage in slogans -- in chanting slogans.  From

17   this point on, Mr. Bledsoe is focused on getting out of the

18   building.

19           And what he does -- he, obviously, goes away from

20   where the -- where the tear gas is.  He does go to the House

21   of Representatives, but not because he's trying to get to

22   the House of Representatives but because he's trying to get

23   away from the tear gas; that's the way to get away from the

24   tear gas.

25           But the problem with getting out -- getting away

1    from the tear gas and getting out of the building is there

2    are thousands of people in the building.  The building is

3    not equipped for this many people.  So he runs, of course,

4    into a giant roadblock where he can't get through.  He has

5    got the tear gas behind him towards the House of

6    Representatives, he's got this crowd of people, and he's

7    kind of stuck there for a minute.

8            So he sort of stands around in the crowd.  He

9    takes some pictures of some statues while he's sort of

10   waiting; and he sort of just joins the crowd standing there.

11   He keeps looking up trying to figure out when the crowd is

12   going to break so he can -- he can get out of the building.

13   And, finally, he's able to slip through this big roadblock

14   ahead of him and cut down this hallway to the left.  There's

15   not many people in the hallway; it seems like sort of a

16   break.

17           So he goes down this hallway, and it comes to an

18   end.  He turns right into another hallway.  He is looking

19   for a way out.  He goes down that hallway.  He runs into a

20   roadblock.  He comes back around, through the turn, goes

21   back up the hallway -- back the hallway he has just been in;

22   but now there is the crowds, now there is the tear gas.

23           He turns around and goes back the other way into

24   the other hallway; still a roadblock.  He comes back; still

25   a roadblock, still tear gas.  He is looking for a way out.

1   He's not -- he's walking -- this is right near the House of

2   Representatives, but what he's doing walking around the

3   House of Representatives is looking for the exit.

4        And you'll see, after going around this corner

5   five times, he's finally able to latch on to these two

6   gentlemen who are being escorted by a police officer to the

7   exit.  He is able to follow along behind them and then exit

8   the building.  He is only in the building for a little over

9   20 minutes.

10        He does come back to the building later, that is

11   true -- about an hour and a half later, I think.  He comes

12   back up, and he -- he comes up the steps to the east-facing

13   entrance.  I don't know if you guys know the Columbus Doors,

14   but that's -- that's the big entrance on the east side.

15   It's really not used, it's more of a ceremonial door, but

16   it's got this patio area out in front of it.

17        So he goes up the steps, and he hangs out up

18   there.  He doesn't -- he doesn't try to get in the building.

19   He doesn't go in the building.  He doesn't even protest.

20   There is just a crowd of people sort of standing up there

21   talking, milling about.  Some people are videoing things.

22   But he stays up there for about -- I am not sure, about an

23   hour, maybe 45 minutes.

24        Finally, the police come and they get everybody to

25   leave.  And he does leave -- and that's it.  And he leaves,

30

1    and goes.

2              That's Mr. Bledsoe's conduct on January 6th.

3    That's -- that's -- and that's exactly what his conduct is.

4              Now, let's talk about the evidence.

5              One of the things about this case -- maybe in most

6    cases, something like this would be a defense attorney's

7    nightmare -- is video.

8              As you can imagine, the U.S. Capitol has an

9    extensive closed-circuit television system.  There are

10   probably very few places in that building that don't have a

11   camera.  It's like Walmart or Home Depot, they're watching

12   you everywhere you go.  So they have got these cameras

13   everywhere that are filming everything.

14             The other thing they have is so many people that

15   are in the -- there are thousands of people in the Capitol.

16   So many of them are in there videoing things on their

17   cameras, some of them got phones.  Most people are just

18   doing it on their -- on their cell phones.  And, of course,

19   the government has got a lot these -- you know, they have

20   arrested these people and got their cell phones, and got the

21   data off their phones.  So they have all of this video from

22   other people who were inside the Capitol.

23             So the bottom-line is the government pretty

24   much -- and there may be, like, a few-second gaps -- but

25   they pretty much have video evidence of Mr. Bledsoe going up

1    to the Capitol, being in the building, and then even coming

2    back for every single -- I mean, there might be a couple of

3    seconds in there where he passes out of one camera's field

4    of vision before he goes into the other.  But you will be

5    able to see exactly what he was doing the whole time he was

6    there.  And you're going to see that it's exactly what I'm

7    telling you.

8         The other thing is, I do -- it's not just going to

9    show you that what I'm telling you is exactly right.

10   It's -- there is going to be more important things that I

11   want you to pay attention to.

12        It's going to show you that when Mr. Bledsoe

13   approached the building behind the crowd that was going up,

14   he didn't see any barricades; he didn't see any bike racks.

15   He didn't see anybody tearing down any barricades or tearing

16   down any bike racks.  He was able to go to the Capitol

17   unimpeded without there being any signs that there was a

18   perimeter established.

19        And you are going to see that once he got up to

20   the building -- you are going to see that, you know,

21   he didn't -- the only police he encountered before he

22   even -- when he was going in the building were the police

23   officers standing to the side doing nothing.  And you are

24   going to see that -- that, you know, he never -- going up to

25   the building and being in the building, and even coming

1    back, that he never saw anybody fighting with police.  He

2    didn't fight with police.  He didn't disobey any police

3    orders.

4              In fact, you're going to see that the few

5    interactions he did have with police were very cordial;

6    where Mr. Bledsoe approaches them respectfully, with his

7    arms up, trying to indicate to them -- when he's looking for

8    a way out, that he's just looking for a way out, and he

9    means them no harm.

10             But you're not going to see any -- he didn't

11   disobey the police.  He didn't see anybody else disobeying

12   the police.  He didn't see anybody fighting the police.  He

13   didn't fight the police.  He didn't see anybody else

14   fighting the police.  He didn't see anybody else -- he

15   didn't push through any police lines.  He didn't see anybody

16   else pushing through any police lines.

17             As far as entering the building goes, he didn't

18   see anybody -- he didn't break out any windows or break

19   through any doors.  And he didn't see anybody else break out

20   any windows or break through any doors.

21             In the building itself, he didn't see anybody

22   trying to damage property or to break into any offices.  He

23   didn't see anybody trying to break into the House Chambers

24   or the Senate Chambers.  He didn't try to break into the

25   House Chambers or into the Senate Chambers.

1          Now, I know the government just played you a clip

2    where they had Mr. Bledsoe going into the building; and he

3    says something to the effect, "Where are those pieces of

4    shit at?"  And they're going to say that, well, this shows

5    that Mr. Bledsoe was looking for the Congressmen because he

6    wanted to -- he wanted to get in there and stop the counting

7    of the Electoral College votes.

8          Listen, with all due respect to my client, he can

9    be a bit of a big mouth, and he says a lot of things.  But

10   when you look at the evidence, when you look at the videos,

11   you will not see a single thing -- not one single

12   instance of him trying to get to any Congressmen.  You won't

13   see him trying to break into any of the chambers or any of

14   the offices.

15         The only thing you are going to see Mr. Bledsoe

16   doing is march -- up until the point he sees the tear gas in

17   the Rotunda, which is sort of the end of his excursion into

18   the Capitol -- the only thing you are going to see him doing

19   is chanting, shouting.  And when he gets up to the Rotunda,

20   waving the Trump flag around, that's Mr. Bledsoe's grand --

21   grand gesture for all of this, is to march around the

22   Rotunda waving a Trump flag.  Then he sees the tear gas and,

23   from there on out, he is trying to get out of the building.

24         Now, what does all that mean?

25         You know, I mean, what he's doing is parading and

1    demonstrating inside the Capitol; that's exactly what he's

2    doing.  That's a crime.  Don't get me wrong.

3          The law quite clearly says you can't parade or

4    demonstrate in the Capitol, and that's precisely what he's

5    doing; and I suppose he's guilty of that.  I don't really

6    have a defense to that.  That's what the law says; that's

7    what he was doing.

8          But for the other charges, he's innocent.

9          For the -- for the charges that have to do with

10   being in a restricted building, he didn't know he -- there

11   was -- he had no indications that he was in a restricted

12   area up until the point he saw the tear gas.  And when you

13   look at the evidence, you're going to see that, from the

14   time he saw the tear gas, he is making efforts to get out of

15   the building.

16         Now, it's not -- it's not like you can just run to

17   a door.  There's just -- you have to kind of take your time

18   because of all of the crowds.  You have got to negotiate the

19   crowds and figure a way out; but that's what he's doing.

20   He's trying to get out.  And you'll see this.

21         And I want to stress again, when he went in --

22   when he went in the building, he went in through an open

23   door; police officers standing to the side, doing nothing.

24   Hundreds of people have already gone in the door before him,

25   and he just follows them in.

1          So as far as those charges go, the restricted

2     building charges, the government -- he's innocent.  He

3     didn't know that he was in a restricted area until he saw

4     the tear gas; and from there on out, he's trying to get out

5     of the building.

6          The big thing is the obstruction charge.  The

7     government says there's no -- he is innocent of that charge

8     because there is no -- he wasn't trying to obstruct the

9     official proceeding; that was not his intent.  He wasn't

10    trying to do it himself, and he wasn't trying to help

11    anybody else do it.

12         When you look at the videos, what you are going to

13    see is Mr. Bledsoe parading around the Capitol Building,

14    chanting slogans, cheering, and parading with a Trump flag.

15    Yeah.  That's parading and demonstrating in a Capitol

16    Building, but that is not obstructing an official

17    proceeding.  And the reason it's not obstructing an official

18    proceeding is because he doesn't have the intent to obstruct

19    the official proceeding.

20         He is there to demonstrate and protest.  Yes,

21    that's illegal.  It's part of the same impulse that took him

22    to the Capitol, to come down to the rally -- to demonstrate

23    at the rally.  The demonstration moved to the Capitol, and

24    then it moved into the Capitol; but it was still, to him,

25    all part of the demonstration.  He had no -- he had no

 1    intent to go into the Capitol at all.  And even once he got

 2    into the Capitol, he was just demonstrating.

 3           And that, ladies and gentlemen, is why you cannot

 4    find him guilty of obstruction of an official proceeding,

 5    because what he was doing was parading and demonstrating in

 6    the Capitol, but he was not obstructing the official -- he

 7    was not intending to obstruct the official proceeding.

 8           Thank you.

 9           THE COURT:  Thank you, Mr. Smith.

10           All right.  Does the government want to call its

11    first witness?

12           MS. ALSWORTH:  Sean Patton, Your Honor.

13           THE COURT:  All right.  Yes?  You want to take a

14    break?

15           We're going to take a ten-minute recess, and then

16    the government will have its witness in.  We'll take a

17    ten-minute recess.

18           (Whereupon, the jury was excused, and a recess

19    taken.)

20           (Whereupon, the jury returned to the courtroom.)

21           THE COURT:  All right.  The government has called

22    Sean Patton.

23           MS. ALSWORTH:  Yes, Your Honor.

24           THE COURT:  And where is Officer Patton?

25           Officer, please step forward to the witness stand.

 1                  And you can just face the jurors.  Raise your
 2      right hand, please.
 3                  (SEAN PATTON, Government's Witness, sworn.)
 4                  THE COURT:  And, Officer, you may remove your mask
 5      while you're testifying.
 6                  THE WITNESS:  Thank you.
 7                  THE COURT:  Thank you.  Please have a seat.
 8                  THE WITNESS:  Thank you.
 9                  THE COURT:  Please proceed.
10                  MS. ALSWORTH:  Thank you, Your Honor.
11                  Your Honor, before we begin with the witness, I
12      have consulted with the defense attorney; and there are a
13      number of exhibits that we would admit at this time.  The
14      defense doesn't have an objection to these exhibits --
15                  THE COURT:  Okay.
16                  MS. ALSWORTH:  -- and they will be admitted
17      through this witness.
18                  THE COURT:  And the exhibits are?
19                  MS. ALSWORTH:  Your Honor, in the category 10, the
20      stipulations; it's 10.02, and 10.04.
21                  THE COURT:  Okay.  Let's see.
22                  MS. ALSWORTH:  In Section 9, it will be
23      Exhibits 9.01 through 9.04.
24                  THE COURT:  Okay.
25                  MS. ALSWORTH:  And in Section 4 -- the Capitol

 1    Police video, it will be Exhibits 4.01 through 4.23.

 2                  THE COURT:  Is that it?

 3                  MS. ALSWORTH:  Yes, Your Honor.

 4                  THE COURT:  Any objection?

 5                  MR. SMITH:  No, Your Honor.

 6                  THE COURT:  Hearing no objection, Exhibits 10.02,

 7    and .04; 10.01 through .04 [sic]; and 4.01 through .23 will

 8    be admitted.  All right.

 9                  (Government's Exhibits 10.02, and 10.04; 9.01

10    through 9.04; and 4.01 through 4.23, admitted.)

11                  MS. ALSWORTH:  Your Honor, the government further

12    requests permission to publish to the jury at the

13    appropriate time.

14                  THE COURT:  At the appropriate point during the

15    testimony?

16                  MS. ALSWORTH:  Yes, Your Honor.

17                  THE COURT:  Yes, you may.

18                  MS. ALSWORTH:  Okay.  Thank you.

19                  And at this point, I would like to read two

20    stipulations, if the Court will permit me.

21                  THE COURT:  All right.

22                  MS. ALSWORTH:  And permission to publish these as

23    well?

24                  THE COURT:  Yes, you may.

25                  MS. ALSWORTH:  Thank you.

1          THE COURT:  And, ladies and gentlemen, because

2     these stipulations have been admitted into evidence, you

3     will see them back during jury deliberations.  So you don't

4     have to rush to take notes to ensure you're not missing

5     anything from the stipulations.  You will have the paper

6     copies with you during deliberations.

7          Please proceed.

8          MS. ALSWORTH:  Exhibit 10.02 --

9          THE COURT:  And you're going to have to move that

10    mic over.  Perfect.

11          (Whereupon, the video was published.)

12          MS. ALSWORTH:  Exhibit 10.02.  The United States

13    and Defendant Matthew Bledsoe agree and stipulate to the

14    following:

15          By law, the United States Capitol, which is

16    located at First Street, Southeast, in Washington, D.C., is

17    secured 24 hours a day by U.S. Capitol Police.

18          At the U.S. Capitol, the building itself has

19    540 rooms covering 175,170 square feet of ground, roughly

20    four acres.  The building is 751 feet long, roughly

21    228 meters, from north to south; and 350 feet wide,

22    106 meters, at its widest point.

23          The U.S. Capitol Visitor Center is 580,000 square

24    feet, and is located underground on the east side of the

25    Capitol.

1    On the west side of the Capitol Building is the

2  west front, which includes a variety of open concrete

3  spaces, a fountain surrounded by a walkway, two broad

4  staircases, and multiple terraces at each floor.

5    On January 6, 2021, the inaugural stage

6  scaffolding was on the west front of the Capitol Building.

7  On the east front are three staircases; porticos on both the

8  House and the Senate side; and two large skylights in the

9  Visitor's Center, surrounded by a concrete parkway.

10    This is Exhibit 10.03.

11    The United States and Defendant Matthew Bledsoe

12  agree and stipulate to the following:

13    On January 6th, 2021, a Joint Session of the

14  United States Congress convened at the U.S. Capitol.  During

15  the Joint Session, elected members of the United States

16  House of Representatives and the United States Senate were

17  meeting in both the House and Senate Chambers of the Capitol

18  to certify the vote count of the Electoral College --

19    Your Honor, just to clarify, 10.03 was admitted

20  and permitted to publish, correct?

21    THE COURT:  You didn't ask for 10.03.  I think you

22  just asked for 10.04.

23    MS. ALSWORTH:  I apologize, Your Honor.

24    THE COURT:  So are you asking for 10.03?

25    MS. ALSWORTH:  I grabbed the wrong one.  My

```
1    apologies.
2              I am asking for 10.04, and permission to publish
3    it as well.
4              THE COURT:  Yes.
5              So just a second --
6              MS. ALSWORTH:  I will come back to 10.03.
7              THE COURT:  Well, it's already been shown to the
8    jury.
9              MR. SMITH:  That's okay, Your Honor.
10             THE COURT:  And it's fine.  So why don't we just
11   go ahead and move in 10.03 now.
12             MR. SMITH:  No objection, Your Honor.
13             THE COURT:  So 10.03 is going to be admitted as
14   well --
15             MS. ALSWORTH:  Thank you, Your Honor.  I will
16   continue reading from it.
17             THE COURT:  -- since we have already shown it to
18   the jury.  Okay.
19             (Government's Exhibit 10.03, admitted and
20   published.)
21             THE COURT:  And let me just ask for clarification.
22             In the series of 4.01 to .23, there are a number
23   of As, Bs, Cs, Ds, and Es.  Is that included in what the
24   government was proposing --
25             MS. ALSWORTH:  Yes, Your Honor.
```

1          THE COURT:  -- moving to admit?

2          And is that also understood by defense counsel,

3    that you're -- pose no objection to the As, Bs, Cs, Ds, and

4    subparts?

5          MR. SMITH:  For the 4 series?

6          THE COURT:  Correct.

7          MR. SMITH:  Yes.  That's correct, Your Honor.

8          THE COURT:  Perfect.  Thank you.

9          MS. ALSWORTH:  May I proceed, Your Honor?

10          THE COURT:  You may.

11          MS. ALSWORTH:  Thank you.

12          On January 6, 2021, the House of Representatives

13    began its session at approximately twelve o'clock p.m.  The

14    Senate began its session at approximately 12:30 p.m.  And

15    the two houses met together at approximately one o'clock in

16    the House of Representatives' Chamber to begin the Joint

17    Session.

18          At approximately 1:15 p.m., the House and Senate

19    adjourned to their separate chambers for up to two hours to

20    resolve a particular objection.

21          At approximately 2:12 p.m., Vice President Pence

22    evacuated the Senate Chamber.  And approximately one minute

23    later, the senator who had become the presiding officer in

24    Vice President Pence's absence, declared that the Senate

25    would stand in recess.  Senators evacuated the Senate

1    Chamber.

2    At approximately 2:15 p.m., Speaker Nancy Pelosi,

3    who was presiding over the House of Representatives,

4    evacuated the House Chamber.  And approximately 15 minutes

5    later, the representative who had become the presiding

6    officer in her absence declared that the House would stand

7    in recess.

8    Representatives evacuated the House Chamber.

9    The House Gallery was evacuated at approximately

10   2:51 p.m.

11   The Joint Session was suspended.

12   The Senate and House resumed meeting at

13   approximately 8:06 p.m. and 9:02 p.m., respectively.

14   Congress's Joint Session continued until

15   approximately 3:44 a.m. on January 7th, 2021, when it

16   completed the certification of the Electoral College vote.

17   And, finally, stipulation 10.04.  And may it be

18   published as well?

19   THE COURT:  It may be published.

20   (Whereupon, the video was published.)

21   MS. ALSWORTH:  Thank you.

22   The United States and Defendant Matthew Bledsoe

23   agree and stipulate to the following:

24   The United States Capitol Police operate and

25   maintain closed-circuit video monitoring and recording

1    equipment that captures locations inside and outside of the

2    U.S. Capitol Building, and on the Capitol grounds.

3            The video equipment time stamps each recording

4    with the date and time at which the footage is captured.

5    The USCP-controlled video equipment was in good working

6    order on January 6th, 2021, and video footage recovered from

7    the cameras and equipment for the day of January 6th, 2021,

8    is footage of January 6th, 2021.

9            The events depicted in the video footage are a

10   fair and accurate depiction of the events at the

11   U.S. Capitol on January 6th, 2021.  Where the timestamps are

12   visible on the recordings, they are accurate.  The video

13   footage was not altered or edited in any way except to

14   create clips.  The video footage is authentic in that it is

15   what it purports to be.

16                     DIRECT EXAMINATION

17   BY MS. ALSWORTH:

18   Q.  Will you please introduce yourself.

19   A.  Good morning.

20            My name is Sean Patton.  I am a captain with the

21   United States Capitol Police.

22   Q.  And how long have you held the position of Capitol

23   [sic] with the United States Capitol Police?

24   A.  I have been employed with the Capitol Police for

25   23 years, 19 of those years as a supervisor for the Capitol

```
 1   Police.  I start my 24th year in August.
 2   Q.  And what are Capitol Police officers sworn to do?
 3   A.  The mission of the Capitol Police is to protect the
 4   Congress, its members, visitors, and staff from terrorism,
 5   crime, or disruption.
 6        The Capitol Police protect the United States
 7   Congress so that they can complete their legislative
 8   responsibilities in a safe and open environment.
 9   Q.  And do you work in the Capitol Building regularly?
10   A.  Since October 2020, I am routinely assigned to work
11   inside the Capitol.  Even though all of the Capitol Police
12   have the Capitol on their patches, they don't all work
13   inside the Capitol Building.  I work inside the Capitol
14   Building.
15   Q.  And in your years of service with the United States
16   Capitol Police, have you been familiar with the Capitol
17   Building and grounds?
18   A.  I have.
19        MS. ALSWORTH:  And I'd like to show you what was
20   previously admitted as Government's Exhibit 9.01.
21        Request permission to publish.
22        THE COURT:  Yes, you may publish.
23        (Whereupon, the video was published.)
24        MS. ALSWORTH:  Your Honor, may we set the exhibit
25   on the stand?
```

```
 1                    THE COURT:  Yes, you may.
 2                    And, Ms. Alsworth, do you have your own pointer,
 3          or do you need to use the Court's pointer?
 4                    MS. ALSWORTH:  I do not have a pointer, Your
 5          Honor.
 6                    THE COURT:  Ms. Gumiel, could --
 7                    THE COURTROOM DEPUTY:  I gave them --
 8                    THE COURT:  Ms. Gumiel is ahead of me.  She has
 9          already given you the pointer.
10                    MS. CARTER:  I think we are okay.  Thank you.  Got
11          it.
12                    THE WITNESS:  I'm sorry.  Say that again.
13          BY MS. ALSWORTH:
14          Q.  And, Captain Patton, are you familiar with what is shown
15          in Government's Exhibit 9.01?
16          A.  Yes, I am.  It is an overview map of the United States
17          Capitol.  The Capitol is in the middle right of the picture.
18                    MS. ALSWORTH:  Okay.
19                    And, Your Honor, may he step down from the witness
20          stand for just a moment?
21                    THE COURT:  Yes, he may.  And I will give him a
22          microphone.
23                    And, Mr. Smith, I know this is a little hard to
24          see.  I am going to be standing up so I can see; so feel
25          free to move where you need to to see the -- you know, to
```

```
1          see the chart.
2                    MR. SMITH:  Thank you, Your Honor.
3                    THE COURT:  And if you need to sit on one of those
4          chairs on the other side of the government table, I think
5          that may be the most convenient place for you to watch.
6                    MR. SMITH:  I may do that.
7                    THE COURT:  So don't let me distract you.
8                    THE WITNESS:  Would you like me to put my mask
9          back on?
10                   THE COURT:  What?
11                   THE WITNESS:  Would you like me to put my mask
12         back on?
13                   THE COURT:  No.  We need to hear you.
14                   THE WITNESS:  Okay.
15         BY MS. ALSWORTH:
16         Q.  A moment ago you were describing that this is an aerial
17         view of the Capitol grounds; is that correct?
18         A.  That is correct.
19         Q.  And you mentioned that you saw the Capitol Building on
20         there.  Can you point that out, please.
21         A.  That's correct.  This is the Capitol.
22         Q.  Okay.  And can you tell us from the map which directions
23         are north, south, east, and west from the Capitol?
24         A.  So the way that this is laid out, north is true north,
25         being up.  This is south.  This is west.  We refer to this
```

1    (indicating) as the west front.  And then this direction is

2    east.  And this area of the Capitol (indicating) is referred

3    to as the east front of the Capitol.

4    Q.  And what section of the Capitol is on the north side?

5    A.  So on the north side -- the north side of the Capitol,

6    we imagine first -- if I may, we draw an imaginary line

7    through the Capitol.

8         The Capitol is the center of Washington, D.C., so

9    the -- think of it like a compass.  The city is broken into

10   four quadrants:  Northwest, northeast, southeast, and

11   southwest.

12        The imaginary line that goes down the Capitol

13   separates the north side, which is typically referred to as

14   the Senate side of the Capitol.  And then the lower area is

15   referred to as the south side, which is also the House side

16   of the Capitol.

17        The Congress meets inside the Capitol.  Even

18   though the House and the Senate meet in the Capitol that

19   imaginary line keeps them apart, and they don't always mix.

20   Q.  Okay.  I would like to now show you Government's

21   Exhibit -- actually, let me stick with that for just a

22   moment.

23   A.  Okay.

24   Q.  You've described the Capitol Building for us.

25        On the west side of the Capitol Building, are

1    there any landmarks that stick out to you?

2    A.  So on the west side of the Capitol, we have the west

3    front lawn.

4           The center grassy area is -- the grassy areas on

5    the west side are all free speech demonstration areas.

6           The west lawn is typically where the Capitol will

7    host our summer concert series, Memorial Day, 4th of July,

8    Labor Day.

9           Right below the Capitol is an area called the

10   lower west terrace.  Right in front of the west lawn of the

11   Capitol is an area that is called the Capitol Reflecting

12   Pool.  This is different than the reflecting pool in front

13   of the Lincoln Memorial.

14          And we have two circles.  Peace Circle, which is

15   on Pennsylvania Avenue.  This area of sidewalk is referred

16   to as the Pennsylvania walkway.  And the other area here is

17   the Garfield Circle on the Maryland Avenue Street.  And so

18   we refer to this sidewalk as the Maryland Avenue sidewalk.

19   And I think that's it.

20          THE COURT:  I just want to make sure, can all of

21   the jurors see this in the background?

22          Are you having -- could you stand up?  I mean, if

23   you are having trouble seeing, feel free to stand up.  Okay.

24          And, Ms. Alsworth, could you just make sure you

25   are moving that mic with you?

1           MS. ALSWORTH:  Yes, Your Honor.  Thank you for the

2      reminder.

3      BY MS. ALSWORTH:

4      Q.  Captain Patton, I'd like to show you another exhibit

5      that's marked as Government's 9.02.

6           MS. ALSWORTH:  I believe we have covered it,

7      Your Honor, but permission to publish this one as well?

8           THE COURT:  Yes, you may.

9           (Whereupon, the video was published.)

10     BY MS. ALSWORTH:

11     Q.  Captain Patton, can you tell us what is in this exhibit?

12     A.  Okay.  This is a map of the first floor of the Capitol.

13     Q.  And how do you know that?

14     A.  I can tell that it's a first -- it's the first floor of

15     the Capitol because of the room numbers.  I know it says

16     "first floor" on the bottom.  But, for me, I look at the

17     rooms, and I can see this is H140.  That first number

18     indicates that it is the first floor on the House side.

19          Remember, I said there is an imaginary line that

20     divides the Capitol in half.  So the numbers on the "S"

21     represent the Senate side of the building.  And they also

22     begin with "1" before their next preceding number; so I know

23     that that is the first floor.

24     Q.  And the House side of the building, do the numbers begin

25     with an "H"?

1  A.  The House side rooms begin with an H; and then the first

2  number indicates the floor.  First -- 100, 200, 300.

3  Q.  Sure.  And you have talked about the direct center of

4  the Capitol.

5  A.  Correct.  And this area in the center is referred to as

6  the Capitol Crypt.  It is right below the Capitol Rotunda,

7  which is on the second floor.

8  Q.  And are you familiar with an area called the Senate

9  connecting corridor or the Senate wing hallway?

10  A.  I do.  In order to find this, you'd look first at this

11  area here, which represents the Senate Chamber, which is

12  above this.  And then this hallway here (indicating) is the

13  connecting corridor for the main portion of the body, too,

14  what we also refer to as the Senate wing.

15        So sometimes I call this is the Senate corridor or

16  I call it the Senate wing doors because it takes me to the

17  wing.

18  Q.  And which direction is west from the Senate connecting

19  corridor?

20  A.  This area is west.  This is the west front area.  These

21  are the terrace area, up top here (indicating).  And then

22  this area is east.

23  Q.  Okay.  Thank you.

24  A.  You're welcome.

25        MS. ALSWORTH:  And I'd also like to show you

1    Government's Exhibit 9.03.

2            (Whereupon, the video was published.)

3    BY MS. ALSWORTH:

4    Q.  Can you orient us to this exhibit, please?

5    A.  This exhibit is a depiction of the second floor of the

6    Capitol.  Again, same thing.  You can see that the room

7    numbers begin with the number "2," indicating that it is the

8    second floor.

9            The center of the picture is showing an overview

10   of the Rotunda.  And then, again, on the left-hand side --

11   or the south side of the building is the House Chamber.  And

12   on the north side of the building is the Senate Chamber.

13           MS. ALSWORTH:  Thank you.  You may have a seat for

14   a moment.

15           THE WITNESS:  You're welcome.

16           THE COURT:  Teresa, could you take the microphone.

17   BY MS. ALSWORTH:

18   Q.  Captain Patton, can you describe the security measures

19   that are in the Capitol Building on a regular basis?

20   A.  The Capitol is a secure building.  It is staffed by

21   United States Capitol Police 24 hours a day, seven days a

22   week.  The building entrances have security screening

23   equipment, such as magnetometers, X-ray machines, and

24   Itemisers that we screen for prohibited and dangerous items.

25   Q.  Let me stop you there for just a second.

1          Is it all entrances that have those -- those

2     scanners?

3     A.   No.  All of the doors to the Capitol are not staffed by

4     Capitol Police.  When a door is not staffed by the Capitol

5     Police, that door is secure.

6     Q.   And what does "secure" mean?

7     A.   That means the door is locked and not used for entry or

8     exit, unless -- we have doors at the Capitol that are fire

9     doors that can be exited during an emergency.  They are

10    alarmed doors.  So if someone accidentally tries to go out

11    the door, it will send an alarm to our communications, and

12    we'll dispatch an officer to investigate that door.

13         But if there is a fire, for example, someone could

14    go to that door, depress it, it will go into alarm mode, and

15    eventually release.  But, again, those doors are not used

16    for typical entry and exit by anyone.

17    Q.   Are the grounds that surround the Capitol Building also

18    secured?

19    A.   The grounds are actually open to the public because a

20    lot of the area around the Capitol is a free speech area.

21         The intention of the Capitol is to be, like I

22    said, a free and open environment.

23    Q.   And was it open to the public, the Capitol Building and

24    the grounds, on January 6th of 2021?

25    A.   No, it was not.

1    Q.  Neither of them were open?

2    A.  So the question was:  Was either the east front or the

3    west front open to the public?

4    Q.  Were the Capitol grounds open to the public?

5    A.  The answer to that question is the majority of the

6    Capitol grounds on the Capitol were closed to the public.

7    And the reason why I say that is that the west front area of

8    the Capitol was closed because of the construction of the

9    inaugural platform.

10          The east front plaza or the surface area that is

11    concrete, we call the "deck."  That area was closed to the

12    public and was in what we call "restricted mode" as far as,

13    I believe, eleven o'clock on the 5th.

14          Restricted mode is a security posture where we

15    limit the availability of the public to be on the deck.

16    It's only accessible to members, staff, and their guests.

17          The grassy areas of the east front, we typically

18    refer to them on the south side as the "House egg" and on

19    the Senate side as the "Senate egg" -- and that is because

20    they look like an egg from an overview.  Those areas were,

21    in fact, open and designated for free speech demonstration

22    on January 6th.

23    Q.  And on January 6th, was there a bike rack that was

24    installed around the perimeter of the Capitol Building?

25    A.  Yes.  The bike rack was installed along the east front,

1    extending down Independence and Constitution Avenue.

2           Independence is the street to the direct south of

3    the Capitol.  Constitution is the street to the direct north

4    of the Capitol.  And it connected to the west front and

5    enclosed those areas where the public and access was not

6    permitted.

7           MS. ALSWORTH:  I'd like to now show you

8    Government's Exhibit 9.04.

9           MS. CARTER:  Would the clerk please switch to

10   plaintiff's laptop.

11          MS. ALSWORTH:  And may this also be published,

12   Your Honor?

13          THE COURT:  Yes.  It may be published.

14          (Whereupon, the video was published.)

15   BY MS. ALSWORTH:

16   Q.  Captain Patton, do you recognize what is shown in

17   Government's 9.04?

18   A.  Yes, I do.

19   Q.  What --

20   A.  It is -- it is an outline of the perimeter enclosure on

21   the west front.  The red line represented where bicycle rack

22   were placed to ensure no pedestrian access -- no public

23   pedestrian access, excuse me, to those areas.

24   Q.  And I would like to direct your attention to the Peace

25   Circle.  Do you see that in Government Exhibit 9.04?

1    A.  I do.  It is the circle at the top of the screen, right

2    outside the red line on Pennsylvania Avenue, which is on

3    First Street, between Constitution and Independence Avenue.

4    Q.  And is that outside of that red line?

5    A.  It is.

6    Q.  Okay.  I would like to talk to you about January 6th.

7         Were you working that day?

8    A.  I was working at the Capitol.

9    Q.  At the Capitol?

10   A.  At the Capitol.

11   Q.  And what time did you get to work that morning?

12   A.  I got -- arrived around 5:30 in the morning; and I was

13   dressed and outside right around six o'clock in the morning.

14   Q.  When you arrived at work that morning, what did you do?

15   A.  The first thing that I did that day was meet with my

16   First Responder Unit official.  We use the abbreviation

17   "FRU."  FRU is a title for the men and women who work

18   outside the Capitol.  They don't come in at all; that's

19   their assignment every day.

20        And my FRU official was responsible to make sure

21   that all of the bike rack that had been installed the day

22   previous was connected and put together, and in the right

23   spot.

24        So when I got to work that day, I immediately

25   found my midnight official and walked the perimeter with the

1    official to make sure that all of the bike rack was

2    connected, it was enclosed, and that the perimeter was

3    established.

4    Q.  And can you show us, on 9.04, what you walked?

5    A.  I walked the entire red line, unless -- you want me to

6    touch it?

7            I walked the entire red line that you see on the

8    map.

9    Q.  What time did you start walking the perimeter?

10   A.  Again, somewhere around 6:00 in the morning.  And I

11   think it took me about two hours to do the entire --

12   somewhere in the area of one and a half to two hours to make

13   sure that the entire perimeter was closed.

14   Q.  And is that, in fact, what you saw, that the entire

15   perimeter was closed?

16   A.  There were some issues along, say, Constitution Avenue.

17   The sidewalk is not smooth there, and some of the cars that

18   had parked from the night before interfered.  So there were

19   some -- some enclosures that we had to make, some

20   connections that we had to make.

21           But after -- after I had walked that perimeter, we

22   felt pretty -- pretty secure that the perimeter was secure,

23   and that all of the persons on the inside of the red line

24   were either staff or members of Congress, authorized people

25   to be there.

```
 1    Q.  Can you clarify --

 2              THE COURT:  Captain -- let me interrupt for a

 3    second.

 4              Captain, you said that the bike racks were

 5    connected.  Are they physically connected or just touching

 6    each other?

 7              THE WITNESS:  Both, Your Honor.

 8              The bike rack was -- in certain places it was

 9    connected.  The bicycle rack has two prongs; one is bent.

10    So you have to turn it a certain way so that, when you put

11    them together, you can't -- somebody can't just pick them

12    up; you actually really have to turn and get them out.

13              Some of the bike rack, though, we -- based on

14    where they were, because there is -- there is a raised level

15    around the Capitol -- raised sidewalks -- some of the bike

16    rack had to be tied together with police tape so that we

17    knew that -- you could tell that the bike rack was, in fact,

18    closed, and that someone couldn't get between them.

19              And then we also had, Your Honor, for security

20    purposes at the time -- we leave every fifth bike rack

21    undone in case law enforcement needs to get in and out of

22    that perimeter quickly so that we know where breaks are in

23    the fence so that we can traverse the area.  So then, the

24    answer is, yes, they were touching in some spots.

25    BY MS. ALSWORTH:
```

1    Q.  Returning for just a moment to the area that faced

2    Constitution Avenue.  Can you show us -- or just direct us

3    on 9.04 to what direction that is.

4    A.  The red line at the top of the screen is considered to

5    be the north side of the picture.  North side also referred

6    to as the Senate side.

7    Q.  Do you know what was scheduled to take place at the

8    Capitol on January 6th?

9    A.  Yes.  We had a series of demonstrations that were

10   scheduled to take place on the east front, as well as the

11   electoral vote count.  A Joint Session of Congress was going

12   to take place that day.

13           Interesting, some forethought about that was we

14   had a bigger issue with the Capitol Police because we had

15   word that there were going to be eight states that were

16   going to contest the vote count, and that Congress was going

17   to be in session for at least 24, if not 48 hours

18   continuously.

19           So myself, as a commanding officer -- I had to

20   work with my other commanders to ensure that we were

21   staffing and prepared for 24-hour coverage that would go

22   into two days; so that was one of our major concerns.

23   Everyone knew that they were going to have a late night

24   ahead of them that night.

25   Q.  Okay.  So let me back up just a second.

1           You said that there were some things that were

2    scheduled to take place at the Capitol that day; is that

3    right?

4    A.  Yes, ma'am.

5    Q.  And one of those -- you mentioned some demonstrations

6    that were scheduled to occur?

7    A.  Correct.

8    Q.  Were the demonstrations to occur outside of this red

9    area that is shown in 9.04?

10   A.  Yes.  In the permitted areas where the public could be

11   which -- again, if you are looking at the picture, in the

12   top right area -- that little egg, green area outside the

13   line -- that is referred to as the Senate egg.  And then the

14   lower area -- that other green grassy area we refer to as

15   the House egg on the south side.

16   Q.  You have used the term "permitted demonstrations."  Can

17   you explain what that means?

18   A.  Well, I should correct myself about permitted

19   demonstration -- well, first, the definition of a "permitted

20   demonstration" is a demonstration of 20 or more people that

21   want to demonstrate in an area.

22           As you can imagine, we can't have everyone that

23   wants to demonstrate occupy the same grassy area because we

24   can have -- we could have conflicting groups, and those

25   groups, obviously, could fight or -- so we try to separate

 1    groups and allow people to request permits to demonstrate in

 2    certain areas so that they can express their views in a safe

 3    and open environment.

 4              Because this January -- this is during COVID,

 5    there -- the permits were all canceled, so there were no

 6    authorized demonstrations.  But we did know that, when

 7    certain groups came and they were of a certain size -- that

 8    they were going to demonstrate.  So they were allowed --

 9    permitted to demonstrate in the grassy areas.

10              But I don't believe any groups -- and I think

11    there were six groups that day -- they were -- pro-Trump

12    groups were given an authorized permit to be there.

13    Q.  And you mentioned another -- another event that was

14    scheduled to take place on January 6th at the Capitol

15    Building, the vote certification?

16    A.  That is -- that is the electoral vote certification,

17    yes.

18    Q.  And who were you expecting to come to the Capitol

19    Building that day for the vote certification?

20    A.  We were expecting a full session of the House, a full

21    session of the Senate; and then, the electoral vote count

22    would have been chaired by the Vice President of the

23    United States.

24    Q.  Does that mean that you were expecting the

25    Vice President to come to the Capitol that day?

1    A.  Yes, I was.

2    Q.  And do you know if, in fact, he did come to the Capitol?

3    A.  He did arrive at the Capitol.

4    Q.  Do you know what time he came?

5    A.  Somewhere between 12:30, and I believe one o'clock-ish,

6    somewhere in that area.

7    Q.  And when the Vice President comes to the Capitol

8    Building, are there additional security measures that are

9    implemented?

10   A.  Yes.  When the Vice President comes to the Capitol --

11   even though the Capitol is closed to the public that

12   particular day, we're still going to make sure that hallways

13   are secure so that only authorized staff who are in the

14   building or folks that have an office in the immediate area

15   of where the Vice President is going to be moving is allowed

16   to remain in that area.  So we -- we make sure that the

17   route where the protectee is going is secure, and the people

18   along the route are authorized to be there.

19   Q.  Even prior to January 6th, was the Capitol Building open

20   to the public?

21   A.  No, ma'am.

22   Q.  Why not?

23   A.  The Capitol has been closed to the public -- well,

24   excuse me.  If I may rephrase that answer.

25        The Capitol has been closed to public tours as of,

1    I believe, March 13th, 2020, because of COVID.

2              It's important to -- there are two aspects of

3    being in the Capitol Building; if you are a member of the

4    public, number one, you are either there on a tour or,

5    number two, you are there on official business.

6              So official business visitors, who -- again, are

7    people that have business to meet with a member, may be

8    allowed to come into the Capitol provided that they are

9    escorted by a staffer or escorted by a member of Congress.

10   I apologize.

11   Q.  And prior to January 6th, if a member of the public was

12   coming on official business, would they be required to go

13   through security measures such as screening?

14   A.  Yes.  They would go through security screening at our

15   building entrances.

16   Q.  And what about members of the public who were on tours,

17   would they also be required to go through screening

18   measures?

19   A.  Yes.  If the building was open for tours -- but it

20   wasn't that day -- they would also have to go through

21   security screening.

22   Q.  If you could, briefly walk us through the morning of

23   January 6th.  Were you called to the east front at some

24   point?

25   A.  So my day, on January 6th -- like I mentioned earlier, I

1    started roughly around six o'clock in the morning walking

2    the perimeter; make sure that it's intact.

3            After two hours or so, I went back to the detail

4    office.  My office, again, is physically in the lower level

5    of the Capitol Visitor Center, inside the Capitol.  And that

6    is also where men and women who work at the Capitol division

7    have their locker rooms, office space, break areas.

8            I had worked there for a couple of hours taking

9    care of administrative tasks.  And then I came up to check

10   on the arrivals of the VIPs, how the session was getting

11   ready to kick off and, also, to look at the demonstrators

12   that had already started to accumulate on the east front.

13   And I had gone out to the deck -- again, east front area --

14   I believe somewhere around 12 or 12:30 to take everything

15   in.

16   Q.  And what did you see?

17   A.  When I was on the east front deck, I could see a

18   thousand demonstrators -- and when I say "demonstrators," I

19   see persons that are dressed in Trump clothing, carrying

20   Trump flags; people that are dressed with all kinds of red,

21   white, and blue insignia; people carrying the American flag;

22   people carrying signs.  These are some of the common things

23   that you would see for a demonstration group, that they

24   would wear clothing affiliated with their cause or that they

25   would have signs and banners affiliated with their cause.

1          And these individuals, such a large group of them,

2     were all along the east front on the other side of the bike

3     rack, screaming, chanting, and just directing attention

4     towards the Capitol Building, and the men and women of the

5     Capitol Police who were there to ensure that they stay on

6     the right side of the bike rack.

7          THE COURT:  Captain Patton, we still have 9.04 up.

8     Could you just point to us where you were standing and where

9     you were seeing these people on the map?

10         THE WITNESS:  So I was largely in this area here

11    (indicating) on the -- the north deck.  I had moved --

12    during that time, between 12 and 12:30, I had moved back and

13    forth here (indicating) to talk to officers, to check on

14    officers.

15         Just to give you some -- some background, there is

16    really two operations that are going on at the Capitol at

17    this time, and it was important that I stayed in my -- my

18    lane.

19         I am responsible -- I am the assistant commander

20    for the Capitol; that means I am responsible for all of the

21    security inside the building, as well as the men and women

22    who are outside the building that are working Capitol

23    division assignments.

24         So we have men and women that are working the

25    kiosk, which is up here (indicating), the north side.  We

1    have a kiosk down here, that's the south side (indicating).

2    We have booths here and booths here-ish (indicating), that

3    control the bollards and access to the deck.  And then we

4    have men and women who are on the stairs, both the House

5    Chamber, Rotunda steps, and Senate -- Senate Chamber; those

6    officers are under my responsibility.

7           Now, all of the men and women that are posted

8    along the line, all throughout this line here (indicating),

9    those men and woman are working a collateral assignment that

10   day called CDU, which stands for Civil Disturbance Unit.

11   Those are men and women who may have worked from other

12   divisions -- the House division, Senate division, Library

13   division, and even some Capitol division who were detailed

14   to CDU that day -- who are here specifically for the

15   demonstration.  So they don't deal with what's inside the

16   Capitol, they're focused on the demonstrators.

17          I, as a commanding officer, can give someone on

18   CDU direction, but that's not my primary responsibility that

19   day.  I am responsible for the men and women inside the

20   Capitol.

21          I had started to walk around and see that there

22   were officers along the line, and I wanted to make sure that

23   they understood -- because I was getting the sense that this

24   crowd might, in fact, breach the bike rack -- or someone was

25   going to come over the bike rack.

```
 1            I gave them instructions -- just because I
 2     recognized some folks and I wanted to give them general
 3     guidance -- and told them, you know, this is what you should
 4     look out for.  And -- but I was in that area that day, but I
 5     was not a member of CDU that day.
 6     BY MS. ALSWORTH:
 7     Q.  Let me take just a moment and clarify some of the
 8     markings that you have made, for the record.
 9     A.  Sorry.
10     Q.  You said that you began the day in an area that you
11     circled.  And is that near the east side of the Senate
12     Chamber in the open driveway area?
13     A.  I'm sorry.  If -- I thought I said that's -- this area
14     right here (indicating) is on the east front of the Capitol
15     on the Senate side; and that's the area that I was at
16     between 12 and 12:30-ish -- to one o'clock, when I came back
17     out of the building at some point.
18     Q.  And then you drew a blue line next to the red perimeter.
19     It looks like there are two rectangular-shaped spaces in the
20     parking area or the parkway area.
21     A.  That is correct.
22     Q.  Is that correct?
23     A.  These areas here (indicating) -- and if I could touch
24     one right here (indicating) -- that is a skylight, and that
25     is another skylight; that is part of the Capitol Visitor
```

1    Center.

2    Q.  And so you -- is it -- the drawing that you made -- the

3    area that you walked, all along that bike rack?

4    A.  I had walked that entire area along the red line earlier

5    in the day.  And then, between 12 and, say, one

6    o'clock-ish -- as I came out to see how the arrivals were

7    going, I had moved back and forth just pacing up on the east

8    front.

9    Q.  And then you also made mention of two guard stands.  You

10   drew a circle, I believe, to the north of the Senate

11   building; is that correct?

12   A.  There is a kiosk to come onto the Capitol Plaza or the

13   east front deck on the Senate side (indicating); that is the

14   area that has the pen right now.

15          I'm sorry.  I'm covering the entire thing in --

16   that is at the corner of -- excuse me.  I'm sorry.  I'm

17   sorry.  That is wrong.

18          There we go (indicating).  Sorry.

19          There is a road there; it's Constitution and

20   Delaware Avenue.  That is the north barricade area.

21          The area that I was circling is actually -- there

22   is a planter area with another set of bollards that have to

23   be lowered in order for you to get onto the deck.  So a

24   member of Congress can drive through the north barricade,

25   come through here (indicating), and park on the northwest

1    drive or northeast drive (indicating).

2    Q.  Okay.  So let me back up for just a moment.

3         You said that there was a guard post right outside

4    of the Senate side of the building; is that correct?

5    A.  Yes.  There is a kiosk right outside on the east front

6    deck that controls the barricades for -- right here,

7    (indicating) -- that controls the inner barricades that let

8    you up onto the east front.

9    Q.  Okay.  I would like to cover all of the circles that you

10   make before you make any more circles.

11   A.  I'm sorry.

12   Q.  Okay.  And you also mentioned that there was a

13   guardhouse at the House entrance of the building; is that

14   correct?

15   A.  Yes.  That is -- to the left of the circle down here,

16   where I am touching (indicating), again, I -- there is a

17   kiosk on that sidewalk area that controls a set of bollards

18   that are right there (indicating).  And then -- I won't make

19   any more circles, but right below that, at Independence

20   Avenue, is the south barricade.

21   Q.  Okay.  And without touching your screen, there are

22   smaller dots that are outside of the House on the east side

23   and outside the Senate on the east side and, also, along the

24   red perimeter that is on the east side of the building, the

25   restricted perimeter; is that correct?

1    A.  That is correct.

2    Q.  And you mentioned that is where police officer -- or

3    Capitol Police officers were located?

4    A.  Those are the general areas where police officers are

5    all standing.  There were a lot of uniformed officers

6    present outside, on the east front, keeping an eye on the

7    demonstrators.

8    Q.  If you tap the top of your screen, a box will pop up,

9    and it will say "clear."  If you could clear, please.

10   A.  Yes.  Oh, that's much better.

11   Q.  After you checked with the police officers that were on

12   the perimeter, what did you do?

13   A.  I went back and talked to my boss.  My boss, who is

14   Inspector Tom Lloyd, was also on the east front that day,

15   and we were talking about the day's events.

16           As it was getting closer to one o'clock, I heard a

17   radio transmission that said the west front was being

18   breached by demonstrators.

19   Q.  And let me stop you right there.

20           Are you aware that -- are there security cameras

21   on the Capitol grounds?

22   A.  There are security cameras on the Capitol grounds, as

23   well as cameras inside the buildings as well.

24   Q.  And do they record 24 hours a day?

25   A.  They do.

1    Q.  And have you seen some of the videos from January 6th

2    before coming to court today?

3    A.  I have.

4              MS. ALSWORTH:  Your Honor, at this time I would

5    like to -- I'd like to show to Captain Patton Government's

6    Exhibit 5.01 that has not yet been admitted into evidence.

7              MR. SMITH:  Your Honor, I do make an objection to

8    this exhibit.

9              THE COURT:  All right.  Well, let me see what it

10   is.

11             All right.  Let me hear what the objection is.

12             (A bench conference was held as follows:)

13             THE COURT:  And what exactly is this?

14             MR. SMITH:  Your Honor, this is -- none of the

15   conduct depicted in the exhibit concerns Mr. Bledsoe.  He

16   wasn't even around when any of this happened.  It's not

17   stuff that he was aware of.

18             I mean, the government is trying to make it sound

19   like he may have aided and abetted this conduct, but he

20   wasn't even aware of this conduct.  He wasn't anywhere near

21   when any of the stuff depicted on the video happened.  So I

22   don't think it's really relevant to his case; that's my

23   objection.

24             THE COURT:  Okay.  And for all of the reasons that

25   I detailed at the pretrial conference on Friday, objection

72

```
 1    overruled.
 2              (Whereupon, the bench conference concludes.)
 3              THE COURT:  The objection is overruled.
 4              MS. ALSWORTH:  Thank you, Your Honor.
 5              And permission to publish?
 6              THE COURT:  And you may publish.
 7              MS. ALSWORTH:  Thank you.
 8              (Government's Exhibit 5.01, admitted and
 9    published.)
10    BY MS. ALSWORTH:
11    Q.  Captain Patton, can you see what's on your screen?
12    A.  Yes.  I can see the words January 6th, 2021,
13    United States Capitol Police video.
14              MS. ALSWORTH:  Okay.  And, Ms. Carter, if you can
15    play the first few seconds.
16              THE COURTROOM DEPUTY:  It's admitted?
17              THE COURT:  Yes, you may publish.
18              THE COURTROOM DEPUTY:  It's admitted?
19              THE COURT:  Yes, it's admitted.
20              MS. ALSWORTH:  And if you could pause here,
21    please.  I'm sorry.
22              I'm sorry.  If you could play.  I cut you short.
23              (Whereupon, the video was published.)
24              MS. ALSWORTH:  And pause here, please.
25    BY MS. ALSWORTH:
```

1    Q.  Captain Patton, do you see a date and timestamp at the

2    top of this video?

3    A.  I do.  It says January 6th, 2021, approximately

4    12:51:0 -- 12:51, and 4 seconds.

5    Q.  And do you recognize the location of what is shown in

6    this video?

7    A.  Yes.  This is a view of the -- what we refer to as the

8    Pennsylvania Avenue walkway; it's behind some bicycle rack.

9    And the officers are standing on the sidewalk -- excuse me,

10    upper raised area that was there for --

11    Q.  I'm sorry.  I didn't hear you.

12        You said the officers are standing --

13    A.  The officers appear to be standing on a catwalk that was

14    part of the inaugural construction -- it looks like -- on

15    Pennsylvania Avenue walkway.

16        MS. ALSWORTH:  And, Ms. Carter, if you could play,

17    pausing at 22 seconds into the video.

18        THE COURT:  And could you tell us how long -- I

19    think it's interesting for us to know how long each video is

20    going to be, just so we have a sense of where we are.

21        How long is this video?

22        MS. ALSWORTH:  Yes, Your Honor.  This one is a

23    total of 13 minutes.  I do, however, plan to interrupt it at

24    points.

25        THE COURT:  I understand.  All right.  Thank you.

 1              (Whereupon, the video was published.)

 2              MS. ALSWORTH:  And, Ms. Carter, if you can a

 3      pause, please.

 4      BY MS. ALSWORTH:

 5      Q.  Captain Patton, do you recognize what is shown here?

 6      A.  I do.

 7      Q.  And what is it?

 8      A.  So let's look at the center of the screen -- well, the

 9      very center of the screen is the peace memorial monument, so

10      that will help orient people.  And then the area in front of

11      that is the Pennsylvania Avenue walkway.

12              I see several hundred, if not a thousand

13      demonstrators, just on the walkway itself -- probably

14      several hundred -- moving their way towards the Capitol,

15      coming up, based on the direction.  And all of the people

16      that are on that walkway are now inside the Capitol

17      restricted area on the west front.

18              On the -- behind the statue is a -- the road is

19      Pennsylvania Avenue.  And I see, again, a thousand folks

20      that appear to be coming down Pennsylvania Avenue on the

21      roadway, as well as several hundred more demonstrators onto

22      the right sidewalk, which is an area next to the reflecting

23      pool; and they also look like they're coming to the Capitol

24      perimeter.

25      Q.  And do you see a date and timestamp in the top left

1    corner of the screen?

2    A.  I do.  It says January 6th, 2021, at 12:57:23.

3            THE COURT:  And for orientation purposes, you also

4    see, in the far right-hand corner, this courthouse where we

5    are sitting right now?

6            You have to answer.

7            Yes?

8            THE WITNESS:  Yes.

9            Oh, I'm sorry.  Yes, Your Honor.

10           I'm sorry.  I thought you were looking at the jury.

11           The courthouse is on the upper right-hand corner

12    on Constitution Avenue.

13    BY MS. ALSWORTH:

14    Q.  Captain Patton, do you see the bike rack that was set up

15    as a perimeter in this screenshot?

16    A.  So based on this view, it's very difficult to see some

17    of the bike rack that was placed on the other side of the

18    walkway.  So there is -- this area here, you can see this is

19    a raised wall (indicating).  And the sidewalk on the other

20    side is -- where the bike rack was closing off that area, I

21    can't it; there's too many people.

22    Q.  And what about on the opposite side of the screen?

23    A.  The -- the opposite side -- I'm sorry.

24           Can you repeat the question please?

25    Q.  Do you see any bike rack on the opposite side of the

1    screen?

2    A.  I do see some bike rack in the area of -- here

3    (indicating) on -- and that is the area known as

4    First Street.

5    Q.  Let me stop you and clarify my question.

6            The first line of bike rack you showed us was:  If

7    you are facing the Peace Circle, looking west, the bike rack

8    was to the south; is that correct?

9            It would be to the south of the divider that runs

10   into the Peace Circle?

11   A.  The bike rack -- I'm sorry.  The first --

12   Q.  The line that you drew --

13   A.  Yes, ma'am.

14   Q.  -- the blue line --

15   A.  Yes.

16   Q.  -- the very first blue line, not the one that is on the

17   screen now.

18   A.  Yes.  The red line.  I'm sorry.

19           Yeah.  The red line perimeter extended through

20   here (indicating), all the way across.  And you can see that

21   there are demonstrators on the other side of -- now my blue

22   line, in this area here (indicating); that is prohibited

23   area.

24   Q.  Okay.  So I am going to use the Peace Circle as a point

25   of reference.

1    A.  Okay.

2    Q.  The Peace Circle -- to the left of the Peace Circle was

3    the first blue line you drew, is that correct, showing the

4    bike rack?

5    A.  Yes.  In this video.

6    Q.  And now I'm asking you if, to the right of the

7    Peace Circle, you also see a bike rack?

8    A.  It's very difficult to see just because of all of the

9    demonstrators and the tree line that's over here; but I know

10   that the bike rack is there (indicating) just because of the

11   wall.  You -- there is the wall right there.  It's hard to

12   see on the other side.

13   Q.  Okay.  And you can clear that now, please.

14   A.  Thank you.

15            MS. ALSWORTH:  And, Ms. Carter, if you could

16   resume playing.

17            (Whereupon, the video was published.)

18            MS. ALSWORTH:  Well, pause for a moment, please.

19   BY MS. ALSWORTH:

20   Q.  Captain Patton, do you know where this is located?

21   A.  Yes.  This is the area along the west front; and it's

22   the area that we also referred to as the lower west terrace,

23   but it is the west front.  You are looking at the west lawn

24   of the Capitol.

25   Q.  And there appears to be some sort of stage at the bottom

1    of the video screen; is that correct?

2    A.   Correct.  That is the inaugural platform that is

3    currently under construction; and in the center of the video

4    is a press riser that is also part of the inaugural

5    ceremonies.

6              MS. ALSWORTH:  And, Ms. Carter, if you could

7    resume playing, please.

8              (Whereupon, the video was published.)

9    BY MS. ALSWORTH:

10   Q.   Captain Patton, do you see a date and timestamp at the

11   top of this screen?

12   A.   I do.  It's January 6th, 2021, 12:58:45, and counting.

13             MS. ALSWORTH:  And if you could pause, please.

14   BY MS. ALSWORTH:

15   Q.   Captain Patton, do you know what area this is?

16   A.   Yes.  This is the staircase leading up to the upper west

17   terrace on the Senate side of the Capitol; and then that big

18   white wall is a construction wall that encloses scaffolding

19   that is part of the inaugural stage.

20   Q.   And is there also a date and timestamp at the top of the

21   video screen?

22   A.   Yes.  January 6th, 2021, 2:09:49.

23             MS. ALSWORTH:  Thank you.

24             And, Ms. Carter, if you can continue playing.

25             (Whereupon, the video was published.)

```
 1   BY MS. ALSWORTH:
 2   Q.  Can you tell us what we're seeing here?  What location
 3   this is?
 4   A.  Directly in the center of the video is an area that we
 5   referred to as the Senate connecting corridor.  And then to
 6   the left is the area that I referred to as the Senate
 7   Chamber and/or the Senate wing of the Capitol.
 8            MS. ALSWORTH:  And, Ms. Carter, could you pause
 9   please.
10   BY MS. ALSWORTH:
11   Q.  Date and timestamp at the top?
12   A.  January 6th, 2021, 2:12:08.
13   Q.  And can you --
14            MS. ALSWORTH:  Referring back, I believe it's
15   Government Exhibit 4. -- 9.02.
16            May I approach, Your Honor?
17            THE COURT:  You may.
18   BY MS. ALSWORTH:
19   Q.  The video that we're seeing on the screen, can you show
20   us where that would be located on the map shown in
21   Government's 9.02?
22   A.  So the video is looking at this area right here,
23   (indicating).  Again, this is the Senate connecting corridor
24   here, and this is the area referred to as the Senate
25   Chamber.
```

1              MS. ALSWORTH:  Okay.  Thank you.

2              And, Ms. Carter --

3              Thank you.  You can have a seat.

4              -- if you could please pull up what was previously

5     admitted as Government Exhibit 4.01.

6              And may it be published?

7              THE COURT:  Yes.  It may be published.

8              (Whereupon, the video was published.)

9              THE COURT:  Are you supposed to be playing this?

10    Is this a video?

11             MS. ALSWORTH:  It is a video, Your Honor.

12             THE COURT:  How long is this video?

13             MS. ALSWORTH:  It's short.

14             THE COURT:  Okay.  Do you need to be connected to

15    the laptop?

16             Ms. Gumiel, do you need to do something --

17             MS. ALSWORTH:  We're connected, Your Honor.

18    Ms. Carter is looking for the video.  She blacked out her

19    screen.

20             THE COURT:  Okay.  Just making sure we shouldn't

21    be doing something.

22             MS. ALSWORTH:  Thank you.

23             If you could play the video, please.

24             (Whereupon, the video was published.)

25             MS. ALSWORTH:  Ms. Carter, if you can pause the

```
 1    video at 2:17:00.
 2              Pause.
 3              And if you could zoom in on the bottom right
 4    quadrant.
 5              Okay.  Without the zoom feature functioning,
 6    Ms. Carter, can you pull up what's been previously admitted
 7    as Government Exhibit 4.01A?
 8              (Whereupon, the video was published.)
 9    BY MS. ALSWORTH:
10    Q.  Captain Patton, do you see a date and timestamp in the
11    top of the screen?
12    A.  I do.  It's January 6th, 2021, 2:17 p.m.
13    Q.  And down in the bottom right-hand corner of the screen,
14    do you see an individual wearing a black and white ball cap,
15    a black jacket, and jeans?
16    A.  I do.
17              MS. ALSWORTH:  And, Ms. Carter, if you can return
18    to Government's 4.01.
19              Let's begin playing at 2:17:00.  That's good.  And
20    the next 30 seconds.
21              (Whereupon, the video was published.)
22              MS. ALSWORTH:  And pause, please.
23    BY MS. ALSWORTH:
24    Q.  Do you know what area this is located in?
25    A.  Yes.  This is the west front area on the Senate side.
```

1    And I can tell it's the Senate side because of the press

2    riser that's in the front, in the middle of the screen;

3    that's on the Senate walkway.

4    Q.  And are there bike racks in the bottom left corner?

5    A.  Yes.

6    Q.  There's also some tree branches in the view; is that

7    correct?

8    A.  Yes.  There is a tree to my left.  And behind the tree I

9    can see, again, that white -- there is a white tarp area

10   that also covered some of the scaffolding for appearances of

11   the inaugural stage.

12   Q.  And if you are walking from the area of the Peace Circle

13   in the direction of that tree, what are you walking towards?

14   A.  Well, first and forth, you are walking in an

15   unauthorized area; all of these people are in an

16   unauthorized area.  But you're walking towards the Capitol,

17   which is not on the screen; it's to the left.

18          MS. ALSWORTH:  And, Ms. Carter, if you could

19   please pull up Government's Exhibit 4.02A, which was

20   previously admitted.

21          (Whereupon, the video was published.)

22   BY MS. ALSWORTH:

23   Q.  And, Captain Patton, do you see a time and date stamp at

24   the top of the exhibit?

25   A.  I do.  January 6, 2021, 2:17, and 28 seconds.

1    Q.  And is this the tree that we saw in the last video?

2    A.  Yes.  This is a zoomed in -- or another version of the

3    same video we just saw.  It shows the tree.  And then,

4    again, you can orientate yourself by looking at the white

5    tarp at the top of this picture, which shows where the stage

6    is.

7    Q.  And do you see the individual in the bottom right-hand

8    corner wearing the black and white ball cap, with the black

9    jacket?

10   A.  I do.

11   Q.  And what direction does he appear to be walking in?

12   A.  Again, he appears to be walking -- and that direction is

13   going east, towards the Capitol.

14              MS. ALSWORTH:  Ms. Carter, if you can please next

15   pull up government's previously admitted 4.03.

16              Your Honor, the government requests permission to

17   publish.

18              THE COURT:  You may publish.

19              (Whereupon, the video was published.)

20              MS. ALSWORTH:  May I have just a moment,

21   Your Honor?

22              THE COURT:  Yes.

23              (Whereupon, government counsel confer.)

24   BY MS. ALSWORTH:

25   Q.  Captain Patton, can you see that image on your screen?

1   A.  Yes, I can.  It's an image of the upper west terrace on

2   the Senate side of the Capitol.

3   Q.  And if you could -- just for a moment, please, step down

4   and show us on the map where that's located.

5   A.  So, again, it's on the Senate side of the Capitol.

6   We're looking -- the way that the map is depicted at this

7   corner, right here (indicating).

8   Q.  Okay.  Thank you.  You may have a seat.

9   A.  Thank you.

10           MS. ALSWORTH:  And, Ms. Carter, if you could

11  please zoom in on the upper right-hand quadrant.

12           And if we could please play the video, pausing at

13  2:18:14.

14           (Whereupon, the video was published.)

15           MS. ALSWORTH:  You can pause here.

16  BY MS. ALSWORTH:

17  Q.  Captain Patton, in the upper right-hand quadrant, do you

18  see an individual that is waving an American flag?

19           We can replay if we need to.

20  A.  Yes.  Can you please replay it for me?

21           (Whereupon, the video was published.)

22           THE WITNESS:  Got it.  Yes.  There it is.

23           MS. ALSWORTH:  And if you can pause, Ms. Carter.

24  BY MS. ALSWORTH:

25  Q.  And do you see a yellow flag to the right of the

1    American flag?

2    A.  I do.

3            MS. ALSWORTH:  And, Ms. Carter, if you could now

4    restart the video, pausing 11 seconds in.

5            (Whereupon, the video was published.)

6            MS. ALSWORTH:  Thank you.

7    BY MS. ALSWORTH:

8    Q.  And, Captain Patton, on the other end of the railing, do

9    you see an individual in a red shirt who appears to be

10   hanging over the side?

11   A.  I do.

12   Q.  Okay.  And could you circle him for us, please?

13   A.  (Witness complies.)

14           MS. ALSWORTH:  Thank you.  And you can clear that.

15           And, Ms. Carter, if you can please resume playing.

16           (Whereupon, the video was published.)

17           MS. ALSWORTH:  And let's pause here.

18   BY MS. ALSWORTH:

19   Q.  Captain Patton, did you just see an individual come up

20   onto the railing next to the individual in the red shirt?

21   A.  I do.

22   Q.  And can you circle that, please.

23   A.  (Witness complies.)

24   Q.  Thank you.

25           And is there a staircase or a walkway on the other

1    side of the that railing?

2    A.  Yes.  Yes, there is.  There is.

3    Q.  There is a staircase --

4    A.  I'm sorry.  If you follow the natural progression of the

5    upper west terrace it will lead to a staircase, which is

6    also part of the construction.

7    Q.  Is there a staircase or any type of walkway directly

8    where that individual just came to up onto the white

9    railing?

10   A.  No.  It's a wall.

11            MS. ALSWORTH:  Ms. Carter, if you can please pull

12   up Government's Exhibit 7.01A.  It was not previously

13   admitted.

14            THE COURT:  And what number is this?

15            MS. ALSWORTH:  7.01A, Your Honor.

16            This exhibit has not been published, and I believe

17   the monitors are off.

18   BY MS. ALSWORTH:

19   Q.  And, Captain Patton, can you see what's shown on your

20   screen?

21   A.  Yes.  In the background of the video is a -- the Senate

22   Chamber.  And then, in the right-hand corner of the

23   building, you can see that Senate connecting corridor again.

24   Q.  And do you also see the individual in the red

25   sweatshirt?

1    A.  I do.  I see an individual in the right-hand side of the

2    video laying across the balustrade, grabbing --

3    Q.  Let me stop you right there.

4    A.  Okay.

5    Q.  And can you tell us -- you mentioned that this is the

6    Senate side that we're looking at.  In relation to the last

7    video that you just watched, where is this?

8         A JUROR:  We can't see it.  Is it on our system?

9         MS. ALSWORTH:  Not yet.

10         THE COURT:  So it's very frustrating because of

11    the details of the photograph before it's been admitted --

12         MS. ALSWORTH:  I apologize, Your Honor.

13         THE COURT:  You are losing -- I mean, you're not

14    planning on repeating it because we don't want to waste

15    time.

16         MS. ALSWORTH:  True.  The government moves to

17    admit it --

18         THE COURT:  So are you moving its admission -- are

19    you moving the admission of 7.01A?

20         MS. ALSWORTH:  Yes, Your Honor.

21         THE COURT:  All right.  Mr. Smith, any objection?

22         MR. SMITH:  No, Your Honor.

23         THE COURT:  Hearing no objection, it's admitted.

24         And now we can all join in the fun.

25         MS. ALSWORTH:  Thank you, Your Honor.

1           THE COURT:  All right.  It can be published.

2           (Government's Exhibit 7.01A, admitted and

3     published.)

4     BY MS. ALSWORTH:

5     Q.  All right.  Captain Patton, do you see the individual in

6     the red sweatshirt?

7     A.  I do.  The individual is over on the right-hand side of

8     the screen.

9     Q.  And to the right of that individual, do you see someone

10    wearing what appears to be at least a white ball cap, a

11    black jacket, and jeans?

12    A.  I do.  I see an individual climbing the wall of the west

13    terrace.

14    Q.  Okay.  And do you see any stairs or any railing -- or

15    I'm sorry -- any stairs or any walkway to access the Capitol

16    from this point?

17    A.  No.  This is not how you get up to the upper west

18    terrace.

19          MS. ALSWORTH:  Thank you.

20          And, Ms. Carter, if you can return to Government's

21    Exhibit 4.03.  Let's begin playing at 2:18, and 16 seconds.

22          (Whereupon, the video was published.)

23          MS. ALSWORTH:  Thank you, Ms. Carter.

24          If you could pull up Government's Exhibit 4.05

25    that was previously admitted.  I'm sorry, 4.05A.

1          And, Your Honor, the government requests it be

2     published.

3          THE COURT:  It may be published.

4          (Whereupon, the video was published.)

5     BY MS. ALSWORTH:

6     Q.  Captain Patton, can you tell us the location of this

7     photograph?

8     A.  So this is a photograph of the Senate connecting

9     corridor, and the area on the bottom is called the Brumidi

10    tiles.  But you can see demonstrators coming in through a

11    fire door on the connecting corridor.

12    Q.  And is there a date and timestamp in the upper left?

13    A.  Yes.  It's January 6th, 2021, 2:25:19 p.m.

14    Q.  And is there an individual wearing a black and white

15    ball cap, a black jacket, and jeans?

16    A.  Yes.  He is in the center of the picture.

17         MS. ALSWORTH:  Ms. Carter, if you could return,

18    please, to Government's Exhibit 5.01.

19         And when you have it pulled up, we'll be playing

20    it at 5 minutes, and 5 seconds.

21         That's good.  Thank you.

22         (Whereupon, the video was published.)

23         MS. ALSWORTH:  Let's pause here for just a moment,

24    Ms. Carter.

25    BY MS. ALSWORTH:

1    Q.  Captain Patton, can you tell us what area we're looking

2    at here?

3    A.  So now, at the bottom of the screen, we're seeing the

4    top level of the inaugural platform where all of the

5    demonstrators are.  We're seeing demonstrators push

6    themselves up against the platform.

7              To the left of that black circle or -- is helmets

8    and gear of our CDU officers pushing back the crowd, trying

9    to gain some space to get the crowd back away from the

10   building.

11             MS. ALSWORTH:  And, Ms. Carter, if you could play,

12   please.

13             (Whereupon, the video was published.)

14             THE WITNESS:  Look at that.  Jeez.

15             MS. ALSWORTH:  Would you pause for just a moment?

16   BY MS. ALSWORTH:

17   Q.  Captain Patton, earlier you testified about security

18   measures that were in place for visitors coming to the

19   Capitol Building or members of the public when it was open

20   to the public.

21   A.  Correct.

22   Q.  And on the image that's marked Camera No. 0267, can you

23   tell us what we're looking at?

24   A.  Well, you are looking at a magnetometer that's inside

25   the House upper door.  That door is closed and secure at

1    this time; and that magnetometer is used to process guests

2    of members of Congress.  This is not a public entrance.

3            MS. ALSWORTH:  Ms. Carter, if you could play,

4    please.

5            (Whereupon, the video was published.)

6            MS. ALSWORTH:  If you could just pause for just a

7    moment, Ms. Carter.

8    BY MS. ALSWORTH:

9    Q.  Captain Patton, do you know what area we're looking at

10   right now?

11   A.  Yes.  We're looking outside the Senate Chamber.  On the

12   right-hand side, those set of doors lead you into the

13   Senate -- they lead you to the Senate Floor area.  You go

14   through those doors -- we call that the Senate Lobby, excuse

15   me; and then, you make a left and go into the Senate

16   Chamber.

17           MS. ALSWORTH:  And if you could please play.

18           (Whereupon, the video was published.)

19           MS. ALSWORTH:  If you could pause for a moment,

20   Ms. Carter.

21   BY MS. ALSWORTH:

22   Q.  Captain Patton, do you see a date and time in the top

23   left of the screen?

24   A.  Yes.  It's January 6th, 2021, 4:30, and 32 seconds.

25   Q.  And what side of the building is this?

1    A.  Now we're back on the Senate side of the building.  The

2    portion of the building you see at the top of the screen is

3    the Senate Chamber.

4              MS. ALSWORTH:  Okay.  If you could play, please.

5              (Whereupon, the video was published.)

6              MS. ALSWORTH:  And pause for just a moment.

7    BY MS. ALSWORTH:

8    Q.  Captain Patton, did the Capitol Police receive

9    assistance from any other law enforcement agencies on

10   January 6th?

11   A.  We did.  We received assistance from multiple agencies,

12   yes.

13   Q.  Why were they called in?

14   A.  Because we were completely overwhelmed.  We didn't -- we

15   needed assistance.  You can see in the video here -- this

16   is -- this particular agency is Metropolitan Police

17   Department; and they brought their Civil Disturbance Unit

18   team to augment our Civil Disturbance Unit officers as well.

19             MS. ALSWORTH:  Ms. Carter, if you can play.

20             (Whereupon, the video was published.)

21             MS. ALSWORTH:  And, Ms. Carter, if you can please

22   pull up government's previously admitted 4.21A.

23             (Whereupon, the video was published.)

24   BY MS. ALSWORTH:

25   Q.  And, Captain Patton, do you see a date and timestamp at

1    the top?

2    A.  I do.  It says January 6th, 2021, 4:45, and 08 seconds.

3    Q.  And do you see an individual wearing a black and white

4    hat --

5    A.  I do.

6    Q.  -- and what appears to be a black jacket?

7    A.  I do.

8            THE COURT:  And where is this photograph, can you

9    tell?

10            THE WITNESS:  You would have to zoom out because

11   it is the upper staircase.  It could be the House steps or

12   the Senate steps.  Based on the landing, the steps there are

13   very similar.

14            MS. ALSWORTH:  Ms. Carter, if you can please pull

15   up Government's Exhibit 4.21.

16            Your Honor, this was previously admitted.  We

17   would request it be published.

18            THE COURT:  It may be published.

19            (Whereupon, the video was published.)

20            MS. ALSWORTH:  If you could pause for a moment,

21   please.

22            THE WITNESS:  Even that area -- that zoomed out

23   door frame area, that's a picture of the Rotunda steps.

24   BY MS. ALSWORTH:

25   Q.  And there is a date and timestamp at the top.

1    A.   January 6th, 2021, 4:23:09.

2    Q.   And, Captain Patton, the doors -- you mentioned the

3    Rotunda steps, but does this entry have a name?

4    A.   That -- that entry point is -- the Rotunda steps that

5    lead to the Rotunda door of the Capitol.

6    Q.   Are they also known as the Columbus Doors?

7    A.   There is a set of Columbus bronze doors outside the

8    Rotunda door.  Those doors are, in fact, referred to as the

9    Columbus Doors.

10   Q.   Thank you.

11   A.   The public is not allowed on those steps.

12   Q.   And this is at 4:23 in the afternoon; is that correct?

13   A.   Correct.

14   Q.   Was the Capitol eventually secured on January 6th of

15   2021?

16   A.   Yes, it was.

17   Q.   Do you recall what time?

18   A.   I believe somewhere around 5:30 p.m.-ish the

19   demonstrators had largely all been pushed out of the

20   building, and then we were able to start to resume

21   establishing a perimeter.

22   Q.   And throughout the day were you called to work in

23   different parts of the building?

24   A.   I was.

25   Q.   Without going into a lot of specifics, could you just

1    tell us generally the locations?

2    A.  So when I started that afternoon, around like 12:30,

3    one o'clock, I heard the call for the breach on the east --

4    on the west front, excuse me.  I ran down to the west front.

5          When I was on the lower west terrace area, that is

6    that first initial look of demonstrators, I had started -- I

7    was front and center, right in the middle of everything;

8    pushing back demonstrators, establishing a police line.

9          I was down there what felt like hours -- hours;

10   but it turns out that I was more than just -- I there for

11   almost approximately an hour.

12         During that time, I was attacked; I was hit.  I

13   was sprayed with bear spray, chemical irritants all over my

14   face.  My hands were bloody.  I got an injury to my head

15   that I still don't know how I got that.

16         And during that time I'm on the phone, when I can

17   be, directing officers to take defensive -- defensive

18   stance -- defensive posts inside the building; and that is

19   somewhere between one and two o'clock.

20         Right after -- shortly after two o'clock I

21   received direction from my boss, who was in the same general

22   area as I was, that the east front had -- the east front

23   had, in fact, been breached as well, and that the Senate

24   carriage entrance was breached and needed to be secured.  So

25   I had -- he directed me -- he said he was going to stay on

1    the west front, and I was going to go around to the east

2    front.

3            I left his area, walked around the south side of

4    the building, came up to the east front and saw just

5    thousands of people making their way towards the Capitol.  I

6    walked past the House carriage entrance; I walked past the

7    Rotunda, and made my way to the Senate carriage entrance.

8    The Senate carriage entrance is the door that is underneath

9    the Senate steps of the Senate Chamber.

10           At that point, I went in and tried to assess the

11   situation to see what was going on; obviously interested in

12   closing the doors, but also interested in getting

13   demonstrators out of the building.

14           During that time we allowed some demonstrators to

15   leave, and then more demonstrators came to that area and

16   started to overrun the area.  So now I had to close that

17   door.  We had a battle with demonstrators to secure the

18   Senate carriage entrance.  We eventually had some additional

19   officers come to that area --

20   Q.  May I stop you for just one moment?

21   A.  Yes, ma'am.

22   Q.  What is the Senate carriage entrance used for?

23   A.  The Senate carriage entrance is mainly used by members

24   of the Senate; it is a ceremonial entrance for the senators,

25   as well as VIPs.  It is not a public entrance.

1    Q.  When you mean -- when you say "VIPs," who are you

2    referring to?

3    A.  VIPs are typically visiting dignitaries, heads of state,

4    other government officials.

5    Q.  Would that include the Vice President?

6    A.  That would include the Vice President.

7    Q.  And were you able to secure the Senate carriage door

8    entrance?

9    A.  I was.

10    Q.  And what did you do next?

11    A.  After I did that, I looked down the hallway and I

12    noticed at that point the Secret Service was in an adjoining

13    corridor, and they had indicated that they were bringing the

14    VP out.  So I made a point to grab other officers and

15    position them around that corridor and told officers under

16    no circumstances does anybody get past you.

17          And at that point -- once those officers were in

18    position, the Vice President came down the staircase; that

19    was the staircase in the video where I showed you the Senate

20    Chamber door on the right-hand side.  He had come down that

21    ceremonial staircase and made his way down into the

22    basement.

23          Do you want me to tell you where I went next?

24    Q.  Did you have any further interaction with the Senate?

25    A.  I did.  I received a call from the assistant chief that

1    the Senate had not yet been evacuated and that I was to

2    evacuate the Senate.

3          So I started to go up the same staircase that the

4    Vice President had just walked down.  And at that point, as

5    I was making my way up, I had other Capitol Police telling

6    me that they were evacuating the Senate, and they had asked

7    me where to go.  And I told them follow me, I will give

8    them -- give them directions on where the Senate was going

9    to move to.

10          So I had led the Senate down the same staircase,

11   down to the first floor, down to the basement area, and then

12   led -- led the evacuation of the entire Senate to a secure

13   area.

14          Once I entered the secure area where we held the

15   Senate, I made sure that we had additional officers to

16   establish a perimeter.  I also made sure that there were

17   additional officers along the path that I had taken to make

18   sure that demonstrators didn't follow us; and then I began

19   to take a head count of everyone that was in the room,

20   assessing injuries and doing a basic situational overview of

21   what we had, and then what we were going to do next.

22   Q.  Once you made sure everyone in that area was okay, what

23   did you do?

24   A.  I provided situational updates to the U.S. Senate.  I

25   let them know the status of the Capitol.  I let them know

1    the status of the demonstrators.  I also was starting to

2    make plans to move the Senate to other locations as well.

3    And I did that every 20 or so minutes.

4            During that time, I met with Senate leadership.  I

5    met with Senate Sergeant of Arms leadership.  I met with --

6    I discussed things with Capitol Police leadership, as well

7    as gave directions to the officers that were in that room to

8    start to go out and reclaim senators that were not with the

9    original party and bring them back into the group as well,

10   so that we could be together as a body.

11           I continuously provided updates to the body, and

12   then engaged in decision -- conversations and decision phone

13   calls with Senate and House leadership where we made the

14   decision to eventually go back to the Capitol.  And the plan

15   was to have the Senate reconvene in the Senate Chamber once

16   it was safe.

17           Somewhere around 5:30, quarter to 6, I had led a

18   party of individuals from that room; these individuals were

19   members of the Senate Sergeant of Arms office, as well as

20   some of the officers -- the Parliamentarian of the Senate,

21   so that we could go over to the Capitol and see the status

22   of the Senate Chamber to see if it was inhabitable for the

23   Senate to actually use as the chamber.

24           I brought the group over to the Capitol.  When I

25   did, that was my -- I had experienced just destruction on

1    the Senate wing.  There were a lot of chemical irritants

2    still in the air; it was very hard to breathe.  We -- we

3    stayed away from the area.  There was -- there was powder on

4    the floor everywhere, broken glass, broken desks, poles,

5    clothing.

6          And then we examined the first floor right below

7    the Senate Chamber; the Parliamentarian looked at her

8    office, and it was totally ransacked.  Damage everywhere.

9    She had personal belongings taken from her.  The entire

10   office had been turned upside down and destroyed.

11         We had then made our way up to the Senate Floor,

12   came through the back door from the Senate Lobby onto the

13   Senate Floor, and assessed the Chamber.

14         The Chamber was in relatively good shape; the

15   desks had not been toppled.  There was some signs of papers

16   being moved, and the desks had been opened.  And there was

17   definitely a presence that someone had been on the Floor;

18   but, for the most part, the Senate Floor remained suitable

19   for the U.S. Senate to convene there.

20         I had gotten on the phone with my commander to ask

21   how the other side of the building was, the House Chamber.

22   And they told me that it was, again, something -- it was --

23   starting -- getting cleared.  It was -- again, there was no

24   major damage on the House side.

25         Once we got the group together, we went back to

1    the room where we briefed the status of the Chamber to the

2    members, the Senate; and a decision was made to move that

3    group from our area back to the Senate Chamber around

4    7:30 p.m. that night.

5    Q.  Did you remain at the Capitol Building at that point?

6    A.  I did.  I -- once the Chamber -- once the Senate was

7    back inside the Senate Chamber, I had gone down to the

8    Capitol detail.  And that was the first time that I had been

9    back in the Capitol, and I started to take an assessment of

10   what damage was done; more importantly, how were our

11   officers, how were our officials.

12          And at that time, I had a radio call for

13   Officer Brian Sicknick who fell out on the second level of

14   the CBC expansion space.  I responded to Brian, he was

15   unconscious; he was being treated.  We had about six

16   officers around Brian, as well as other officers.

17          I cleared the area to give him some privacy except

18   for the officers that were treating him, and then made sure

19   that D.C. Fire was called.  And we had -- and I had sent

20   officers up to the deck area to make sure that they could

21   escort D.C. Fire back to where Brian was.

22          And then D.C. Fire came --

23   Q.  Let me stop you for just a moment.

24   A.  Yes.

25   Q.  Was it a little while after that that you were able to

1    go home for the evening?

2    A.  No.  I hadn't -- that was somewhere around 7:30,

3    eight o'clock, and I hadn't left until about midnight.

4    Q.  Okay.  And your day started at 6 a.m.?

5    A.  It did.  Long day.

6    Q.  Okay.  I'd like to show you one additional photograph,

7    if you could just give me one moment, please.

8            Captain Patton, I'd like to show you what was

9    previously admitted as Government's Exhibit 4.23A.

10            MS. ALSWORTH:  Your Honor, permission to publish.

11            THE COURT:  Yes, you may publish.

12            (Whereupon, the video was published.)

13            MS. ALSWORTH:  Your Honor, can the Court take it

14    off of the published function for just one moment, please?

15            Thank you.

16            And permission to publish, please?

17            Thank you.

18    BY MS. ALSWORTH:

19    Q.  And, Captain Patton, do you see a date and timestamp at

20    the top of this exhibit?

21    A.  I do.  It says January 6th, 2021, 5:24:20.

22    Q.  And what area are we looking at?

23    A.  So this is a camera, I believe, on a booth of a parking

24    lot; this is a Senate parking lot.  That street is Second

25    Street.  And in the lower -- in the upper left-hand corner

1    there is a building that I know as 190 D. Street, D as in

2    David, that I recognize.

3    Q.  And do you see an individual, on the upper right side of

4    the screen, wearing a black and white hat, black jacket, and

5    jeans?

6    A.  I do.

7              MS. ALSWORTH:  May I have a moment, Your Honor?

8              I pass the witness.

9              THE COURT:  All right.  Mr. Smith?

10             MR. SMITH:  Yes, please.

11             Your Honor, may I remove my mask?

12             THE COURT:  Yes, you may.

13                          CROSS-EXAMINATION

14   BY MR. SMITH:

15   Q.  Good afternoon -- it's Captain, correct?

16   A.  Yes, it is.

17   Q.  Good afternoon, Captain.

18   A.  Good afternoon.

19             MR. SMITH:  And if you may -- I may enlist the

20   government to -- to help me out here.

21             Could the government present Exhibit 9.04.

22   BY MR. SMITH:

23   Q.  This is what's been previously admitted into evidence,

24   Captain, as 9.04.  This is the perimeter that you

25   established with the bicycle -- the bicycle racks, correct?

1    A.  Correct.

2    Q.  And you said you walked this perimeter around -- I think

3    you said between 6 and 8 a.m.  So you're -- at 6 and

4    8 a.m. --

5    A.  Yes.

6    Q.  -- this perimeter existed?

7    A.  Yes.

8    Q.  This perimeter obviously didn't exist for the duration

9    of the day?

10    A.  No, it did not.  It got taken down by demonstrators.

11    Q.  Right.  It was taken down by demonstrators probably

12    around one o'clock, wouldn't you guess?

13    A.  Different -- yes.  Different portions, yes, sir.  Not

14    the entire thing.

15    Q.  I'm sorry?

16    A.  Not the entire perimeter at one o'clock.

17    Q.  But there were -- there -- there had -- by one o'clock

18    there had been significant breaches within that particular

19    area, correct?

20    A.  When you say the "area," I would -- I would say the west

21    front area.  Again, specifically down near Peace Circle area

22    and along First Street.  That was the area that, at around

23    one o'clock, I believe, was first breached by demonstrators.

24    Q.  So a lot of the bicycle racks, obviously, got moved out

25    of the way at that point?

1    A.  Correct, or trampled over.

2    Q.  And that would have been approximately around

3    one o'clock?

4    A.  Yes.

5         MR. SMITH:  And I -- if I touch this will it --

6         THE COURT:  I'm sorry.  What?

7    BY MR. SMITH:

8    Q.  And you say the area we're talking about is the area

9    around the Peace Circle?

10   A.  Yes, sir.

11   Q.  I want to make sure I'm understanding things correctly.

12        That's the Peace Circle (indicating), correct?

13   A.  Correct.

14   Q.  So you're saying around one o'clock there had been a

15   significant crowd through there that would have removed the

16   bike racks and trampled the bike racks; is that correct?

17   A.  That's reasonable.

18        MR. SMITH:  I'm sorry.  I know there is a way to

19   clear this, but I am not --

20        THE COURT:  Excuse me.  Just one second.

21        My court reporter --

22        THE COURT REPORTER:  Please raise the microphone.

23        MR. SMITH:  Pardon me, Ms. Saint-Loth.

24        I am going to try to clear this.  No?  Okay.

25        And if I could bother the government to pull up

1    Exhibit 4.10.

2              THE COURT:  And that may be published.

3              (Whereupon, the video was published.)

4              THE COURT:  Ms. Alsworth, could you assist

5    Mr. Smith in removing the green stripe?

6              MS. ALSWORTH:  Yes, Your Honor.

7              MR. SMITH:  Oh, I'm sorry.  Excuse me.  I didn't

8    realize I hadn't cleared it.

9              (Whereupon, counsel confer.)

10             MR. SMITH:  I'm sorry.  I wanted Exhibit 4.01.  I

11   may have misspoke.  If I did, I apologize.

12   BY MR. SMITH:

13   Q.  You had testified about this previously, Captain Patton.

14   This is within the restricted area; is that correct?

15   A.  That is correct.

16   Q.  And we see bike racks down in the lower left side,

17   correct?

18   A.  Correct.

19   Q.  That's right here (indicating).

20             But, obviously, the bike racks are gone from all

21   along this area, correct?

22   A.  Yeah.  I would assume so, that all of the bike racks are

23   moved at some point.

24   Q.  This is at 2:16 in the afternoon?

25   A.  Correct.

1          MR. SMITH:  If I could trouble the government to

2     pull up Exhibit 5.01.  Not to play it, but just to pull it

3     up.

4          Actually, if the government can play it just so we

5     can see -- make sure we're all on the same page and

6     understand what this is.

7          (Whereupon, the video was published.)

8          MR. SMITH:  You can pause it here, government.

9     BY MR. SMITH:

10    Q.  This is the compilation video that you had been played

11    earlier; is that correct, Captain Patton?

12    A.  That's correct.

13    Q.  It shows various -- various events that were occurring

14    at the Capitol, various breaches of the police lines.  It

15    goes on for 13 minutes.

16         Is Mr. Bledsoe on any of the video here?

17    A.  Mr. Bledsoe is not on this screen right now, sir.

18    Q.  What about any of the video that we saw for this --

19    we've played -- we have gone through this compilation video.

20         Is Mr. Bledsoe on any of it?

21    A.  I couldn't recall what was all 13 minutes.  I have seen

22    a lot of video sequences, so...

23    Q.  Are you aware of him being on any of the video?

24    A.  Again, I haven't met Mr. Bledsoe.

25         I am identifying the -- there was a reference of a

1    gentleman with a white hat, black jacket, and jeans that I

2    pointed out in several video clips; but I don't know if

3    they're all in this run of 13 minutes.

4    Q.  You had also testified -- you had testified about

5    several events that you were involved -- involved in

6    involving assaults on yourself and assaults on other

7    officers.

8                Did any of those involve Mr. Bledsoe?

9    A.  Sir, I saw thousands of demonstrators that day.  I

10   cannot confirm or deny that it was Mr. Bledsoe.

11   Q.  Do you recall ever having seen Mr. Bledsoe before in

12   your life?

13   A.  Oh, no.  I couldn't -- I can't say that I've ever seen

14   him.

15               MR. SMITH:  No further questions.

16               THE COURT:  Any redirect?

17               MS. ALSWORTH:  No, Your Honor.

18               THE COURT:  All right.  Captain, you are excused.

19               THE WITNESS:  Thank you, Your Honor.

20               (Whereupon, the witness was excused.)

21               THE COURT:  All right.  Ms. Carter, Ms. Alsworth,

22   how long is your next witness -- or would this be a good

23   time to break for lunch before you call your next witness?

24               MS. CARTER:  Yes, Your Honor.

25               We would request a break for lunch.  There is

1    about 90-something exhibits with the next witness.

2              THE COURT:  Ninety?

3              MS. CARTER:  Yes.  There is a large portion of the

4    testimony.

5              THE COURT:  Okay.  So, ladies and gentlemen, we're

6    going to break for lunch a little bit early.  And I will see

7    you back at -- let's see.  What time is it now?  12:05.

8    Back at 1 -- 1 p.m.

9              (Whereupon, the jury was excused.)

10             THE COURT:  All right.  Enjoy your lunch break.

11             (Whereupon, a luncheon recess was taken.)

12             (Whereupon, the afternoon session of the

13   proceeding was reported and transcribed by Tammy Nestor, and

14   is bound under separate cover.)

15                        *  *  *  *  *

16                        **CERTIFICATE**

17             I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
     certify that the foregoing constitutes a true and accurate
18   transcript of my stenographic notes, and is a full, true,
     and complete transcript of the proceedings to the best of my
19   ability.

20             This certificate shall be considered null and void
     if the transcript is disassembled and/or photocopied in any
21   manner by any party without authorization of the signatory
     below.

22

23        Dated this 19th day of July, 2022

24        /s/ Elizabeth Saint-Loth, RPR, FCRR
          Official Court Reporter
25

## /

**/s** [1] - 109:24

## 0

**0267** [1] - 90:22
**04** [2] - 38:7
**08** [1] - 93:2

## 1

**1** [4] - 11:17, 50:22, 109:8
**10** [1] - 37:19
**10.01** [1] - 38:7
**10.02** [6] - 2:8, 37:20, 38:6, 38:9, 39:8, 39:12
**10.03** [9] - 2:11, 40:10, 40:19, 40:21, 40:24, 41:6, 41:11, 41:13, 41:19
**10.04** [6] - 2:8, 37:20, 38:9, 40:22, 41:2, 43:17
**100** [1] - 51:2
**106** [1] - 39:22
**11** [1] - 85:4
**12** [4] - 64:14, 65:12, 67:16, 68:5
**12:05** [1] - 109:7
**12:30** [5] - 42:14, 62:5, 64:14, 65:12, 95:2
**12:30-ish** [1] - 67:16
**12:51** [1] - 73:4
**12:51:0** [1] - 73:4
**12:57:23** [1] - 75:2
**12:58:45** [1] - 78:12
**13** [4] - 73:23, 107:15, 107:21, 108:3
**13th** [1] - 63:1
**14** [1] - 22:13
**145** [1] - 1:16
**15** [1] - 43:4
**16** [1] - 88:21
**175,170** [1] - 39:19
**1752** [1] - 19:19
**18** [1] - 19:19
**19** [2] - 1:5, 44:25
**190** [1] - 103:1
**19th** [1] - 109:23
**1:00** [1] - 12:4
**1:15** [1] - 42:18

## 2

**2** [2] - 21:6, 52:7
**20** [3] - 29:9, 60:20, 99:3
**200** [1] - 51:2
**20004-2812** [1] - 1:20
**202** [3] - 1:13, 1:17, 1:20
**2020** [4] - 10:18, 14:11, 45:10, 63:1
**2021** [24] - 8:20, 40:5, 40:13, 42:12, 43:15, 44:6, 44:7, 44:8, 44:11, 53:24, 72:12, 73:3, 75:2, 78:12, 78:22, 79:12, 81:12, 82:25, 89:13, 91:24, 93:2, 94:1, 94:15, 102:21
**2022** [2] - 1:5, 109:23
**20530** [2] - 1:13, 1:16
**21-204-01** [1] - 3:3
**21-cr-204-1** [1] - 1:3
**22** [2] - 15:8, 73:17
**228** [1] - 39:21
**23** [3] - 38:7, 41:22, 44:25
**24** [4] - 39:17, 52:21, 59:17, 70:24
**24-hour** [1] - 59:21
**24th** [1] - 45:1
**252-6741** [1] - 1:13
**28** [1] - 82:25
**2:05** [1] - 12:15
**2:09:49** [1] - 78:22
**2:12** [1] - 42:21
**2:12:08** [1] - 79:12
**2:13** [1] - 12:23
**2:15** [1] - 43:2
**2:16** [1] - 106:24
**2:17** [2] - 81:12, 82:25
**2:17:00** [2] - 81:1, 81:19
**2:18** [1] - 88:21
**2:18:14** [1] - 84:13
**2:25:19** [1] - 89:13
**2:26** [1] - 13:9
**2:29** [1] - 13:6
**2:50** [1] - 10:4
**2:51** [1] - 43:10
**2nd** [1] - 21:16

## 3

**3** [1] - 21:6
**3,000** [2] - 3:16, 6:1
**30** [1] - 81:20

## 2 (column header)

**300** [1] - 51:2
**310** [1] - 1:19
**32** [1] - 91:24
**347-6101** [1] - 1:20
**350** [1] - 39:21
**38** [3] - 2:8, 2:9, 2:10
**3:44** [1] - 43:15

## 4

**4** [5] - 20:14, 37:25, 42:5, 73:4, 79:15
**4.01** [8] - 2:10, 38:1, 38:7, 38:10, 41:22, 80:5, 81:18, 106:10
**4.01A** [1] - 81:7
**4.02A** [1] - 82:19
**4.03** [2] - 83:15, 88:21
**4.05** [1] - 88:24
**4.05A** [1] - 88:25
**4.10** [1] - 106:1
**4.21** [1] - 93:15
**4.21A** [1] - 92:22
**4.23** [2] - 2:10, 38:1, 38:10
**4.23A** [1] - 102:9
**40** [1] - 20:15
**41** [1] - 2:11
**44** [1] - 2:3
**45** [1] - 29:23
**48** [1] - 59:17
**4:23** [1] - 94:12
**4:23:09** [1] - 94:1
**4:30** [1] - 91:24
**4:45** [1] - 93:2
**4th** [3] - 1:12, 10:18, 49:7

## 5

**5** [4] - 17:3, 20:14, 89:20
**5.01** [5] - 2:12, 71:6, 72:8, 89:18, 107:2
**5104** [1] - 20:16
**514-0917** [1] - 1:17
**540** [1] - 39:19
**555** [1] - 1:12
**580,000** [1] - 39:23
**5:24:20** [1] - 102:21
**5:30** [3] - 56:12, 94:18, 99:17
**5th** [2] - 10:21, 54:13

## 6

**6** [7] - 40:5, 42:12,

## (third column continuation)

82:25, 99:17, 102:4, 104:3
**6:00** [1] - 57:10
**6th** [45] - 8:20, 9:15, 10:8, 10:10, 11:16, 14:10, 16:2, 16:8, 16:18, 21:10, 21:11, 21:17, 22:10, 22:11, 30:2, 40:13, 44:6, 44:7, 44:8, 44:11, 53:24, 54:22, 54:23, 56:6, 59:8, 61:14, 62:19, 63:11, 63:23, 63:25, 71:1, 72:12, 73:3, 75:2, 78:12, 78:22, 79:12, 81:12, 89:13, 91:24, 92:10, 93:2, 94:1, 94:14, 102:21

## 7

**7.01A** [5] - 2:13, 86:12, 86:15, 87:19, 88:2
**717** [1] - 1:19
**72** [1] - 2:12
**751** [1] - 39:20
**7:30** [2] - 101:4, 102:2
**7th** [1] - 43:15

## 8

**8** [2] - 104:3, 104:4
**88** [1] - 2:13
**8:06** [1] - 43:13

## 9

**9** [1] - 37:22
**9.01** [5] - 2:9, 37:23, 38:9, 45:20, 46:15
**9.02** [3] - 50:5, 79:15, 79:21
**9.03** [1] - 52:1
**9.04** [12] - 2:9, 37:23, 38:10, 55:8, 55:17, 55:25, 57:4, 59:3, 60:9, 65:7, 103:21, 103:24
**90-something** [1] - 109:1
**99.99** [1] - 5:5
**9:02** [1] - 43:13
**9:14** [1] - 1:5

## A

**a.m** [5] - 1:5, 43:15, 102:4, 104:3, 104:4
**abbreviation** [1] - 56:16
**abet** [2] - 19:3, 19:13
**abetted** [2] - 18:21, 71:19
**ability** [2] - 15:9, 109:19
**able** [10] - 14:11, 26:19, 28:13, 29:5, 29:7, 31:5, 31:16, 94:20, 97:7, 101:25
**abruptly** [1] - 17:2
**absence** [2] - 42:24, 43:6
**access** [6] - 5:13, 55:5, 55:22, 55:23, 66:3, 88:15
**accessible** [1] - 54:16
**accidentally** [1] - 53:10
**account** [2] - 10:15, 10:17
**accumulate** [1] - 64:12
**accurate** [3] - 44:10, 44:12, 109:17
**acres** [1] - 39:20
**action** [2] - 16:15, 27:12
**Action** [1] - 1:3
**actions** [2] - 14:9, 19:15
**activities** [1] - 14:14
**actual** [1] - 24:6
**addition** [1] - 19:18
**additional** [5] - 62:8, 96:18, 98:15, 98:17, 102:6
**adjoining** [1] - 97:12
**adjourned** [1] - 42:19
**administrative** [1] - 64:9
**admired** [1] - 18:4
**admission** [2] - 87:18, 87:19
**admit** [3] - 37:13, 42:1, 87:17
**admitted** [30] - 4:6, 4:22, 5:17, 37:16, 38:8, 38:10, 39:2, 40:19, 41:13, 41:19, 45:20, 71:6, 72:8, 72:16, 72:18, 72:19, 80:5, 81:6, 82:20, 83:15, 86:13, 87:11,

87:23, 88:2, 88:25, 92:22, 93:16, 102:9, 103:23

**aerial** [1] - 47:16

**affiliated** [2] - 64:24, 64:25

**afternoon** [9] - 8:20, 15:13, 94:12, 95:2, 103:15, 103:17, 103:18, 106:24, 109:12

**agencies** [2] - 92:9, 92:11

**agency** [1] - 92:16

**ago** [1] - 47:16

**agree** [5] - 4:21, 22:25, 39:13, 40:12, 43:23

**ahead** [4] - 28:14, 41:11, 46:8, 59:24

**aid** [2] - 19:3, 19:12

**aided** [3] - 1:25, 18:21, 71:19

**air** [3] - 13:22, 14:18, 100:2

**alarm** [3] - 16:20, 53:11, 53:14

**alarmed** [1] - 53:10

**alleges** [1] - 18:19

**allow** [1] - 61:1

**allowed** [5] - 61:8, 62:15, 63:8, 94:11, 96:14

**allowing** [1] - 13:3

**almost** [1] - 95:11

**ALSO** [1] - 1:22

**Alsworth** [10] - 3:8, 17:12, 17:19, 18:7, 18:14, 25:9, 46:2, 49:24, 106:4, 108:21

**ALSWORTH** [144] - 1:15, 7:17, 7:19, 7:22, 8:1, 8:4, 8:17, 8:19, 9:13, 13:17, 36:12, 36:23, 37:10, 37:16, 37:19, 37:22, 37:25, 38:3, 38:11, 38:16, 38:18, 38:22, 38:25, 39:8, 39:12, 40:23, 40:25, 41:6, 41:15, 41:25, 42:9, 42:11, 43:21, 44:17, 45:19, 45:24, 46:4, 46:13, 46:18, 47:15, 50:1, 50:3, 50:6, 50:10, 51:25, 52:3, 52:13, 52:17, 55:7, 55:11, 55:15, 58:25, 67:6, 71:4, 72:4, 72:7, 72:10, 72:14,

72:20, 72:24, 72:25, 73:16, 73:22, 74:2, 74:4, 75:13, 77:15, 77:18, 77:19, 78:6, 78:9, 78:13, 78:14, 78:23, 79:1, 79:8, 79:10, 79:14, 79:18, 80:1, 80:11, 80:13, 80:17, 80:22, 80:25, 81:9, 81:17, 81:22, 81:23, 82:18, 82:22, 83:14, 83:20, 83:24, 84:10, 84:15, 84:16, 84:23, 84:24, 85:3, 85:6, 85:7, 85:14, 85:17, 85:18, 86:11, 86:15, 86:18, 87:9, 87:12, 87:16, 87:20, 87:25, 88:4, 88:19, 88:23, 89:5, 89:17, 89:23, 89:25, 90:11, 90:15, 90:16, 91:3, 91:6, 91:8, 91:17, 91:19, 91:21, 92:4, 92:6, 92:7, 92:19, 92:21, 92:24, 93:14, 93:20, 93:24, 102:10, 102:13, 102:18, 103:7, 106:6, 108:17

**altered** [1] - 44:13

**alternative** [3] - 4:4, 4:8, 4:21

**amenable** [1] - 5:11

**America** [1] - 3:3

**AMERICA** [1] - 1:3

**American** [3] - 64:21, 84:18, 85:1

**answer** [4] - 54:5, 58:24, 62:24, 75:6

**anti** [1] - 22:21

**anti-war** [1] - 22:21

**apart** [1] - 48:19

**apologies** [1] - 41:1

**apologize** [5] - 9:11, 40:23, 63:10, 87:12, 106:11

**appeal** [1] - 4:11

**appear** [3] - 73:13, 74:20, 83:11

**APPEARANCES** [1] - 1:10

**appearances** [1] - 82:10

**appellate** [2] - 4:5, 5:14

**apply** [1] - 20:8

**appreciate** [1] - 6:7

**approach** [1] - 79:16

**approached** [1] -

31:13

**approaches** [1] - 32:6

**appropriate** [2] - 38:13, 38:14

**area** [126] - 9:3, 10:23, 11:21, 13:14, 13:20, 14:2, 15:19, 19:20, 19:22, 19:23, 20:1, 20:3, 20:4, 20:5, 20:7, 20:11, 21:5, 21:7, 21:8, 24:5, 24:9, 24:11, 29:16, 34:12, 35:3, 48:2, 48:14, 49:4, 49:9, 49:11, 49:15, 49:16, 51:5, 51:8, 51:11, 51:20, 51:21, 51:22, 53:20, 54:7, 54:10, 54:11, 57:12, 58:23, 59:1, 60:9, 60:12, 60:14, 60:21, 60:23, 62:6, 62:14, 62:16, 64:13, 65:10, 67:4, 67:10, 67:12, 67:13, 67:15, 67:20, 68:3, 68:4, 68:14, 68:20, 68:21, 68:22, 69:17, 73:10, 74:10, 74:17, 74:22, 75:18, 75:20, 76:2, 76:3, 76:22, 76:23, 77:21, 77:22, 78:15, 79:4, 79:6, 79:22, 79:24, 81:24, 81:25, 82:9, 82:12, 82:15, 82:16, 89:9, 90:1, 91:9, 91:13, 93:22, 93:23, 95:5, 95:22, 96:3, 96:15, 96:16, 96:19, 98:11, 98:13, 98:14, 98:22, 100:3, 101:3, 101:17, 101:20, 102:22, 104:19, 104:20, 104:21, 104:22, 105:8, 106:14, 106:21

**areas** [12] - 49:4, 49:5, 54:17, 54:20, 55:5, 55:23, 60:10, 61:2, 61:9, 64:7, 67:23, 70:4

**arguments** [1] - 5:13

**Arizona** [1] - 11:5

**Arms** [2] - 99:5, 99:19

**arms** [3] - 26:24, 27:3, 32:7

**arrested** [1] - 30:20

**arrivals** [2] - 64:10, 68:6

**arrive** [2] - 15:25, 62:3

arrived [5] - 15:22, 15:23, 26:9, 56:12, 56:14

**aspects** [1] - 63:2

**assaults** [2] - 108:6

**assembly** [1] - 25:13

**assess** [1] - 96:10

**assessed** [1] - 100:13

**assessing** [1] - 98:20

**assessment** [1] - 101:9

**assigned** [1] - 45:10

**assignment** [2] - 56:19, 66:9

**assignments** [1] - 65:23

**assist** [1] - 106:4

**assistance** [3] - 92:9, 92:11, 92:15

**assistant** [2] - 65:19, 97:25

**assisting** [1] - 7:8

**assume** [1] - 106:22

**attacked** [1] - 95:12

**attend** [3] - 22:13, 22:15, 22:18

**attended** [1] - 10:24

**attention** [3] - 31:11, 55:24, 65:3

**attorney** [1] - 37:12

**Attorney's** [1] - 7:7

**attorney's** [1] - 30:6

**augment** [1] - 92:18

**August** [1] - 45:1

**authentic** [1] - 44:14

**authorities** [2] - 27:12

**authority** [2] - 20:5, 20:7

**authorization** [1] - 109:21

**authorized** [5] - 57:24, 61:6, 61:12, 62:13, 62:18

**availability** [1] - 54:15

**available** [2] - 4:5, 4:9

**Avenue** [15] - 49:15, 49:17, 49:18, 55:1, 56:2, 56:3, 57:16, 59:2, 68:20, 69:20, 73:8, 73:15, 74:11, 74:19, 74:20, 75:12

**avoid** [1] - 5:4

**aware** [4] - 70:20, 71:17, 71:20, 107:23

# B

**background** [4] - 16:20, 49:21, 65:15,

86:21

**ball** [4] - 81:14, 83:8, 88:10, 89:15

**ballots** [3] - 11:13, 14:6, 22:6

**balustrade** [1] - 87:2

**banners** [1] - 64:25

**barricade** [4] - 12:6, 68:20, 68:24, 69:20

**barricades** [6] - 12:3, 12:4, 31:14, 31:15, 69:6, 69:7

**based** [4] - 58:13, 74:15, 75:16, 93:12

**basement** [2] - 97:22, 98:11

**basic** [1] - 98:20

**basis** [1] - 52:19

**battle** [1] - 96:17

**bear** [2] - 21:12, 95:13

**become** [2] - 42:23, 43:5

**BEFORE** [1] - 1:8

**began** [6] - 12:12, 23:12, 42:13, 42:14, 67:10, 98:18

**begin** [11] - 7:14, 11:17, 12:5, 37:11, 42:16, 50:22, 50:24, 51:1, 52:7, 81:19, 88:21

**behalf** [2] - 3:8, 5:9

**behind** [7] - 9:18, 28:5, 29:7, 31:13, 73:8, 74:18, 82:8

**belongings** [1] - 100:9

**below** [5] - 49:9, 51:6, 69:19, 100:6, 109:21

**bench** [2] - 71:12, 72:2

**bent** [1] - 58:9

**BERYL** [1] - 1:8

**best** [5] - 5:24, 109:18

**better** [2] - 7:25, 70:10

**between** [10] - 13:2, 14:7, 56:3, 58:18, 62:5, 65:12, 67:16, 68:5, 95:19, 104:3

**beyond** [1] - 16:11

**bicycle** [6] - 55:21, 58:9, 73:8, 103:25, 104:24

**big** [7] - 6:4, 26:22, 28:13, 29:14, 33:9, 35:6, 78:17

**bigger** [1] - 59:14

**bike** [35] - 11:25, 31:14, 31:16, 54:23, 54:25, 56:21, 57:1, 58:4, 58:8, 58:13, 58:15, 58:17, 58:20,

65:2, 65:6, 66:24, 66:25, 68:3, 75:14, 75:17, 75:20, 75:25, 76:2, 76:6, 76:7, 76:11, 77:4, 77:7, 77:10, 82:4, 105:16, 106:16, 106:20, 106:22
**bit** [9] - 4:13, 11:8, 18:10, 18:11, 18:12, 18:14, 20:18, 33:9, 109:6
**black** [14] - 9:8, 81:14, 81:15, 83:8, 88:11, 89:14, 89:15, 90:7, 93:3, 93:6, 103:4, 108:1
**Black** [1] - 22:23
**blacked** [1] - 80:18
**blaring** [1] - 16:20
**BLEDSOE** [1] - 1:5
**Bledsoe** [36] - 3:4, 3:12, 8:25, 9:17, 18:11, 18:20, 21:9, 21:11, 21:14, 21:18, 23:5, 23:9, 23:14, 26:7, 26:18, 27:9, 27:14, 27:17, 30:25, 31:12, 32:6, 33:2, 33:5, 33:15, 35:13, 39:13, 40:11, 43:22, 71:15, 107:16, 107:17, 107:20, 107:24, 108:8, 108:10, 108:11
**Bledsoe's** [4] - 3:23, 7:3, 30:2, 33:20
**blocks** [1] - 22:14
**bloody** [1] - 95:14
**blue** [6] - 64:21, 67:18, 76:14, 76:16, 76:21, 77:3
**body** [3] - 51:13, 99:10, 99:11
**bollards** [3] - 66:3, 68:22, 69:17
**bomb** [1] - 12:16
**booth** [1] - 102:23
**booths** [2] - 66:2
**boss** [3] - 70:13, 95:21
**bother** [1] - 105:25
**bottom** [9] - 30:23, 50:16, 77:25, 81:3, 81:13, 82:4, 83:7, 89:9, 90:3
**bottom-line** [1] - 30:23
**bound** [1] - 109:14
**box** [1] - 70:8
**bragged** [1] - 16:3

**brain** [1] - 19:9
**branches** [1] - 82:6
**breach** [4] - 12:10, 16:8, 66:24, 95:3
**breached** [9] - 9:2, 12:3, 12:6, 13:9, 16:19, 70:18, 95:23, 95:24, 104:23
**breaches** [2] - 104:18, 107:14
**break** [17] - 18:9, 28:12, 28:16, 32:18, 32:19, 32:20, 32:22, 32:23, 32:24, 33:13, 36:14, 64:7, 108:23, 108:25, 109:6, 109:10
**breaks** [1] - 58:22
**breathe** [1] - 100:2
**Brian** [1] - 101:13, 101:14, 101:16, 101:21
**briefed** [1] - 101:1
**briefly** [1] - 63:22
**bring** [3] - 6:10, 6:12, 99:9
**bringing** [1] - 97:13
**broad** [1] - 40:3
**broke** [3] - 12:24, 13:1
**broken** [5] - 9:4, 16:20, 48:9, 100:4
**bronze** [1] - 94:7
**brought** [3] - 26:16, 92:17, 99:24
**Brumidi** [1] - 89:9
**Bs** [2] - 41:23, 42:3
**Building** [42] - 8:21, 9:1, 9:2, 9:15, 9:17, 11:20, 11:22, 12:12, 12:24, 14:4, 15:8, 15:13, 15:18, 16:24, 17:4, 20:17, 20:22, 26:2, 35:13, 35:16, 40:1, 40:6, 44:2, 45:9, 45:13, 45:14, 45:17, 47:19, 48:24, 48:25, 52:19, 53:17, 53:23, 54:24, 61:15, 61:19, 62:8, 62:19, 63:3, 65:4, 90:19, 101:5
**building** [72] - 12:8, 13:13, 16:17, 16:23, 17:2, 24:7, 24:18, 24:20, 24:24, 25:4, 25:7, 25:8, 25:11, 25:12, 26:11, 27:10, 27:18, 28:1, 28:2, 28:12, 29:8, 29:10, 29:18, 29:19, 30:10,

31:1, 31:13, 31:20, 31:22, 31:25, 32:17, 32:21, 33:2, 33:23, 34:10, 34:15, 34:22, 35:2, 35:5, 39:18, 39:20, 50:21, 50:24, 52:11, 52:12, 52:20, 52:22, 62:14, 63:15, 63:19, 65:21, 65:22, 67:17, 68:11, 69:4, 69:13, 69:24, 86:23, 90:10, 91:25, 92:1, 92:2, 94:20, 94:23, 95:18, 96:4, 96:13, 100:21, 103:1
**buildings** [1] - 70:23
**business** [4] - 63:5, 63:6, 63:7, 63:12
**butt** [1] - 4:1
**BY** [44] - 44:17, 46:13, 47:15, 50:3, 50:10, 52:3, 52:17, 55:15, 58:25, 67:6, 72:10, 72:25, 74:4, 75:13, 77:19, 78:9, 78:14, 79:1, 79:10, 79:18, 81:9, 81:23, 82:22, 83:24, 84:16, 84:24, 85:7, 85:18, 86:18, 88:4, 89:5, 89:25, 90:16, 91:8, 91:21, 92:7, 92:24, 93:24, 102:18, 103:14, 103:22, 105:7, 106:12, 107:9

**C**

**C-L-E-M-E-N-T-S** [1] - 6:20
**Camera** [1] - 90:22
**camera** [2] - 30:11, 102:23
**camera's** [1] - 31:3
**cameras** [6] - 30:12, 30:17, 44:7, 70:20, 70:22, 70:23
**canceled** [1] - 61:5
**cannot** [2] - 36:3, 108:10
**cap** [4] - 81:14, 83:8, 88:10, 89:15
**Capitol** [217] - 8:20, 8:21, 8:25, 9:1, 9:14, 9:17, 9:19, 10:8, 10:10, 11:2, 11:19, 11:20, 11:22, 11:23, 12:1, 12:7, 12:9, 12:12, 12:17, 12:20, 12:23, 12:24, 14:2,

14:4, 14:10, 15:8, 15:13, 15:14, 15:17, 16:5, 16:8, 16:18, 16:19, 16:23, 16:25, 17:4, 18:12, 20:17, 20:20, 20:21, 21:12, 22:14, 22:17, 23:6, 23:13, 23:16, 23:19, 23:20, 23:21, 23:23, 23:24, 24:22, 26:2, 26:5, 26:6, 30:8, 30:15, 30:22, 31:1, 31:16, 33:18, 34:1, 34:4, 35:13, 35:15, 35:22, 35:23, 35:24, 36:1, 36:2, 36:6, 37:25, 39:15, 39:17, 39:18, 39:23, 39:25, 40:1, 40:6, 40:14, 40:17, 43:24, 44:2, 44:11, 44:21, 44:22, 44:23, 44:24, 44:25, 45:2, 45:3, 45:6, 45:9, 45:11, 45:12, 45:13, 45:16, 46:17, 47:17, 47:19, 47:21, 47:23, 48:2, 48:3, 48:4, 48:5, 48:7, 48:8, 48:12, 48:14, 48:16, 48:17, 48:18, 48:24, 48:25, 49:2, 49:6, 49:9, 49:11, 50:12, 50:15, 50:20, 51:4, 51:6, 52:6, 52:19, 52:20, 52:21, 53:3, 53:4, 53:8, 53:17, 53:20, 53:21, 53:23, 54:4, 54:6, 54:8, 54:24, 55:3, 55:4, 56:8, 56:9, 56:10, 56:18, 58:15, 59:8, 59:14, 60:2, 61:14, 61:18, 61:25, 62:2, 62:3, 62:7, 62:10, 62:11, 62:19, 62:23, 62:25, 63:3, 63:8, 64:5, 64:6, 65:4, 65:5, 65:16, 65:20, 65:22, 66:13, 66:16, 66:20, 67:14, 67:25, 68:12, 70:3, 70:21, 70:22, 72:13, 74:14, 74:16, 74:23, 77:24, 78:17, 79:7, 82:16, 83:13, 84:2, 84:5, 88:15, 90:19, 92:8, 94:5, 94:14, 96:5, 98:5, 98:25, 99:6, 99:14, 99:21, 99:24, 101:5, 101:8, 101:9, 107:14

**captain** [5] - 44:20, 55:16, 58:2, 58:4, 108:18
**Captain** [36] - 46:14, 50:4, 50:11, 52:18, 65:7, 71:5, 72:11, 73:1, 74:5, 75:14, 77:20, 78:10, 78:15, 81:10, 82:23, 83:25, 84:17, 85:8, 85:19, 86:19, 88:5, 89:6, 90:1, 90:17, 91:9, 91:22, 92:8, 92:25, 94:2, 102:8, 102:19, 103:15, 103:17, 103:24, 106:13, 107:11
**captured** [1] - 44:4
**captures** [1] - 44:1
**care** [1] - 64:9
**carriage** [8] - 95:24, 96:6, 96:7, 96:8, 96:18, 96:22, 96:23, 97:7
**carrying** [4] - 14:17, 64:19, 64:21, 64:22
**cars** [1] - 57:17
**Carter** [33] - 3:8, 6:13, 17:9, 72:14, 73:16, 74:2, 77:15, 78:6, 78:24, 79:8, 80:2, 80:18, 80:25, 81:17, 82:18, 83:14, 84:10, 84:23, 85:3, 85:15, 86:11, 88:20, 88:23, 89:17, 89:24, 90:11, 91:3, 91:7, 91:20, 92:19, 92:21, 93:14, 108:21
**carter** [1] - 81:6
**CARTER** [1] - 1:12, 3:7, 5:9, 6:11, 6:15, 6:20, 9:9, 46:10, 55:9, 108:24, 109:3
**Case** [1] - 3:3
**case** [6] - 5:6, 14:8, 24:21, 30:5, 58:21, 71:22
**cases** [1] - 30:6
**category** [1] - 37:19
**catwalk** [1] - 73:13
**causes** [1] - 22:25
**causing** [1] - 8:21
**CBC** [1] - 101:14
**CDU** [5] - 66:10, 66:14, 66:18, 67:5, 90:8
**ceases** [1] - 27:15
**ceiling** [1] - 25:12
**cell** [2] - 30:18, 30:20

**Center** [4] - 39:23, 40:9, 64:5, 68:1
**center** [12] - 26:6, 48:8, 49:4, 51:3, 51:5, 52:9, 74:8, 74:9, 78:3, 79:4, 89:16, 95:7
**ceremonial** [3] - 29:15, 96:24, 97:21
**ceremonies** [1] - 78:5
**certain** [5] - 58:8, 58:10, 61:2, 61:7
**CERTIFICATE** [1] - 109:16
**certificate** [1] - 109:20
**certification** [9] - 8:22, 10:11, 14:11, 16:14, 21:17, 43:16, 61:15, 61:16, 61:19
**certify** [3] - 18:23, 40:18, 109:17
**certifying** [1] - 15:10
**chaired** [1] - 61:22
**chairs** [3] - 7:9, 10:6, 47:4
**challenging** [1] - 4:13
**chamber** [1] - 99:23
**Chamber** [39] - 9:19, 9:22, 9:24, 9:25, 10:1, 10:2, 11:18, 14:21, 15:1, 15:5, 42:16, 42:22, 43:1, 43:4, 43:8, 51:11, 52:11, 52:12, 66:5, 67:12, 79:7, 79:25, 86:22, 91:11, 91:16, 92:3, 96:9, 97:20, 99:15, 99:22, 100:7, 100:13, 100:14, 100:21, 101:1, 101:3, 101:6, 101:7
**chambers** [2] - 33:13, 42:19
**Chambers** [6] - 11:6, 32:23, 32:24, 32:25, 40:17
**changes** [1] - 27:14
**chant** [3] - 16:4, 16:5, 27:15
**chanting** [13] - 13:23, 16:24, 23:8, 23:9, 23:25, 24:14, 25:16, 25:18, 27:16, 33:19, 35:14, 65:3
**chaos** [1] - 8:19
**charge** [4] - 19:17, 19:18, 35:6, 35:7
**charged** [3] - 18:16, 19:19, 19:20
**charges** [8] - 18:10,

18:15, 18:16, 20:24, 34:8, 34:9, 35:1, 35:2
**chart** [1] - 47:1
**check** [2] - 64:9, 65:13
**checked** [1] - 70:11
**cheer** [1] - 27:16
**cheering** [8] - 23:8, 23:9, 24:15, 25:17, 25:19, 26:13, 26:14, 35:14
**cheers** [1] - 25:17
**chemical** [2] - 95:13, 100:1
**CHIEF** [1] - 1:9
**chief** [1] - 97:25
**choice** [1] - 22:22
**circle** [7] - 14:16, 56:1, 68:10, 69:15, 85:12, 85:22, 90:7
**Circle** [13] - 49:14, 49:17, 55:25, 76:7, 76:10, 76:24, 77:2, 77:7, 82:12, 104:21, 105:9, 105:12
**circled** [1] - 67:11
**circles** [4] - 49:14, 69:9, 69:10, 69:19
**circling** [1] - 68:21
**circuit** [2] - 30:9, 43:25
**circumstances** [1] - 97:16
**city** [4] - 22:21, 23:3, 23:4, 48:9
**Civil** [3] - 66:10, 92:17, 92:18
**civil** [1] - 22:22
**clarification** [2] - 3:15, 41:21
**clarify** [4] - 40:19, 58:1, 67:7, 76:5
**clarifying** [1] - 6:1
**clear** [8] - 15:23, 20:25, 70:9, 77:13, 85:14, 105:19, 105:24
**cleared** [3] - 100:23, 101:17, 106:8
**clearly** [3] - 26:5, 27:13, 34:3
**CLEMENTS** [1] - 1:22
**Clements** [4] - 6:16, 6:17, 6:19, 7:6
**clerk** [1] - 55:9
**clerk's** [1] - 4:17
**client** [1] - 33:8
**climbing** [1] - 88:12
**clip** [1] - 33:1
**clips** [2] - 44:14, 108:2

**close** [1] - 96:16
**closed** [13] - 16:18, 30:9, 43:25, 54:6, 54:8, 54:11, 57:13, 57:15, 58:18, 62:11, 62:23, 62:25, 90:25
**closed-circuit** [2] - 30:9, 43:25
**closer** [4] - 12:7, 13:18, 70:16
**closing** [2] - 75:20, 96:12
**clothing** [3] - 64:19, 64:24, 100:5
**CM/ECF** [1] - 4:13
**co** [1] - 17:9
**co-counsel** [1] - 17:9
**Code** [2] - 19:19, 20:15
**collateral** [1] - 66:9
**College** [5] - 8:22, 18:23, 33:7, 40:18, 43:16
**COLUMBIA** [1] - 1:1
**Columbus** [5] - 15:24, 29:13, 94:6, 94:7, 94:9
**coming** [10] - 27:5, 31:1, 31:25, 63:12, 71:2, 74:15, 74:20, 74:23, 89:10, 90:18
**commander** [2] - 65:19, 100:20
**commanders** [1] - 59:20
**commanding** [2] - 59:19, 66:17
**comment** [2] - 10:17, 10:19
**committed** [1] - 19:13
**common** [1] - 64:22
**communications** [1] - 53:11
**compass** [1] - 48:9
**compilation** [2] - 107:10, 107:19
**complete** [2] - 45:7, 109:18
**completed** [1] - 43:16
**completely** [1] - 92:14
**complicated** [1] - 4:18
**complies** [2] - 85:13, 85:23
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concerns** [2] - 59:22, 71:15
**concert** [1] - 49:7
**concludes** [2] - 6:6,

72:2
**concrete** [3] - 40:2, 40:9, 54:11
**conduct** [15] - 16:22, 16:23, 19:1, 19:3, 19:6, 19:8, 19:11, 19:23, 20:21, 21:3, 30:2, 30:3, 71:15, 71:19, 71:20
**confer** [4] - 4:19, 5:23, 83:23, 106:9
**conference** [3] - 71:12, 71:25, 72:2
**confirm** [2] - 16:11, 108:10
**conflicting** [1] - 60:24
**Congress** [15] - 11:3, 12:5, 14:7, 15:21, 17:1, 40:14, 45:4, 45:7, 48:17, 57:24, 59:11, 59:16, 63:9, 68:24, 91:2
**Congress's** [2] - 15:9, 43:14
**Congressmen** [2] - 33:5, 33:12
**connected** [8] - 55:4, 56:22, 57:2, 58:5, 58:9, 80:14, 80:17
**connecter** [2] - 14:24, 14:25
**connecting** [10] - 9:3, 12:25, 51:9, 51:13, 51:18, 79:5, 79:23, 86:23, 89:8, 89:11
**connections** [1] - 57:20
**consideration** [1] - 5:18
**considered** [3] - 24:1, 59:4, 109:20
**consistent** [1] - 17:10
**constitutes** [1] - 109:17
**Constitution** [7] - 55:1, 55:3, 56:3, 57:16, 59:2, 68:19, 75:12
**construction** [5] - 54:8, 73:14, 78:3, 78:18, 86:6
**consulted** [1] - 37:12
**consumed** [1] - 8:19
**contain** [1] - 4:7
**contest** [1] - 59:16
**continuation** [1] - 24:1
**continue** [2] - 41:16, 78:24
**continued** [5] - 12:13, 13:24, 14:1, 14:20,

43:14
**continuously** [2] - 59:18, 99:11
**contribution** [1] - 15:19
**control** [1] - 66:3
**controlled** [1] - 44:5
**controls** [3] - 69:6, 69:7, 69:17
**convene** [1] - 100:19
**convened** [1] - 40:14
**convenient** [1] - 47:5
**conversations** [1] - 99:12
**copies** [1] - 39:6
**cordial** [1] - 32:5
**corner** [11] - 29:4, 68:16, 75:1, 75:4, 75:11, 81:13, 82:4, 83:8, 84:7, 86:22, 102:25
**correct** [40] - 40:20, 42:6, 42:7, 47:17, 47:18, 47:21, 51:5, 60:7, 60:18, 67:21, 67:22, 68:11, 69:4, 69:14, 69:25, 70:1, 76:8, 77:3, 78:1, 78:2, 82:7, 90:21, 94:12, 94:13, 103:15, 103:25, 104:1, 104:19, 105:1, 105:12, 105:13, 105:16, 106:14, 106:15, 106:17, 106:18, 106:21, 106:25, 107:11, 107:12
**correctly** [1] - 105:11
**corridor** [13] - 9:3, 12:25, 51:9, 51:13, 51:15, 51:19, 79:5, 79:23, 86:23, 89:9, 89:11, 97:13, 97:15
**counsel** [9] - 3:5, 6:14, 7:3, 7:8, 7:15, 17:9, 42:2, 83:23, 106:9
**Count** [1] - 17:3
**count** [12] - 16:9, 18:17, 19:22, 20:20, 20:22, 21:1, 40:18, 59:11, 59:16, 61:21, 98:19
**counting** [3] - 11:13, 33:6, 78:12
**Counts** [1] - 20:14, 21:6
**counts** [9] - 17:11, 18:17, 19:19, 19:21,

19:25, 20:10, 20:13, 20:16
**couple** [2] - 31:2, 64:8
**course** [8] - 4:25, 11:7, 17:20, 18:2, 18:19, 18:22, 28:3, 30:18
**Court** [10] - 1:23, 1:23, 3:2, 5:11, 5:12, 7:19, 8:5, 38:20, 102:13, 109:24
**court** [2] - 71:2, 105:21
**COURT** [118] - 1:1, 1:9, 3:10, 3:13, 4:2, 4:11, 4:18, 4:25, 5:8, 5:15, 5:23, 6:9, 6:12, 6:17, 6:21, 6:23, 7:18, 7:21, 7:24, 8:2, 8:6, 8:18, 9:6, 17:12, 17:16, 17:20, 17:24, 18:2, 36:9, 36:13, 36:21, 36:24, 37:4, 37:7, 37:9, 37:15, 37:18, 37:21, 37:24, 38:2, 38:4, 38:6, 38:14, 38:17, 38:21, 38:24, 39:1, 39:9, 40:21, 40:24, 41:4, 41:7, 41:10, 41:13, 41:17, 41:21, 42:1, 42:6, 42:8, 42:10, 43:19, 45:22, 46:1, 46:6, 46:8, 46:21, 47:3, 47:7, 47:10, 47:13, 49:20, 50:8, 52:16, 55:13, 58:2, 65:7, 71:9, 71:13, 71:24, 72:3, 72:6, 72:17, 72:19, 73:18, 73:25, 75:3, 79:17, 80:7, 80:9, 80:12, 80:14, 80:20, 83:18, 83:22, 86:14, 87:10, 87:13, 87:18, 87:21, 87:23, 88:1, 89:3, 93:8, 93:18, 102:11, 103:9, 103:12, 105:6, 105:20, 105:22, 106:2, 106:4, 108:16, 108:18, 108:21, 109:2, 109:5, 109:10
**Court's** [1] - 46:3
**courthouse** [2] - 75:4, 75:11
**courtroom** [4] - 6:22, 8:8, 17:21, 36:20
**COURTROOM** [4] - 3:2, 46:7, 72:16,

72:18
**cover** [2] - 69:9, 109:14
**coverage** [1] - 59:21
**covered** [2] - 50:6, 82:10
**covering** [2] - 39:19, 68:15
**COVID** [2] - 61:4, 63:1
**create** [1] - 44:14
**crime** [4] - 19:14, 34:2, 45:5
**crimes** [2] - 16:12, 20:7
**Criminal** [2] - 1:3, 3:3
**critical** [1] - 8:8
**CRM** [1] - 1:15
**CROSS** [1] - 103:13
**CROSS-EXAMINATION** [1] - 103:13
**crouched** [1] - 10:5
**crowd** [21] - 14:23, 23:12, 23:16, 23:22, 23:24, 25:9, 25:18, 25:20, 25:22, 26:8, 28:6, 28:8, 28:10, 28:11, 29:20, 31:13, 66:24, 90:8, 90:9, 105:15
**crowds** [3] - 28:22, 34:18, 34:19
**Crypt** [8] - 13:14, 13:15, 25:9, 25:10, 25:14, 25:15, 51:6
**Cs** [2] - 41:23, 42:3
**cut** [2] - 28:14, 72:22

## D

**D.C** [9] - 1:6, 10:23, 22:11, 23:1, 39:16, 48:8, 101:19, 101:21, 101:22
**damage** [3] - 32:22, 100:24, 101:10
**Damage** [1] - 100:8
**dangerous** [1] - 52:24
**data** [1] - 30:21
**date** [13] - 44:4, 73:1, 74:25, 78:10, 78:20, 79:11, 81:10, 82:23, 89:12, 91:22, 92:25, 93:25, 102:19
**Dated** [1] - 109:23
**David** [1] - 103:2
**day's** [1] - 70:15
**days** [5] - 6:6, 10:18, 16:2, 52:21, 59:22

**DC** [3] - 1:13, 1:16, 1:20
**deal** [1] - 66:15
**decided** [1] - 23:17
**decides** [3] - 26:18, 26:25, 27:2
**decision** [4] - 99:12, 99:14, 101:2
**deck** [10] - 54:11, 54:15, 64:13, 64:17, 65:11, 66:3, 68:13, 68:23, 69:6, 101:20
**declare** [1] - 11:13
**declared** [2] - 42:24, 43:6
**deeper** [2] - 10:7, 14:1
**Defendant** [4] - 1:6, 39:13, 40:11, 43:22
**defendant** [21] - 8:24, 10:7, 10:13, 10:21, 12:10, 12:20, 13:8, 13:11, 13:17, 13:24, 14:9, 14:13, 14:19, 15:3, 15:7, 15:12, 16:3, 16:12, 16:14, 16:19, 17:5
**DEFENDANT** [1] - 1:18
**defendant's** [1] - 10:15
**defense** [5] - 30:6, 34:6, 37:12, 37:14, 42:2
**defensive** [2] - 95:17, 95:18
**definitely** [1] - 100:17
**definition** [1] - 60:19
**Delaware** [1] - 68:20
**deliberations** [2] - 39:3, 39:6
**delving** [1] - 10:7
**demonstrate** [14] - 20:19, 21:13, 22:18, 22:20, 23:20, 34:4, 35:20, 35:22, 60:21, 60:23, 61:1, 61:8, 61:9
**demonstrating** [6] - 17:3, 20:17, 34:1, 35:15, 36:2, 36:5
**demonstration** [12] - 23:18, 24:2, 24:10, 35:23, 35:25, 49:5, 54:21, 60:19, 60:20, 64:23, 66:15
**demonstrations** [6] - 23:3, 59:9, 60:5, 60:8, 60:16, 61:6
**demonstrators** [26] - 64:11, 64:18, 66:16,

70:7, 70:18, 74:13, 74:21, 76:21, 77:9, 89:10, 90:5, 94:19, 95:6, 95:8, 96:13, 96:14, 96:15, 96:17, 98:18, 99:1, 104:10, 104:11, 104:23, 108:9
**deny** [1] - 108:10
**Department** [1] - 92:17
**depicted** [4] - 44:9, 71:15, 71:21, 84:6
**depiction** [2] - 44:10, 52:5
**Depot** [1] - 30:11
**depress** [1] - 53:14
**DEPUTY** [4] - 3:2, 46:7, 72:16, 72:18
**describe** [1] - 52:18
**described** [1] - 48:24
**describing** [1] - 47:16
**designated** [1] - 54:21
**desks** [3] - 100:4, 100:15, 100:16
**destination** [1] - 26:9
**destroyed** [1] - 100:10
**destruction** [1] - 99:25
**detail** [2] - 64:3, 101:8
**detailed** [2] - 66:13, 71:25
**details** [1] - 87:11
**different** [6] - 10:16, 49:12, 94:23, 104:13
**difficult** [2] - 75:16, 77:8
**dignitaries** [1] - 97:3
**dire** [1] - 6:18
**DIRECT** [1] - 44:16
**direct** [5] - 51:3, 55:2, 55:3, 55:24, 59:2
**directed** [1] - 95:25
**directing** [2] - 65:3, 95:17
**direction** [9] - 48:1, 51:18, 59:3, 66:18, 74:15, 82:13, 83:11, 83:12, 95:21
**directions** [3] - 47:22, 98:8, 99:7
**directly** [5] - 14:3, 14:4, 14:5, 79:4, 86:7
**disassembled** [1] - 109:20
**discuss** [1] - 10:9
**discussed** [1] - 99:6
**disobey** [2] - 32:2, 32:11
**disobeying** [1] - 32:11

**disorderly** [4] - 16:22, 16:23, 19:22, 20:21
**dispatch** [1] - 53:12
**disruption** [2] - 16:9, 45:5
**disruptive** [1] - 16:22
**distract** [1] - 47:7
**DISTRICT** [3] - 1:1, 1:1, 1:9
**Disturbance** [3] - 66:10, 92:17, 92:18
**divider** [1] - 76:9
**divides** [1] - 50:20
**division** [6] - 64:6, 65:23, 66:12, 66:13
**divisions** [1] - 66:12
**docket** [3] - 4:3, 4:13, 4:20
**document** [2] - 3:17, 5:13
**documenting** [1] - 15:18
**documents** [1] - 4:14
**DOJ** [1] - 1:15
**DOJ-CRM** [1] - 1:15
**Donald** [2] - 21:19, 22:7, 23:11
**done** [1] - 101:10
**Door** [2] - 13:19, 13:20
**door** [34] - 9:2, 9:4, 12:25, 13:2, 13:4, 13:9, 15:1, 16:20, 24:18, 24:21, 25:1, 25:3, 29:15, 34:17, 34:23, 34:24, 53:4, 53:5, 53:7, 53:11, 53:12, 53:14, 89:11, 90:25, 93:23, 94:5, 94:8, 96:8, 96:17, 97:7, 97:20, 100:12
**doors** [14] - 32:19, 32:20, 51:16, 53:3, 53:8, 53:9, 53:10, 53:15, 91:12, 91:14, 94:2, 94:7, 94:8, 96:12
**Doors** [4] - 15:24, 29:13, 94:6, 94:9
**dots** [1] - 69:22
**doubt** [1] - 16:11
**down** [35] - 9:22, 10:5, 11:2, 22:14, 24:2, 28:14, 28:17, 28:19, 31:15, 31:16, 35:22, 46:19, 48:12, 55:1, 66:1, 69:15, 74:20, 81:13, 84:3, 95:4, 95:9, 97:11, 97:18, 97:20, 97:21, 98:4, 98:10, 98:11,

100:10, 101:7, 104:10, 104:11, 104:21, 106:16
**draw** [1] - 48:6
**drawing** [1] - 68:2
**dressed** [3] - 56:13, 64:19, 64:20
**drew** [4] - 67:18, 68:10, 76:12, 77:3
**drive** [4] - 4:16, 68:24, 69:1
**driveway** [1] - 67:12
**Ds** [2] - 41:23, 42:3
**due** [1] - 33:8
**duration** [1] - 104:8
**during** [13] - 6:18, 16:25, 38:14, 39:3, 39:6, 40:14, 53:9, 61:4, 65:12, 95:12, 95:16, 96:14, 99:4

**E**

**early** [2] - 8:20, 109:6
**easier** [2] - 4:10, 4:24
**east** [37] - 12:8, 15:17, 29:12, 29:14, 39:24, 40:7, 47:23, 48:2, 48:3, 51:22, 54:2, 54:10, 54:17, 54:25, 59:10, 63:23, 64:12, 64:13, 64:17, 65:2, 67:11, 67:14, 68:7, 68:13, 69:5, 69:8, 69:22, 69:23, 69:24, 70:6, 70:14, 83:13, 95:3, 95:22, 96:1, 96:4
**east-facing** [1] - 29:12
**edited** [1] - 44:13
**effect** [1] - 33:3
**efforts** [1] - 34:14
**egg** [6] - 54:18, 54:19, 54:20, 60:12, 60:13, 60:15
**eight** [2] - 59:15, 102:3
**either** [4] - 18:7, 54:2, 57:24, 63:4
**elected** [1] - 40:15
**election** [14] - 10:13, 11:14, 14:12, 16:14, 21:14, 21:16, 21:17, 21:18, 21:25, 22:1, 22:2, 22:7, 22:9, 22:12
**electoral** [4] - 15:10, 59:11, 61:16, 61:21
**Electoral** [5] - 8:22,

18:23, 33:7, 40:18, 43:16
**eleven** [1] - 54:13
**ELIZABETH** [1] - 109:17
**Elizabeth** [2] - 1:23, 109:24
**Ellipse** [10] - 10:24, 12:11, 22:13, 22:15, 22:19, 23:7, 23:12, 23:15, 23:18, 24:2
**Email** [3] - 1:14, 1:17, 1:21
**emergency** [1] - 53:9
**employed** [1] - 44:24
**enclosed** [2] - 55:5, 57:2
**encloses** [1] - 78:18
**enclosure** [1] - 55:20
**enclosures** [1] - 57:19
**encountered** [1] - 31:21
**end** [7] - 11:2, 12:8, 17:7, 27:5, 28:18, 33:17, 85:8
**enforcement** [2] - 58:21, 92:9
**engage** [7] - 19:1, 19:2, 19:8, 19:11, 20:21, 23:3, 27:16
**engaged** [1] - 99:12
**engaging** [2] - 14:14, 19:22
**enjoy** [1] - 109:10
**enlist** [1] - 103:19
**ensure** [5] - 4:8, 39:4, 55:22, 59:20, 65:5
**entered** [3] - 9:1, 13:9, 98:14
**entering** [4] - 9:17, 16:17, 24:18, 32:17
**entire** [11] - 57:5, 57:7, 57:11, 57:13, 57:14, 68:4, 68:15, 98:12, 100:9, 104:14, 104:16
**entrance** [15] - 24:6, 29:13, 29:14, 69:13, 91:2, 95:24, 96:6, 96:7, 96:8, 96:18, 96:22, 96:23, 96:24, 96:25, 97:8
**entrances** [3] - 52:22, 53:1, 63:15
**entrapped** [1] - 15:5
**entry** [4] - 53:7, 53:16, 94:3, 94:4
**envelope** [2] - 7:10, 7:11
**environment** [3] -

45:8, 53:22, 61:3
**equipment** [5] - 44:1, 44:3, 44:5, 44:7, 52:23
**equipped** [1] - 28:3
**Es** [1] - 41:23
**escort** [1] - 101:21
**escorted** [4] - 9:18, 29:6, 63:9
**especially** [1] - 20:25
**establish** [1] - 98:16
**established** [3] - 31:18, 57:3, 103:25
**establishing** [1] - 94:21, 95:8
**evacuate** [1] - 12:20, 98:2
**evacuated** [9] - 9:21, 10:2, 10:6, 42:22, 42:25, 43:4, 43:8, 43:9, 98:1
**evacuating** [1] - 98:6
**evacuation** [1] - 98:12
**evening** [2] - 6:24, 102:1
**event** [1] - 61:13
**events** [5] - 44:9, 44:10, 70:15, 107:13, 108:5
**eventually** [4] - 53:15, 94:14, 96:18, 99:14
**everywhere** [5] - 7:12, 30:12, 30:13, 100:4, 100:8
**evidence** [29] - 4:6, 5:1, 5:17, 8:24, 9:16, 10:9, 10:14, 10:25, 12:2, 12:11, 12:22, 13:8, 14:8, 15:7, 16:3, 16:7, 16:10, 17:8, 17:10, 18:13, 27:8, 27:9, 30:4, 30:25, 33:10, 34:13, 39:2, 71:6, 103:23
**exact** [1] - 24:16
**exactly** [7] - 11:15, 30:3, 31:5, 31:6, 31:9, 34:1, 71:13
**EXAMINATION** [2] - 44:16, 103:13
**examined** [1] - 100:6
**example** [1] - 53:13
**except** [2] - 44:13, 101:17
**excerpts** [1] - 5:5
**excursion** [1] - 33:17
**excuse** [9] - 20:18, 55:23, 62:24, 68:16, 73:9, 91:14, 95:4, 105:20, 106:7

**excused** [4] - 36:18, 108:18, 108:20, 109:9
**exhibit** [17] - 4:6, 4:11, 4:22, 5:10, 5:20, 7:22, 8:10, 45:24, 50:4, 50:11, 52:4, 52:5, 71:8, 71:15, 82:24, 86:16, 102:20
**Exhibit** [27] - 39:8, 39:12, 40:10, 41:19, 45:20, 46:15, 48:21, 52:1, 55:8, 55:25, 71:6, 72:8, 79:15, 80:5, 81:7, 82:19, 86:12, 88:2, 88:21, 88:24, 89:18, 93:15, 102:9, 103:21, 106:1, 106:10, 107:2
**EXHIBITS** [2] - 2:6, 2:7
**Exhibits** [4] - 37:23, 38:1, 38:6, 38:9
**exhibits** [4] - 37:13, 37:14, 37:18, 109:1
**exist** [1] - 104:8
**existed** [1] - 104:6
**exit** [5] - 29:3, 29:7, 53:8, 53:16
**exited** [1] - 53:9
**expansion** [1] - 101:14
**expecting** [3] - 61:18, 61:20, 61:24
**experienced** [1] - 99:25
**explain** [2] - 11:22, 60:17
**express** [1] - 61:2
**extemporaneously** [1] - 18:5
**extended** [1] - 76:19
**extending** [1] - 55:1
**extensive** [1] - 30:9
**eye** [1] - 70:6

**F**

**face** [2] - 37:1, 95:14
**Facebook** [2] - 10:15, 10:17
**faced** [1] - 59:1
**facing** [2] - 29:12, 76:7
**fact** [11] - 12:23, 15:12, 20:10, 32:4, 54:21, 57:14, 58:17, 62:2, 66:24, 94:8, 95:23

**fair** [1] - 44:10
**familiar** [3] - 45:16, 46:14, 51:8
**family** [3] - 5:7, 11:1, 12:14
**far** [6] - 21:5, 27:5, 32:17, 35:1, 54:12, 75:4
**FCRR** [3] - 1:23, 109:17, 109:24
**feature** [1] - 81:5
**federal** [3] - 11:8, 11:10, 11:15
**feet** [4] - 39:19, 39:20, 39:21, 39:24
**fell** [1] - 101:13
**felt** [2] - 57:22, 95:9
**fence** [1] - 58:23
**few** [5] - 18:15, 30:10, 30:24, 32:4, 72:15
**few-second** [1] - 30:24
**field** [1] - 31:3
**fifth** [3] - 20:20, 20:22, 58:20
**fight** [3] - 32:2, 32:13, 60:25
**fighting** [3] - 32:1, 32:12, 32:14
**figure** [3] - 5:21, 28:11, 34:19
**file** [4] - 3:18, 3:24, 4:1, 6:5
**filming** [1] - 30:13
**filtered** [1] - 14:23
**finally** [6] - 15:12, 17:3, 28:13, 29:5, 29:24, 43:17
**fine** [1] - 41:10
**Fire** [3] - 101:19, 101:21, 101:22
**fire** [5] - 13:2, 16:19, 53:8, 53:13, 89:11
**First** [5] - 39:16, 56:3, 56:16, 76:4, 104:22
**first** [30] - 16:13, 18:17, 27:8, 27:10, 27:11, 36:11, 48:6, 50:12, 50:14, 50:16, 50:17, 50:18, 50:23, 51:1, 51:2, 51:10, 56:15, 60:19, 72:15, 76:6, 76:11, 76:16, 77:3, 82:14, 95:6, 98:11, 100:6, 101:8, 104:23
**fist** [1] - 13:22
**five** [3] - 18:16, 24:16, 29:5
**fix** [1] - 8:12

**fixed** [1] - 9:9
**flag** [16] - 14:17, 17:6, 26:18, 26:20, 26:21, 26:25, 27:2, 27:4, 33:20, 33:22, 35:14, 64:21, 84:18, 84:25, 85:1
**flags** [4] - 26:15, 26:16, 26:17, 64:20
**flash** [2] - 3:25, 4:16
**floor** [16] - 9:25, 10:6, 15:6, 40:4, 50:12, 50:14, 50:16, 50:18, 50:23, 51:2, 51:7, 52:5, 52:8, 98:11, 100:4, 100:6
**Floor** [5] - 91:13, 100:11, 100:13, 100:17, 100:18
**flying** [1] - 7:12
**focused** [2] - 27:17, 66:16
**folks** [3] - 62:14, 67:2, 74:19
**follow** [4] - 29:7, 86:4, 98:7, 98:18
**followed** [1] - 16:2
**following** [4] - 16:12, 39:14, 40:12, 43:23
**follows** [3] - 25:8, 34:25, 71:12
**footage** [6] - 44:4, 44:6, 44:8, 44:9, 44:13, 44:14
**FOR** [3] - 1:1, 1:11, 1:18
**forced** [4] - 9:4, 13:2, 13:5, 13:10
**Ford** [2] - 27:1, 27:3
**Ford's** [1] - 27:3
**foregoing** [1] - 109:17
**forethought** [1] - 59:13
**forgive** [1] - 18:4
**form** [1] - 5:17
**formally** [2] - 11:11, 11:13
**forth** [4] - 17:22, 65:13, 68:7, 82:14
**forward** [4] - 3:5, 13:24, 15:2, 36:25
**fountain** [1] - 40:3
**four** [4] - 11:12, 13:9, 39:20, 48:10
**fourth** [1] - 20:22
**frame** [1] - 93:23
**free** [6] - 46:25, 49:5, 49:23, 53:20, 53:22, 54:21
**Friday** [1] - 71:25

**friend** [1] - 12:19
**friends** [1] - 12:14
**front** [52] - 10:6, 15:6, 23:22, 23:23, 24:4, 29:16, 40:2, 40:6, 40:7, 48:1, 48:3, 49:3, 49:10, 49:12, 51:20, 54:2, 54:3, 54:7, 54:10, 54:17, 54:25, 55:4, 55:21, 59:10, 63:23, 64:12, 64:13, 64:17, 65:2, 67:14, 68:8, 68:13, 69:5, 69:8, 70:6, 70:14, 70:17, 74:10, 74:17, 77:21, 77:23, 81:25, 82:2, 95:4, 95:7, 95:22, 96:1, 96:2, 96:4, 104:21
**FRU** [3] - 56:17, 56:20
**frustrating** [1] - 87:10
**full** [4] - 5:17, 61:20, 109:18
**fun** [1] - 87:24
**function** [1] - 102:14
**functioning** [1] - 81:5
**fundamental** [1] - 23:2

## G

**gain** [2] - 24:6, 90:9
**Gallery** [5] - 9:24, 9:25, 10:4, 15:6, 43:9
**gaps** [1] - 30:24
**Garfield** [1] - 49:17
**gas** [14] - 27:5, 27:11, 27:20, 27:23, 27:24, 28:1, 28:5, 28:22, 28:25, 33:16, 33:22, 34:12, 34:14, 35:4
**gear** [2] - 15:25, 90:8
**general** [3] - 67:2, 70:4, 95:21
**generally** [1] - 95:1
**gentleman** [1] - 108:1
**gentlemen** [6] - 6:24, 18:3, 29:6, 36:3, 39:1, 109:5
**Gerald** [3] - 27:1, 27:3
**gesture** [1] - 33:21
**giant** [1] - 28:4
**given** [2] - 46:9, 61:12
**glass** [1] - 100:4
**goal** [1] - 19:7
**government** [35] - 3:21, 5:4, 5:9, 7:2, 7:8, 7:15, 7:20, 10:9, 16:10, 17:8, 18:19,

30:19, 30:23, 33:1, 35:2, 35:7, 36:10, 36:16, 36:21, 38:11, 41:24, 47:4, 71:18, 83:16, 83:23, 87:16, 89:1, 97:4, 103:20, 103:21, 105:25, 107:1, 107:4, 107:8
**Government** [4] - 55:25, 79:15, 80:5, 81:7
**Government's** [28] - 2:8, 2:9, 2:10, 2:11, 2:12, 2:13, 37:3, 38:9, 41:19, 45:20, 46:15, 48:20, 50:5, 52:1, 55:8, 55:17, 71:5, 72:8, 79:21, 81:18, 82:19, 86:12, 88:2, 88:20, 88:24, 89:18, 93:15, 102:9
**government's** [3] - 7:6, 83:15, 92:22
**grab** [1] - 97:14
**grabbed** [1] - 40:25
**grabbing** [1] - 87:2
**grand** [4] - 26:4, 26:6, 33:20, 33:21
**grant** [1] - 6:5
**grassy** [6] - 49:4, 54:17, 60:14, 60:23, 61:9
**great** [5] - 23:4, 25:25, 26:7, 26:10, 26:12
**green** [3] - 60:12, 60:14, 106:5
**grinding** [1] - 8:23
**ground** [1] - 39:19
**grounds** [20] - 9:20, 11:20, 11:24, 11:25, 12:7, 15:14, 15:17, 16:18, 16:23, 24:4, 44:2, 45:17, 47:17, 53:17, 53:19, 53:24, 54:4, 54:6, 70:21, 70:22
**group** [8] - 12:23, 13:12, 64:23, 65:1, 99:9, 99:24, 100:25, 101:3
**groups** [7] - 60:24, 60:25, 61:1, 61:7, 61:10, 61:11, 61:12
**guard** [2] - 68:9, 69:3
**guardhouse** [1] - 69:13
**guess** [1] - 104:12
**guests** [2] - 54:16, 91:1
**guidance** [1] - 67:3

**guilty** [6] - 16:12, 17:11, 19:5, 21:6, 34:5, 36:4
**Gumiel** [4] - 5:24, 46:6, 46:8, 80:16
**guys** [1] - 29:13

## H

**H140** [1] - 50:17
**half** [3] - 29:11, 50:20, 57:12
**Hall** [4] - 14:21, 14:22, 14:24, 14:25
**halls** [2] - 15:3, 16:25
**hallway** [12] - 14:25, 28:14, 28:15, 28:17, 28:18, 28:19, 28:21, 28:24, 51:9, 51:12, 97:11
**hallways** [1] - 62:12
**halt** [1] - 8:23
**hand** [5] - 8:11, 37:2, 52:10, 75:4, 75:11, 81:13, 83:7, 84:11, 84:17, 86:22, 87:1, 88:7, 91:12, 97:20, 102:25
**hands** [2] - 8:15, 95:14
**hanging** [1] - 85:10
**hangs** [1] - 29:17
**hard** [5] - 3:24, 7:12, 46:23, 77:11, 100:2
**harm** [1] - 32:9
**hat** [3] - 93:4, 103:4, 108:1
**head** [2] - 95:14, 98:19
**heads** [1] - 97:3
**hear** [7] - 7:25, 8:5, 8:13, 8:14, 9:16, 47:13, 71:11, 73:11
**heard** [4] - 17:7, 17:23, 70:16, 95:3
**hearing** [6] - 8:9, 8:10, 21:2, 21:3, 38:6, 87:23
**heart** [2] - 26:5, 26:11
**held** [5] - 14:17, 22:13, 44:22, 71:12, 98:14
**helmets** [1] - 90:7
**help** [3] - 35:10, 74:10, 103:20
**here-ish** [1] - 66:2
**hereby** [1] - 109:17
**high** [3] - 14:17, 21:23, 26:22
**high-ranking** [1] - 21:23
**Hill** [1] - 12:20

**himself** [2] - 14:23, 35:10
**hit** [1] - 95:12
**holding** [2] - 26:21, 27:4
**Home** [1] - 30:11
**home** [2] - 10:22, 102:1
**Honor** [66] - 3:7, 3:11, 3:20, 4:24, 5:20, 6:7, 6:11, 6:15, 7:17, 7:23, 8:17, 9:10, 17:14, 18:1, 36:12, 36:23, 37:10, 37:11, 37:19, 38:3, 38:5, 38:11, 38:16, 40:19, 40:23, 41:9, 41:12, 41:15, 41:25, 42:7, 42:9, 45:24, 46:5, 46:19, 47:2, 50:1, 50:7, 55:12, 58:7, 58:19, 71:4, 71:7, 71:14, 72:4, 73:22, 75:9, 79:16, 80:11, 80:17, 83:16, 83:21, 86:15, 87:12, 87:20, 87:22, 87:25, 89:1, 93:16, 102:10, 102:13, 103:7, 103:11, 106:6, 108:17, 108:19, 108:24
**HONORABLE** [1] - 1:8
**hope** [2] - 6:24, 18:4
**host** [1] - 49:7
**hour** [3] - 29:11, 29:23, 95:11
**hours** [12] - 8:23, 39:17, 42:19, 52:21, 57:11, 57:12, 59:17, 64:3, 64:8, 70:24, 95:9
**House** [64] - 9:22, 9:23, 9:24, 9:25, 10:1, 10:2, 10:3, 11:10, 11:17, 13:6, 13:10, 13:13, 13:18, 14:5, 14:20, 15:1, 15:4, 15:5, 16:4, 16:5, 22:15, 24:4, 25:17, 27:20, 27:22, 28:5, 29:1, 29:3, 32:23, 32:25, 40:8, 40:16, 40:17, 42:12, 42:16, 42:18, 43:3, 43:4, 43:6, 43:8, 43:9, 43:12, 48:15, 48:18, 50:18, 50:24, 51:1, 52:11, 54:18, 60:15, 61:20, 66:4,

66:12, 69:13, 69:22, 90:25, 93:11, 96:6, 99:13, 100:21, 100:24
**Houses** [1] - 14:7
**houses** [1] - 42:15
**HOWELL** [1] - 1:8
**huge** [4] - 3:17, 4:14, 14:16, 23:22
**hundred** [3] - 74:12, 74:14, 74:21
**hundreds** [6] - 24:8, 24:13, 25:2, 25:15, 26:17, 34:24

# I

**identifying** [1] - 107:25
**illegal** [3] - 20:2, 35:21
**image** [3] - 83:25, 84:1, 90:22
**imaginary** [4] - 48:6, 48:12, 48:19, 50:19
**imagine** [3] - 30:8, 48:6, 60:22
**immediate** [1] - 62:14
**immediately** [1] - 56:24
**implemented** [1] - 62:9
**important** [10] - 8:7, 11:9, 18:8, 18:24, 19:16, 19:24, 20:9, 31:10, 63:2, 65:17
**importantly** [1] - 101:10
**impressive** [1] - 25:13
**impulse** [1] - 35:21
**inaugural** [8] - 40:5, 54:9, 73:14, 78:2, 78:4, 78:19, 82:11, 90:4
**inching** [2] - 12:7, 13:17
**include** [2] - 97:5, 97:6
**included** [1] - 41:23
**includes** [1] - 40:2
**including** [1] - 21:23
**Independence** [4] - 55:1, 55:2, 56:3, 69:19
**INDEX** [1] - 2:1
**indicate** [1] - 32:7
**indicated** [1] - 97:13
**indicates** [2] - 50:18, 51:2
**indicating** [21] - 48:1,

48:2, 51:12, 52:7, 65:11, 65:13, 65:25, 66:2, 66:8, 67:14, 67:23, 67:24, 68:13, 68:25, 69:7, 69:16, 76:3, 76:20, 76:22, 77:10, 105:12
**indicating)** [9] - 51:21, 66:1, 68:18, 69:1, 69:18, 75:19, 79:23, 84:7, 106:19
**indications** [1] - 34:11
**indictment** [4] - 18:18, 20:10, 20:14, 20:23
**individual** [16] - 81:14, 83:7, 84:18, 85:9, 85:19, 85:20, 86:8, 86:24, 87:1, 88:5, 88:7, 88:9, 88:12, 89:14, 93:3, 103:3
**individuals** [3] - 65:1, 99:18
**infiltrated** [1] - 8:25
**information** [3] - 3:23, 4:8, 21:20
**inhabitable** [1] - 99:22
**initial** [1] - 95:6
**injuries** [1] - 98:20
**injury** [1] - 95:14
**inner** [1] - 69:7
**innocent** [3] - 34:8, 35:2, 35:7
**inside** [24] - 7:10, 9:24, 15:5, 15:8, 18:12, 20:20, 20:21, 30:22, 34:1, 44:1, 45:11, 45:13, 48:17, 57:23, 64:5, 65:21, 66:15, 66:19, 70:23, 74:16, 90:24, 95:18, 101:7
**insignia** [1] - 64:21
**Inspector** [1] - 70:14
**installed** [3] - 54:24, 54:25, 56:21
**instance** [1] - 33:12
**instated** [1] - 22:8
**instructions** [1] - 67:1
**intact** [1] - 64:2
**intend** [3] - 19:6, 21:2, 21:3
**intended** [1] - 19:15
**intending** [1] - 36:7
**intent** [4] - 19:9, 35:9, 35:18, 36:1
**intention** [3] - 22:17, 23:6, 53:21
**interaction** [1] - 97:24
**interactions** [1] - 32:5
**interested** [2] - 96:11,

96:12
**interesting** [2] - 59:13, 73:19
**interfere** [1] - 10:11
**interfered** [2] - 15:9, 57:18
**interference** [1] - 15:20
**interior** [1] - 15:13
**interrupt** [2] - 58:2, 73:23
**introduce** [4] - 5:10, 6:18, 10:10, 44:18
**introduced** [1] - 4:12
**introducing** [1] - 5:4
**investigate** [1] - 53:12
**involve** [1] - 108:8
**involved** [1] - 108:5
**involving** [1] - 108:6
**irrelevant** [1] - 4:7
**irritants** [2] - 95:13, 100:1
**ish** [2] - 62:5, 66:2, 68:6
**issue** [3] - 3:20, 18:22, 59:14
**issues** [1] - 57:16
**Itemisers** [1] - 52:24
**items** [1] - 52:24
**itself** [3] - 32:21, 39:18, 74:13

# J

**jacket** [7] - 81:15, 83:9, 88:11, 89:15, 93:6, 103:4, 108:1
**JAMIE** [1] - 1:12
**Jamie** [2] - 3:8, 17:9
**jamie.carter@usdoj.gov** [1] - 1:14
**January** [51] - 8:20, 9:15, 10:8, 10:10, 10:21, 11:16, 14:10, 16:2, 16:8, 16:18, 21:10, 21:11, 21:17, 22:10, 22:11, 30:2, 40:5, 40:13, 42:12, 43:15, 44:6, 44:7, 44:8, 44:11, 53:24, 54:22, 54:23, 56:6, 59:8, 61:4, 61:14, 62:19, 63:11, 63:23, 63:25, 71:1, 72:12, 73:3, 75:2, 78:12, 78:22, 79:12, 81:12, 82:25, 89:13, 91:24, 92:10, 93:2, 94:1, 94:14, 102:21

**jeans** [5] - 81:15, 88:11, 89:15, 103:5, 108:1
**jeez** [1] - 90:14
**JERRY** [1] - 1:19
**Jerry** [1] - 3:12
**jerryraysmith@verizon.net** [1] - 1:21
**jobs** [1] - 9:15
**join** [1] - 87:24
**joined** [3] - 13:12, 23:24, 24:14
**joins** [5] - 25:16, 25:18, 26:13, 28:10
**Joint** [7] - 16:25, 40:13, 40:15, 42:16, 43:11, 43:14, 59:11
**JR** [1] - 1:19
**JUDGE** [1] - 1:9
**July** [3] - 1:5, 49:7, 109:23
**JUROR** [1] - 87:8
**jurors** [2] - 37:1, 49:21
**jury** [14] - 5:2, 5:11, 6:10, 6:12, 6:22, 8:14, 36:18, 36:20, 38:12, 39:3, 41:8, 41:18, 75:10, 109:9
**jury's** [1] - 5:18

# K

**keep** [2] - 7:12, 11:23
**keeping** [1] - 70:6
**keeps** [2] - 28:11, 48:19
**kept** [2] - 11:24, 13:17
**kick** [1] - 64:11
**kind** [7] - 5:7, 25:12, 25:13, 25:23, 27:12, 28:7, 34:17
**kinds** [1] - 64:20
**kiosk** [5] - 65:25, 66:1, 68:12, 69:5, 69:17
**known** [5] - 9:3, 13:14, 14:2, 76:3, 94:6
**knows** [3] - 8:14, 10:19, 26:16
**KYLE** [1] - 1:22
**Kyle** [4] - 6:16, 6:17, 6:19, 7:6

# L

**Labor** [1] - 49:8
**lack** [1] - 16:7
**ladies** [5] - 6:23, 18:3, 36:3, 39:1, 109:5

**laid** [1] - 47:24
**landing** [1] - 93:12
**landmarks** [1] - 49:1
**lane** [1] - 65:18
**lapel** [3] - 8:3, 17:17, 17:21
**laps** [1] - 14:15
**laptop** [2] - 55:10, 80:15
**large** [3] - 40:8, 65:1, 109:3
**largely** [1] - 65:10, 94:19
**last** [4] - 4:1, 20:13, 83:1, 87:6
**latch** [1] - 29:5
**late** [1] - 59:23
**law** [9] - 11:8, 11:10, 11:15, 20:19, 34:3, 34:6, 39:15, 58:21, 92:9
**lawful** [2] - 20:5, 21:8
**lawmakers** [1] - 14:10
**lawn** [4] - 49:3, 49:6, 49:10, 77:23
**laying** [2] - 15:6, 87:2
**lead** [5] - 18:17, 86:5, 91:12, 91:13, 94:5
**leadership** [4] - 99:4, 99:5, 99:6, 99:13
**leading** [1] - 78:16
**learn** [2] - 9:23, 11:7
**least** [5] - 59:17, 88:10
**leave** [5] - 15:13, 29:25, 58:20, 96:15
**leaves** [1] - 29:25
**led** [4] - 98:10, 98:12, 99:17
**left** [19] - 10:22, 15:14, 28:14, 52:10, 69:15, 74:25, 77:2, 79:6, 82:4, 82:8, 82:17, 89:12, 90:7, 91:15, 91:23, 96:3, 102:3, 102:25, 106:16
**left-hand** [2] - 52:10, 102:25
**legal** [4] - 22:3, 22:4, 22:5, 22:8
**legislative** [1] - 45:7
**letting** [2] - 24:19, 25:6
**level** [4] - 58:14, 64:4, 90:4, 101:13
**liars** [1] - 10:16
**Library** [1] - 66:12
**life** [2] - 22:23, 108:12
**limit** [1] - 54:15
**Lincoln** [1] - 49:13
**line** [30] - 16:21, 25:4,

30:23, 48:6, 48:12,
48:19, 50:19, 55:21,
56:2, 56:4, 57:5,
57:7, 57:23, 59:4,
60:13, 66:8, 66:22,
67:18, 68:4, 76:6,
76:12, 76:14, 76:16,
76:18, 76:19, 76:22,
77:3, 77:9, 95:8
**lines** [3] - 32:15,
32:16, 107:14
**listen** [1] - 33:8
**listened** [1] - 23:10
**Lives** [1] - 22:23
**Lloyd** [1] - 70:14
**Lobby** [2] - 91:14,
100:12
**located** [7] - 39:16,
39:24, 70:3, 77:20,
79:20, 81:24, 84:4
**location** [5] - 9:19,
13:19, 73:5, 79:2,
89:6
**locations** [3] - 44:1,
95:1, 99:2
**lockdown** [1] - 10:3
**locked** [2] - 9:22, 53:7
**locker** [1] - 64:7
**look** [13] - 33:10,
34:13, 35:12, 50:16,
51:10, 54:20, 64:11,
67:4, 74:8, 74:23,
90:14, 95:6
**looked** [3] - 24:19,
97:11, 100:7
**looking** [23] - 23:23,
28:11, 28:18, 28:25,
29:3, 32:7, 32:8,
33:5, 60:11, 75:10,
76:7, 77:23, 79:22,
80:18, 83:4, 84:6,
87:6, 90:1, 90:23,
90:24, 91:9, 91:11,
102:22
**looks** [5] - 27:3, 67:19,
73:14
**losing** [2] - 20:18,
87:13
**Loth** [3] - 1:23,
105:23, 109:24
**LOTH** [1] - 109:17
**low** [1] - 25:12
**low-ceiling** [1] - 25:12
**lower** [8] - 48:14,
49:10, 60:14, 64:4,
77:22, 95:5, 102:25,
106:16
**lowered** [1] - 68:23
**lunch** [4] - 108:23,
108:25, 109:6,

109:10
**luncheon** [1] - 109:11

# M

**ma'am** [4] - 60:4,
62:21, 76:13, 96:21
**machine** [1] - 1:24
**machines** [1] - 52:23
**magnetometer** [2] -
90:24, 91:1
**magnetometers** [1] -
52:23
**magnificent** [1] - 26:4
**main** [2] - 15:1, 51:13
**maintain** [1] - 43:25
**major** [2] - 59:22,
100:24
**majority** [1] - 54:5
**Mall** [2] - 11:3, 12:9
**Man** [1] - 22:24
**manner** [1] - 109:21
**map** [8] - 46:16, 47:22,
50:12, 57:8, 65:9,
79:20, 84:4, 84:6
**march** [2] - 33:16,
33:21
**March** [2] - 22:24, 63:1
**marching** [1] - 26:22
**marked** [3] - 4:6, 50:5,
90:22
**markings** [1] - 67:8
**Maryland** [2] - 49:17,
49:18
**mask** [6] - 7:25, 18:1,
37:4, 47:8, 47:11,
103:11
**matter** [1] - 3:2
**Matter** [1] - 22:23
**Matthew** [6] - 3:4,
3:12, 8:24, 39:13,
40:11, 43:22
**MATTHEW** [1] - 1:5
**mean** [14] - 4:4, 4:7,
5:6, 5:22, 22:25,
31:2, 33:24, 33:25,
49:22, 53:6, 61:24,
71:18, 87:13, 97:1
**means** [5] - 22:4, 32:9,
53:7, 60:17, 65:20
**meant** [1] - 11:9
**measures** [5] - 52:18,
62:8, 63:13, 63:18,
90:18
**media** [3] - 16:3, 16:6
**meet** [4] - 11:11,
48:18, 56:15, 63:7
**meeting** [2] - 40:17,
43:12

**meets** [1] - 48:17
**MELANIE** [1] - 1:15
**Melanie** [1] - 3:8
**melanie.alsworth2@**
**usdoj.gov** [1] - 1:17
**member** [6] - 63:3,
63:7, 63:9, 63:11,
67:5, 68:24
**members** [14] - 9:23,
10:3, 11:1, 15:5,
40:15, 45:4, 54:16,
57:24, 63:16, 90:19,
91:2, 96:23, 99:19,
101:2
**memorial** [1] - 74:9
**Memorial** [4] - 13:19,
13:20, 49:7, 49:13
**Memphis** [1] - 10:22
**men** [10] - 56:17, 64:6,
65:4, 65:21, 65:24,
66:4, 66:7, 66:9,
66:11, 66:19
**mention** [1] - 68:9
**mentioned** [8] - 47:19,
60:5, 61:13, 63:25,
69:12, 70:2, 87:5,
94:2
**message** [2] - 12:15,
12:16
**messages** [3] - 11:4,
11:8, 12:14
**met** [5] - 42:15, 99:4,
99:5, 107:24
**meters** [2] - 39:21,
39:22
**Metropolitan** [1] -
92:16
**mic** [5] - 8:3, 8:4,
17:21, 39:10, 49:25
**microphone** [3] -
46:22, 52:16, 105:22
**mics** [1] - 17:17
**middle** [6] - 14:3,
14:4, 25:11, 46:17,
82:2, 95:7
**midnight** [2] - 56:25,
102:3
**might** [3] - 4:7, 31:2,
66:24
**milling** [1] - 29:21
**Million** [1] - 22:24
**millions** [2] - 21:21,
22:20
**mind** [1] - 5:19
**minute** [6] - 9:17,
12:19, 28:7, 36:15,
36:17, 42:22
**minutes** [16] - 9:21,
13:9, 15:3, 15:8,
15:9, 24:16, 26:14,

29:9, 29:23, 43:4,
73:23, 89:20, 99:3,
107:15, 107:21,
108:3
**missing** [1] - 39:4
**mission** [1] - 45:3
**misspoke** [1] - 106:11
**mix** [1] - 48:19
**mob** [4] - 8:25, 13:21,
13:24, 16:15
**mode** [3] - 53:14,
54:12, 54:14
**moment** [23] - 14:22,
26:22, 46:20, 47:16,
48:22, 52:14, 59:1,
67:7, 69:2, 77:18,
83:20, 84:3, 89:23,
90:15, 91:7, 91:19,
92:6, 93:20, 96:20,
101:23, 102:7,
102:14, 103:7
**monitoring** [1] - 43:25
**monitors** [1] - 86:17
**months** [1] - 10:21
**monument** [1] - 74:9
**Monument** [2] - 22:14,
22:19
**morning** [16] - 3:7,
3:10, 3:11, 3:13,
6:23, 7:2, 7:6, 18:3,
44:19, 56:11, 56:12,
56:13, 56:14, 57:10,
63:22, 64:1
**Morning** [1] - 1:8
**most** [4] - 30:5, 30:17,
47:5, 100:18
**motion** [1] - 5:20
**mouth** [1] - 33:9
**move** [9] - 14:1, 14:7,
25:23, 39:9, 41:11,
46:25, 98:9, 99:2,
101:2
**moved** [8] - 35:23,
35:24, 65:11, 65:12,
68:7, 100:16,
104:24, 106:23
**moves** [2] - 25:20,
87:16
**moving** [14] - 13:17,
14:20, 14:24, 23:12,
23:16, 23:18, 24:10,
25:22, 42:1, 49:25,
62:15, 74:14, 87:18,
87:19
**MR** [40] - 3:11, 3:20,
4:10, 4:15, 4:24, 5:3,
5:19, 6:7, 9:8, 9:11,
17:14, 17:18, 17:23,
17:25, 18:3, 38:5,
41:9, 41:12, 42:5,

42:7, 47:2, 47:6,
71:7, 71:14, 87:22,
103:10, 103:14,
103:19, 103:22,
105:5, 105:7,
105:18, 105:23,
106:7, 106:10,
106:12, 107:1,
107:8, 107:9, 108:15
**MS** [153] - 3:7, 5:9,
6:11, 6:15, 6:20,
7:17, 7:19, 7:22, 8:1,
8:4, 8:17, 8:19, 9:9,
9:13, 13:17, 36:12,
36:23, 37:10, 37:16,
37:19, 37:22, 37:25,
38:3, 38:11, 38:16,
38:18, 38:22, 38:25,
39:8, 39:12, 40:23,
40:25, 41:6, 41:15,
41:25, 42:9, 42:11,
43:21, 44:17, 45:19,
45:24, 46:4, 46:10,
46:13, 46:18, 47:15,
50:1, 50:3, 50:6,
50:10, 51:25, 52:3,
52:13, 52:17, 55:7,
55:9, 55:11, 55:15,
58:25, 67:6, 71:4,
72:4, 72:7, 72:10,
72:14, 72:20, 72:24,
72:25, 73:16, 73:22,
74:2, 74:4, 75:13,
77:15, 77:18, 77:19,
78:6, 78:9, 78:13,
78:14, 78:23, 79:1,
79:8, 79:10, 79:14,
79:18, 80:1, 80:11,
80:13, 80:17, 80:22,
80:25, 81:9, 81:17,
81:22, 81:23, 82:18,
82:22, 83:14, 83:20,
83:24, 84:10, 84:15,
84:16, 84:23, 84:24,
85:3, 85:6, 85:7,
85:14, 85:17, 85:18,
86:11, 86:15, 86:18,
87:9, 87:12, 87:16,
87:20, 87:25, 88:4,
88:19, 88:23, 89:5,
89:17, 89:23, 89:25,
90:11, 90:15, 90:16,
91:3, 91:6, 91:8,
91:17, 91:19, 91:21,
92:4, 92:6, 92:7,
92:19, 92:21, 92:24,
93:14, 93:20, 93:24,
102:10, 102:13,
102:18, 103:7,
106:6, 108:17,
108:24, 109:3

**multiple** [2] - 40:4, 92:11
**must** [3] - 11:16, 11:17

# N

**name** [3] - 7:6, 44:20, 94:3
**names** [1] - 3:5
**Nancy** [1] - 43:2
**natural** [2] - 25:13, 86:4
**NE** [1] - 1:16
**near** [5] - 12:17, 29:1, 67:11, 71:20, 104:21
**necessarily** [1] - 20:1
**need** [14] - 3:23, 4:3, 6:19, 18:8, 19:16, 19:24, 20:9, 46:3, 46:25, 47:3, 47:13, 80:14, 80:16, 84:19
**needed** [2] - 92:15, 95:24
**needs** [1] - 58:21
**negotiate** [1] - 34:18
**Nestor** [1] - 109:13
**never** [2] - 31:24, 32:1
**news** [2] - 21:21
**next** [15] - 10:24, 13:19, 15:3, 50:22, 67:18, 74:22, 81:20, 83:14, 85:20, 97:10, 97:23, 98:21, 108:22, 108:23, 109:1
**night** [5] - 10:23, 57:18, 59:23, 59:24, 101:4
**nightmare** [1] - 30:7
**ninety** [1] - 109:2
**none** [1] - 71:14
**normally** [1] - 6:2
**north** [17] - 39:21, 47:23, 47:24, 48:4, 48:5, 48:13, 52:12, 55:3, 59:5, 65:11, 65:25, 68:10, 68:20, 68:24
**northeast** [2] - 48:10, 69:1
**northwest** [2] - 48:10, 68:25
**notebooks** [1] - 7:9
**notes** [3] - 18:5, 39:4, 109:18
**nothing** [4] - 5:6, 25:6, 31:23, 34:23
**noticed** [1] - 97:12

**November** [2] - 10:18, 21:16
**null** [1] - 109:20
**number** [10] - 18:8, 37:13, 41:22, 50:17, 50:22, 51:2, 52:7, 63:4, 63:5, 86:14
**numbers** [4] - 50:15, 50:20, 50:24, 52:7
**NW** [2] - 1:12, 1:19

# O

**o'clock** [19] - 42:13, 42:15, 54:13, 56:13, 62:5, 64:1, 67:16, 68:6, 70:16, 95:3, 95:19, 95:20, 102:3, 104:12, 104:16, 104:17, 104:23, 105:3, 105:14
**o'clock-ish** [2] - 62:5, 68:6
**objection** [13] - 37:14, 38:4, 38:6, 41:12, 42:3, 42:20, 71:7, 71:11, 71:23, 71:25, 72:3, 87:21, 87:23
**obstruct** [11] - 10:11, 18:21, 19:1, 19:6, 19:8, 19:12, 21:2, 21:3, 35:8, 35:18, 36:7
**obstructed** [1] - 18:20
**obstructing** [4] - 19:4, 35:16, 35:17, 36:6
**obstruction** [11] - 16:13, 16:15, 18:18, 18:24, 19:5, 19:14, 19:17, 19:18, 21:1, 35:6, 36:4
**obvious** [1] - 22:2
**obviously** [6] - 27:19, 60:25, 96:11, 104:8, 104:24, 106:20
**occupy** [1] - 60:23
**occupying** [1] - 14:9
**occur** [3] - 11:16, 60:6, 60:8
**occurring** [1] - 107:13
**October** [1] - 45:10
**OF** [3] - 1:1, 1:3, 1:7
**office** [9] - 4:17, 9:18, 12:14, 64:4, 64:7, 99:19, 100:8, 100:10
**Office** [1] - 7:7
**Officer** [1] - 36:24, 37:4, 101:13
**officer** [1] - 11:19,

29:6, 36:25, 42:23, 43:6, 53:12, 59:19, 66:17, 70:2
**officers** [36] - 15:23, 24:22, 24:23, 24:24, 25:5, 31:23, 34:23, 45:2, 65:13, 65:14, 66:6, 66:22, 70:3, 70:4, 70:5, 70:11, 73:9, 73:12, 73:13, 90:8, 92:18, 95:17, 96:19, 97:14, 97:15, 97:17, 98:15, 98:17, 99:7, 99:20, 101:11, 101:16, 101:18, 101:20, 108:7
**offices** [2] - 32:22, 33:14
**official** [27] - 16:13, 18:18, 18:20, 18:22, 18:25, 19:2, 19:4, 19:5, 19:7, 19:8, 19:12, 19:14, 35:9, 35:16, 35:17, 35:19, 36:4, 36:6, 36:7, 56:16, 56:20, 56:25, 57:1, 63:5, 63:6, 63:12, 109:24
**Official** [1] - 1:23
**officials** [2] - 97:4, 101:11
**older** [1] - 21:14
**once** [11] - 11:11, 22:3, 31:19, 36:1, 97:17, 98:14, 98:22, 99:15, 100:25, 101:6
**one** [45] - 3:14, 6:3, 9:6, 11:24, 14:14, 17:21, 18:6, 18:16, 19:21, 20:16, 23:3, 26:19, 30:5, 31:3, 33:11, 40:25, 42:15, 42:22, 47:3, 50:7, 57:12, 58:9, 59:22, 60:5, 62:5, 63:4, 67:16, 67:24, 68:5, 70:16, 73:22, 76:16, 95:3, 95:19, 96:20, 102:6, 102:7, 102:14, 104:12, 104:16, 104:17, 104:23, 105:3, 105:14, 105:20
**ongoing** [1] - 15:20
**open** [20] - 9:4, 13:2, 24:21, 25:1, 25:2, 34:22, 40:2, 45:8, 53:19, 53:22, 53:23, 54:1, 54:3, 54:4, 54:21, 61:3, 62:19,

63:19, 67:12, 90:19
**opened** [1] - 100:16
**opening** [4] - 7:1, 7:3, 7:16, 17:15
**operate** [1] - 43:24
**operations** [1] - 65:16
**opportunity** [1] - 7:4
**opposite** [3] - 75:22, 75:23, 75:25
**order** [4] - 3:22, 44:6, 51:10, 68:23
**orders** [1] - 32:3
**orient** [2] - 52:4, 74:10
**orientate** [1] - 83:4
**orientation** [1] - 75:3
**original** [2] - 5:25, 99:9
**otherwise** [1] - 7:11
**outline** [1] - 55:20
**outside** [18] - 10:22, 14:25, 15:24, 44:1, 56:2, 56:4, 56:13, 56:18, 60:8, 60:12, 65:22, 69:3, 69:5, 69:22, 69:23, 70:6, 91:11, 94:7
**overlooked** [1] - 18:15
**overlooks** [1] - 10:1
**overruled** [2] - 72:1, 72:3
**overrun** [1] - 96:16
**overturned** [1] - 22:7
**overview** [5] - 20:25, 46:16, 52:9, 54:20, 98:20
**overwhelmed** [1] - 92:14
**own** [1] - 46:2

# P

**p.m** [18] - 10:4, 11:17, 12:4, 12:15, 12:23, 13:6, 42:13, 42:14, 42:18, 42:21, 43:2, 43:10, 43:13, 81:12, 89:13, 101:4, 109:8
**p.m.-ish** [1] - 94:18
**pacing** [1] - 68:7
**page** [1] - 107:5
**PAGE** [2] - 2:2, 2:7
**pages** [4] - 3:16, 4:12, 6:1, 6:3
**pain** [2] - 4:1, 5:22
**paper** [1] - 39:5
**papers** [1] - 100:15
**parade** [2] - 20:19, 34:3
**parading** [9] - 17:3,

17:5, 20:16, 33:25, 35:13, 35:14, 35:15, 36:5
**paralegal** [2] - 6:15, 7:7
**Paralegal** [1] - 1:22
**pardon** [1] - 105:23
**park** [1] - 68:25
**parked** [1] - 57:18
**parking** [3] - 67:20, 102:23, 102:24
**parkway** [2] - 40:9, 67:20
**Parliamentarian** [2] - 99:20, 100:7
**part** [9] - 8:25, 35:21, 35:25, 67:25, 73:14, 78:4, 78:19, 86:6, 100:18
**participation** [1] - 16:7
**particular** [4] - 42:20, 62:12, 92:16, 104:18
**parties** [1] - 4:19
**parts** [2] - 18:10, 94:23
**party** [3] - 99:9, 99:18, 109:21
**pass** [1] - 103:8
**passed** [1] - 14:21
**passes** [1] - 31:3
**past** [3] - 96:6, 97:16
**patches** [1] - 45:12
**path** [1] - 14:5, 98:17
**patio** [4] - 24:5, 24:9, 24:11, 29:16
**Patton** [38] - 36:12, 36:22, 36:24, 44:20, 46:14, 50:4, 50:11, 52:18, 55:16, 65:7, 71:5, 72:11, 73:1, 74:5, 75:14, 77:20, 78:10, 78:15, 81:10, 82:23, 83:25, 84:17, 85:8, 85:19, 86:19, 88:5, 89:6, 90:1, 90:17, 91:9, 91:22, 92:8, 92:25, 94:2, 102:8, 102:19, 106:13, 107:11
**PATTON** [2] - 2:3, 37:3
**pause** [19] - 72:20, 72:24, 74:3, 77:18, 78:13, 79:8, 80:25, 81:2, 81:22, 84:15, 84:23, 85:17, 89:23, 90:15, 91:6, 91:19, 92:6, 93:20, 107:8
**pausing** [3] - 73:17,

84:12, 85:4
**pay** [1] - 31:11
**peace** [1] - 74:9
**Peace** [12] - 49:14,
55:24, 76:7, 76:10,
76:24, 77:2, 77:7,
82:12, 104:21,
105:9, 105:12
**pedestrian** [2] - 55:22,
55:23
**Pelosi** [1] - 43:2
**pen** [1] - 68:14
**Pence** [2] - 11:5, 42:21
**Pence's** [1] - 42:24
**pencils** [2] - 7:10, 7:12
**Pennsylvania** [8] -
49:15, 49:16, 56:2,
73:8, 73:15, 74:11,
74:19, 74:20
**people** [55] - 18:5,
18:6, 18:21, 21:22,
22:3, 22:5, 22:6,
22:20, 23:1, 23:2,
23:8, 23:12, 23:16,
24:3, 24:8, 24:13,
24:14, 24:17, 24:19,
24:21, 24:23, 25:2,
25:15, 26:8, 26:13,
26:16, 26:17, 27:1,
28:2, 28:3, 28:6,
28:15, 29:20, 29:21,
30:14, 30:15, 30:17,
30:20, 30:22, 34:24,
57:24, 60:20, 61:1,
62:17, 63:7, 64:20,
64:21, 64:22, 65:9,
74:10, 74:15, 75:21,
82:15, 96:5
**people's** [1] - 3:23
**perceived** [1] - 25:6
**percent** [1] - 5:5
**perfect** [2] - 39:10,
42:8
**perimeter** [29] - 11:21,
11:23, 12:1, 31:18,
54:24, 55:20, 56:25,
57:2, 57:9, 57:13,
57:15, 57:21, 57:22,
58:22, 64:2, 67:18,
69:24, 69:25, 70:12,
74:24, 75:15, 76:19,
94:21, 98:16,
103:24, 104:2,
104:6, 104:8, 104:16
**period** [1] - 15:14
**permission** [10] -
7:20, 38:12, 38:22,
41:2, 45:21, 50:7,
72:5, 83:16, 102:10,
102:16

**permit** [2] - 38:20,
61:12
**permits** [2] - 61:1,
61:5
**permitted** [7] - 40:20,
55:6, 60:10, 60:16,
60:18, 60:19, 61:9
**person** [1] - 7:5
**personal** [1] - 100:9
**persons** [2] - 57:23,
64:19
**pertains** [1] - 19:22
**phone** [3] - 95:16,
99:12, 100:20
**phones** [4] - 30:17,
30:18, 30:20, 30:21
**photocopied** [1] -
109:20
**photograph** [5] -
87:11, 89:7, 89:8,
93:8, 102:6
**photos** [1] - 15:18
**physically** [2] - 58:5,
64:4
**pick** [1] - 58:11
**picketing** [1] - 17:4
**picture** [7] - 46:17,
52:9, 59:5, 60:11,
83:5, 89:16, 93:23
**pictures** [2] - 5:7, 28:9
**pieces** [2] - 9:13, 33:3
**place** [13] - 10:12,
11:2, 11:16, 11:17,
12:3, 15:21, 47:5,
59:7, 59:10, 59:12,
60:2, 61:14, 90:18
**placed** [2] - 55:22,
75:17
**places** [2] - 30:10,
58:8
**plaintiff's** [1] - 55:10
**plan** [4] - 5:11, 5:25,
73:23, 99:14
**planning** [1] - 87:14
**plans** [1] - 99:2
**planter** [1] - 68:22
**platform** [4] - 54:9,
78:2, 90:4, 90:6
**play** [12] - 72:15,
72:22, 73:16, 80:23,
84:12, 90:11, 91:3,
91:17, 92:4, 92:19,
107:2, 107:4
**played** [3] - 33:1,
107:10, 107:19
**playing** [8] - 77:16,
78:7, 78:24, 80:9,
81:19, 85:15, 88:21,
89:19
**plaza** [1] - 54:10

**Plaza** [1] - 68:12
**pleasant** [1] - 6:24
**point** [27] - 4:15,
20:15, 23:17, 24:19,
25:13, 27:15, 27:17,
33:16, 34:12, 38:14,
38:19, 39:22, 47:20,
63:24, 65:8, 67:17,
76:24, 88:16, 94:4,
96:10, 97:12, 97:14,
97:17, 98:4, 101:5,
104:25, 106:23
**pointed** [1] - 108:2
**pointer** [4] - 46:2,
46:3, 46:4, 46:9
**points** [2] - 18:8,
73:24
**poles** [1] - 100:4
**police** [27] - 11:19,
15:25, 24:22, 24:24,
25:5, 29:6, 29:24,
31:21, 31:22, 32:1,
32:2, 32:5, 32:11,
32:12, 32:13, 32:14,
32:15, 32:16, 34:23,
58:16, 70:2, 70:4,
70:11, 95:8, 107:14
**Police** [24] - 24:22,
38:1, 39:17, 43:24,
44:21, 44:23, 44:24,
45:1, 45:2, 45:3,
45:6, 45:11, 45:16,
52:21, 53:4, 53:5,
59:14, 65:5, 70:3,
72:13, 92:8, 92:16,
98:5, 99:6
**politicians** [3] - 21:22,
21:23, 23:10
**Pool** [1] - 49:12
**pool** [2] - 49:12, 74:23
**pop** [1] - 70:8
**porticos** [1] - 40:7
**portion** [3] - 51:13,
92:2, 109:3
**portions** [1] - 104:13
**pose** [2] - 4:25, 42:3
**position** [3] - 44:22,
97:15, 97:18
**post** [4] - 3:16, 4:12,
4:20, 69:3
**posted** [3] - 10:17,
16:6, 66:7
**posts** [2] - 16:7, 95:18
**posture** [1] - 54:14
**pour** [1] - 13:4
**poured** [1] - 12:7
**powder** [1] - 100:3
**PowerPoint** [1] - 7:22
**preceding** [1] - 50:22
**precisely** [1] - 34:4

**prepared** [1] - 59:21
**presence** [2] - 15:19,
100:17
**present** [5] - 3:12,
16:11, 17:8, 70:6,
103:21
**PRESENT** [1] - 1:22
**presentation** [1] - 18:9
**President** [19] - 9:18,
10:14, 10:24, 14:6,
21:13, 21:19, 21:24,
22:8, 42:21, 42:24,
61:22, 61:25, 62:7,
62:10, 62:15, 97:5,
97:6, 97:18, 98:4
**presidential** [3] -
11:14, 14:11, 21:16
**presiding** [4] - 42:23,
43:3, 43:5
**press** [3] - 13:24,
78:4, 82:1
**pretrial** [1] - 71:25
**pretty** [5] - 25:13,
30:23, 30:25, 57:22
**previous** [1] - 56:22
**previously** [12] -
45:20, 80:4, 81:6,
82:20, 83:15, 86:12,
88:25, 92:22, 93:16,
102:9, 103:23,
106:13
**primary** [1] - 66:18
**privacy** [1] - 101:17
**pro** [3] - 22:22, 22:23,
61:11
**pro-choice** [1] - 22:22
**pro-life** [1] - 22:23
**pro-Trump** [1] - 61:11
**problem** [4] - 4:23,
6:4, 8:10, 27:25
**proceed** [6] - 7:18,
8:13, 8:18, 37:9,
39:7, 42:9
**proceeding** [22] -
16:13, 16:16, 18:19,
18:20, 18:21, 18:22,
18:23, 18:25, 19:2,
19:4, 19:6, 19:7,
19:9, 19:12, 19:15,
35:9, 35:17, 35:18,
35:19, 36:4, 36:7,
109:13
**proceedings** [2] -
10:11, 109:18
**Proceedings** [1] - 1:24
**process** [4] - 15:10,
22:4, 22:9, 91:1
**processes** [1] - 22:5
**produced** [1] - 1:25
**progression** [1] - 86:4

**prohibited** [2] - 52:24,
76:22
**prominently** [1] - 12:8
**prongs** [1] - 58:9
**property** [1] - 32:22
**proposing** [1] - 41:24
**protect** [2] - 45:3, 45:6
**protectee** [1] - 62:17
**protective** [1] - 3:22
**protest** [5] - 22:23,
23:1, 29:19, 35:20
**protesters** [1] - 27:13
**protests** [2] - 22:22
**provided** [4] - 3:21,
63:8, 98:24, 99:11
**public** [25] - 9:14,
11:23, 11:25, 53:19,
53:23, 54:3, 54:4,
54:6, 54:12, 54:15,
55:5, 55:22, 60:10,
62:11, 62:20, 62:23,
62:25, 63:4, 63:11,
63:16, 90:19, 90:20,
91:2, 94:11, 96:25
**publish** [18] - 5:10,
7:20, 7:21, 38:12,
38:22, 40:20, 41:2,
45:21, 45:22, 50:7,
72:5, 72:6, 72:17,
83:17, 83:18,
102:10, 102:11,
102:16
**published** [53] - 9:12,
13:16, 39:11, 41:20,
43:18, 43:19, 43:20,
45:23, 50:9, 52:2,
55:11, 55:13, 55:14,
72:9, 72:23, 74:1,
77:17, 78:8, 78:25,
80:6, 80:7, 80:8,
80:24, 81:8, 81:21,
82:21, 83:19, 84:14,
84:21, 85:5, 85:16,
86:16, 88:1, 88:3,
88:22, 89:2, 89:3,
89:4, 89:22, 90:13,
91:5, 91:18, 92:5,
92:20, 92:23, 93:17,
93:18, 93:19,
102:12, 102:14,
106:2, 106:3, 107:7
**pull** [11] - 80:4, 81:6,
82:19, 83:15, 86:11,
88:24, 92:22, 93:14,
105:25, 107:2
**pulled** [1] - 89:19
**purports** [1] - 44:15
**purpose** [1] - 11:12
**purposes** [2] - 58:20,
75:3

**pursuant** [1] - 3:21
**push** [2] - 32:15, 90:5
**pushed** [1] - 94:19
**pushing** [3] - 32:16, 90:8, 95:8
**put** [10] - 3:24, 4:3, 4:16, 26:25, 27:2, 47:8, 47:11, 56:22, 58:10

## Q

**quadrant** [3] - 81:4, 84:11, 84:17
**quadrants** [1] - 48:10
**quarter** [1] - 99:17
**quarters** [1] - 25:22
**questions** [1] - 108:15
**quickly** [1] - 58:22
**quite** [1] - 34:3
**quote** [2] - 10:15, 12:16

## R

**rack** [28] - 54:23, 54:25, 55:21, 56:21, 57:1, 58:8, 58:9, 58:13, 58:16, 58:17, 58:20, 65:3, 65:6, 66:24, 66:25, 68:3, 73:8, 75:14, 75:17, 75:20, 75:25, 76:2, 76:6, 76:7, 76:11, 77:4, 77:7, 77:10
**racks** [12] - 12:1, 31:14, 31:16, 58:4, 82:4, 103:25, 104:24, 105:16, 106:16, 106:20, 106:22
**radio** [2] - 70:17, 101:12
**railing** [5] - 85:8, 85:20, 86:1, 86:9, 88:14
**raise** [3] - 8:11, 37:1, 105:22
**raised** [4] - 58:14, 58:15, 73:10, 75:19
**raising** [1] - 8:15
**rally** [7] - 10:24, 22:13, 22:16, 22:18, 23:7, 35:22, 35:23
**ran** [1] - 95:4
**ranking** [1] - 21:23
**ransacked** [1] - 100:8
**RAY** [1] - 1:19
**ray** [1] - 52:23

**read** [1] - 38:19
**reading** [1] - 41:16
**ready** [4] - 6:9, 7:14, 7:15, 64:11
**real** [1] - 4:1
**reality** [1] - 23:2
**realize** [4] - 3:17, 4:18, 22:6, 106:8
**realized** [1] - 22:3
**really** [7] - 4:2, 4:19, 29:15, 34:5, 58:12, 65:16, 71:22
**reason** [2] - 35:17, 54:7
**reasonable** [2] - 16:11, 105:17
**reasons** [1] - 71:24
**receive** [2] - 12:13, 92:8
**received** [4] - 12:15, 92:11, 95:21, 97:25
**recess** [9] - 13:6, 13:7, 13:10, 36:15, 36:17, 36:18, 42:25, 43:7, 109:11
**reclaim** [1] - 99:8
**recognize** [4] - 55:16, 73:5, 74:5, 103:2
**recognized** [1] - 67:2
**reconvene** [2] - 15:10, 99:15
**record** [5] - 3:6, 5:14, 14:22, 67:8, 70:24
**recording** [2] - 43:25, 44:3
**recordings** [1] - 44:12
**recovered** [1] - 44:6
**rectangular** [1] - 67:19
**rectangular-shaped** [1] - 67:19
**red** [18] - 55:21, 56:2, 56:4, 57:5, 57:7, 57:23, 59:4, 60:8, 64:20, 67:18, 68:4, 69:24, 76:18, 76:19, 85:9, 85:20, 86:24, 88:6
**redirect** [1] - 108:16
**refer** [6] - 47:25, 49:18, 51:14, 54:18, 60:14, 73:7
**reference** [2] - 76:25, 107:25
**referred** [12] - 48:2, 48:13, 48:15, 49:15, 51:5, 59:5, 60:13, 77:22, 79:5, 79:6, 79:24, 94:8
**referring** [2] - 79:14, 97:2

**Reflecting** [1] - 49:11
**reflecting** [1] - 49:12, 74:22
**regardless** [1] - 12:2
**regards** [1] - 21:1
**regular** [1] - 52:19
**regularly** [1] - 45:9
**rejected** [1] - 11:5
**relation** [1] - 87:6
**relatively** [1] - 100:14
**release** [1] - 53:15
**relevant** [1] - 71:22
**remain** [2] - 62:16, 61:5
**remained** [2] - 16:1, 100:18
**remaining** [1] - 16:17
**remember** [6] - 3:25, 18:24, 19:16, 19:25, 20:9, 50:19
**reminder** [1] - 106:5
**remorse** [1] - 16:7
**remove** [3] - 18:1, 37:4, 103:11
**removed** [1] - 105:15
**removing** [1] - 106:5
**repeat** [1] - 75:24
**repeating** [1] - 87:14
**rephrase** [1] - 62:24
**replay** [2] - 84:19, 84:20
**reply** [2] - 12:18, 12:21
**reported** [2] - 1:24, 109:13
**REPORTER** [2] - 17:24, 105:22
**Reporter** [3] - 1:23, 1:23, 109:24
**reporter** [1] - 105:21
**represent** [1] - 50:21
**representative** [1] - 43:5
**Representatives** [15] - 9:23, 11:11, 11:18, 13:18, 14:5, 14:21, 15:4, 27:21, 27:22, 28:6, 29:2, 29:3, 40:16, 42:12, 43:3
**representatives** [1] - 43:8
**Representatives'** [1] - 42:16
**represented** [1] - 55:21
**represents** [1] - 51:11
**request** [6] - 6:5, 7:20, 45:21, 61:1, 93:17, 108:25
**requests** [3] - 38:12, 83:16, 89:1

**required** [2] - 63:12, 63:17
**requires** [1] - 11:10
**resolve** [1] - 42:20
**respect** [1] - 33:8
**respectfully** [1] - 32:6
**respectively** [1] - 43:13
**responded** [1] - 101:14
**Responder** [1] - 56:16
**responsibilities** [1] - 45:8
**responsibility** [2] - 66:6, 66:18
**responsible** [4] - 56:20, 65:19, 65:20, 66:19
**restart** [1] - 85:4
**restricted** [28] - 11:21, 11:24, 11:25, 15:17, 15:19, 16:17, 16:22, 19:20, 19:21, 19:23, 20:1, 20:2, 20:4, 20:5, 20:7, 20:11, 21:5, 21:7, 21:8, 34:10, 34:11, 35:1, 35:3, 54:12, 54:14, 69:25, 74:17, 106:14
**resume** [5] - 15:10, 77:16, 78:7, 85:15, 94:20
**resumed** [1] - 43:12
**return** [6] - 3:15, 6:2, 17:9, 81:17, 88:20, 89:17
**returned** [3] - 15:15, 15:16, 36:20
**returning** [1] - 59:1
**returns** [1] - 6:22
**review** [2] - 4:5, 11:6
**reviewing** [1] - 11:12
**right-hand** [11] - 75:4, 75:11, 81:13, 83:7, 84:11, 84:17, 86:22, 87:1, 88:7, 91:12, 97:20
**rightful** [2] - 21:19, 22:8
**rightfully** [1] - 9:14
**rights** [1] - 22:22
**riot** [2] - 15:22, 15:25
**rioters** [15] - 8:21, 9:5, 12:3, 12:22, 12:24, 13:3, 13:12, 13:21, 13:23, 14:9, 15:18, 15:22, 15:24, 17:2
**riser** [2] - 78:4, 82:2
**risk** [1] - 4:25
**road** [2] - 68:19, 74:18

**roadblock** [5] - 28:4, 28:13, 28:20, 28:24, 28:25
**roadway** [1] - 74:21
**room** [10] - 25:12, 25:13, 26:4, 26:6, 50:15, 52:6, 98:19, 99:7, 99:18, 101:1
**rooms** [4] - 39:19, 50:17, 51:1, 64:7
**Rotunda** [25] - 14:3, 14:13, 14:16, 14:20, 17:5, 25:25, 26:4, 26:7, 26:11, 26:12, 26:21, 27:6, 33:17, 33:19, 33:22, 51:6, 52:10, 66:5, 93:23, 94:3, 94:4, 94:5, 94:8, 96:7
**roughly** [1] - 39:19, 39:20, 64:1
**route** [2] - 62:17, 62:18
**routinely** [1] - 45:10
**RPR** [3] - 1:23, 109:17, 109:24
**run** [2] - 34:16, 108:3
**runs** [3] - 28:3, 28:19, 76:9
**rush** [1] - 39:4

## S

**safe** [3] - 45:8, 61:2, 99:16
**SAINT** [1] - 109:17
**Saint** [3] - 1:23, 105:23, 109:24
**SAINT-LOTH** [1] - 109:17
**Saint-Loth** [3] - 1:23, 105:23, 109:24
**saw** [19] - 15:25, 24:3, 24:4, 24:17, 24:21, 24:22, 25:1, 25:2, 32:1, 34:12, 34:14, 35:3, 47:19, 57:14, 83:1, 83:3, 96:4, 107:18, 108:9
**scaffolding** [3] - 40:6, 78:18, 82:10
**scanners** [1] - 53:2
**scare** [1] - 12:17
**scheduled** [5] - 59:7, 59:10, 60:2, 60:6, 61:14
**screaming** [1] - 65:3
**screen** [31] - 8:11, 9:8, 52:24, 56:1, 59:4,

69:21, 70:8, 72:11,
74:8, 74:9, 75:1,
75:22, 76:1, 76:17,
78:1, 78:11, 78:21,
79:19, 80:19, 81:11,
81:13, 82:2, 82:17,
83:25, 86:20, 88:8,
90:3, 91:23, 92:2,
103:4, 107:17
**screening** [5] - 52:22,
63:13, 63:14, 63:17,
63:21
**screenshot** [1] - 75:15
**seal** [3] - 3:19, 3:24,
6:6
**SEAN** [2] - 2:3, 37:3
**Sean** [3] - 36:12,
36:22, 44:20
**seat** [4] - 37:7, 52:13,
80:3, 84:8
**seats** [1] - 15:6
**second** [13] - 3:14,
9:6, 20:9, 30:24,
41:5, 51:7, 52:5,
52:8, 52:25, 58:3,
59:25, 101:13,
105:20
**Second** [1] - 102:24
**seconds** [11] - 31:3,
72:15, 73:4, 73:17,
81:20, 82:25, 85:4,
88:21, 89:20, 91:24,
93:2
**Secret** [1] - 97:12
**section** [1] - 48:4
**Section** [3] - 20:15,
37:22, 37:25
**secure** [12] - 52:20,
53:5, 53:6, 57:22,
62:13, 62:17, 90:25,
96:17, 97:7, 98:12,
98:14
**secured** [4] - 39:17,
53:18, 94:14, 95:24
**security** [12] - 52:18,
52:22, 54:14, 58:19,
62:8, 63:13, 63:14,
63:21, 65:21, 70:20,
70:22, 90:17
**see** [125] - 6:2, 7:5,
8:24, 9:1, 9:16,
10:14, 10:25, 11:4,
13:8, 13:11, 13:14,
13:18, 13:22, 14:2,
14:14, 14:15, 15:2,
15:12, 15:25, 16:3,
17:4, 18:6, 20:14,
25:1, 25:10, 25:21,
26:3, 27:8, 27:15,
29:4, 31:5, 31:6,

31:14, 31:15, 31:19,
31:20, 31:24, 32:4,
32:10, 32:11, 32:12,
32:13, 32:14, 32:15,
32:18, 32:19, 32:21,
32:23, 33:11, 33:13,
33:15, 33:18, 34:13,
34:20, 35:13, 37:21,
39:3, 46:24, 46:25,
47:1, 49:21, 50:17,
52:6, 55:25, 57:7,
64:16, 64:17, 64:19,
64:23, 66:21, 68:6,
71:9, 72:11, 72:12,
73:1, 74:12, 74:19,
74:25, 75:4, 75:14,
75:16, 75:18, 75:25,
76:2, 76:20, 77:7,
77:8, 77:12, 78:10,
81:10, 81:14, 82:9,
82:23, 83:7, 83:25,
84:18, 84:25, 85:9,
85:19, 86:19, 86:23,
86:24, 87:1, 87:8,
88:5, 88:9, 88:12,
88:14, 89:10, 91:22,
92:2, 92:15, 92:25,
93:3, 96:11, 99:21,
99:22, 102:19,
103:3, 106:16,
107:5, 109:6, 109:7
**seeing** [8] - 8:10, 9:6,
49:23, 65:9, 79:2,
79:19, 90:3, 90:5
**sees** [4] - 27:5, 27:9,
33:16, 33:22
**Senate** [111] - 9:2, 9:3,
9:19, 11:11, 12:25,
13:5, 13:9, 14:4,
32:24, 32:25, 40:8,
40:16, 40:17, 42:14,
42:18, 42:22, 42:24,
42:25, 43:12, 48:14,
48:18, 50:21, 51:8,
51:9, 51:11, 51:14,
51:15, 51:16, 51:18,
52:12, 54:19, 59:6,
60:13, 61:21, 66:5,
66:12, 67:11, 67:15,
68:10, 68:13, 69:4,
69:23, 78:17, 79:5,
79:6, 79:7, 79:23,
79:24, 81:25, 82:1,
82:3, 84:2, 84:5,
86:21, 86:23, 87:6,
89:8, 91:11, 91:13,
91:14, 91:15, 92:1,
92:3, 93:12, 95:23,
96:7, 96:8, 96:9,
96:18, 96:22, 96:23,
96:24, 97:7, 97:19,

97:24, 98:1, 98:2,
98:6, 98:8, 98:10,
98:12, 98:15, 98:24,
99:2, 99:4, 99:5,
99:13, 99:15, 99:19,
99:20, 99:22, 99:23,
100:1, 100:7,
100:11, 100:12,
100:13, 100:18,
100:19, 101:2,
101:3, 101:6, 101:7,
102:24
**senator** [1] - 42:23
**senators** [4] - 14:6,
42:25, 96:24, 99:8
**Senators** [1] - 9:21
**send** [1] - 53:11
**sense** [3] - 5:12,
66:23, 73:20
**sent** [1] - 101:19
**separate** [3] - 42:19,
60:25, 109:14
**separates** [1] - 48:13
**sequences** [1] -
107:22
**Sergeant** [2] - 99:5,
99:19
**series** [4] - 41:22,
42:5, 49:7, 59:9
**servants** [1] - 9:14
**service** [1] - 45:15
**Service** [1] - 97:12
**session** [7] - 42:13,
42:14, 59:17, 61:20,
61:21, 64:10, 109:12
**Session** [1] - 1:8,
17:1, 40:13, 40:15,
42:17, 43:11, 43:14,
59:11
**set** [9] - 11:21, 11:23,
12:5, 45:24, 68:22,
69:17, 75:14, 91:12,
94:7
**setting** [1] - 11:25
**seven** [1] - 52:21
**several** [7] - 10:18,
26:14, 74:12, 74:14,
74:21, 108:2, 108:5
**shall** [1] - 109:20
**shape** [1] - 100:14
**shaped** [1] - 67:19
**shirt** [2] - 85:9, 85:20
**shit** [2] - 9:13, 33:4
**short** [2] - 72:22,
80:13
**shorthand** [1] - 1:24
**shortly** [1] - 95:20
**shoulder** [2] - 25:23
**shouting** [8] - 23:9,
23:10, 23:25, 24:15,

25:17, 26:13, 26:14,
33:19
**show** [20] - 10:10,
12:2, 12:11, 12:22,
14:8, 15:7, 31:9,
31:12, 45:19, 48:20,
50:4, 51:25, 55:7,
57:4, 59:2, 71:5,
79:19, 84:4, 102:6,
102:8
**showed** [2] - 76:6,
97:19
**showing** [2] - 52:9,
77:3
**shown** [9] - 41:7,
41:17, 46:14, 55:16,
60:9, 73:5, 74:5,
79:20, 86:19
**shows** [4] - 33:4, 83:3,
83:5, 107:13
**sic** [4] - 22:8, 24:4,
38:7, 44:23
**Sicknick** [1] - 101:13
**side** [71] - 9:2, 13:13,
15:17, 27:2, 29:14,
31:23, 34:23, 39:24,
40:1, 40:8, 47:4,
48:4, 48:5, 48:13,
48:14, 48:15, 48:25,
49:2, 49:5, 50:18,
50:21, 50:24, 51:1,
52:10, 52:11, 52:12,
54:18, 54:19, 59:5,
59:6, 60:15, 65:2,
65:6, 65:25, 66:1,
67:11, 67:15, 68:13,
69:4, 69:22, 69:23,
69:24, 75:17, 75:20,
75:22, 75:23, 75:25,
76:21, 77:12, 78:17,
81:25, 82:1, 84:2,
84:5, 85:10, 86:1,
87:1, 87:6, 88:7,
91:12, 91:25, 92:1,
96:3, 97:20, 100:21,
100:24, 103:3,
106:16
**sidewalk** [8] - 49:15,
49:18, 57:17, 69:17,
73:9, 74:22, 75:19
**sidewalks** [1] - 58:15
**sight** [1] - 16:21
**signatory** [1] - 109:21
**significant** [2] -
104:18, 105:15
**signs** [4] - 31:17,
64:22, 64:25, 100:15
**similar** [1] - 93:13
**single** [3] - 31:2, 33:11
**sit** [1] - 47:3

**sits** [2] - 12:8, 14:3
**sitting** [4] - 6:13, 7:5,
21:23, 75:5
**situation** [1] - 96:11
**situational** [2] - 98:20,
98:24
**six** [5] - 15:3, 56:13,
61:11, 64:1, 101:15
**size** [1] - 61:7
**skylight** [2] - 67:24,
67:25
**skylights** [1] - 40:8
**slip** [1] - 28:13
**slogans** [5] - 24:1,
24:15, 27:16, 35:14
**slowly** [1] - 25:22
**small** [1] - 5:5
**smaller** [1] - 69:22
**SMITH** [41] - 1:19,
3:11, 3:20, 4:10,
4:15, 4:24, 5:3, 5:19,
6:7, 9:8, 9:11, 17:14,
17:18, 17:23, 17:25,
18:3, 38:5, 41:9,
41:12, 42:5, 42:7,
47:2, 47:6, 71:7,
71:14, 87:22,
103:10, 103:14,
103:19, 103:22,
105:5, 105:7,
105:18, 105:23,
106:7, 106:10,
106:12, 107:1,
107:8, 107:9, 108:15
**Smith** [9] - 3:12, 3:14,
7:3, 17:13, 36:9,
46:23, 87:21, 103:9,
106:5
**smooth** [1] - 57:17
**so..** [1] - 107:22
**social** [3] - 16:3, 16:6
**sole** [1] - 11:12
**solves** [1] - 4:22
**someone** [9] - 19:3,
19:13, 53:10, 53:13,
58:18, 66:17, 66:24,
88:9, 100:17
**sometimes** [1] - 51:15
**somewhat** [1] - 14:25
**somewhere** [9] -
57:10, 57:12, 62:5,
62:6, 64:14, 94:18,
95:19, 99:17, 102:2
**soon** [2] - 10:2, 27:4
**sorry** [25] - 9:9, 46:12,
67:9, 67:13, 68:15,
68:16, 68:17, 68:18,
69:11, 72:21, 72:22,
73:11, 75:9, 75:10,
75:23, 76:11, 76:18,

86:4, 88:15, 88:25, 104:15, 105:6, 105:18, 106:7, 106:10
**sort** [12] - 20:25, 24:15, 25:20, 25:22, 27:3, 28:8, 28:9, 28:10, 28:15, 29:20, 33:17, 77:25
**sound** [1] - 71:18
**sounds** [1] - 4:24
**sources** [2] - 21:21
**south** [13] - 39:21, 47:23, 47:25, 48:15, 52:11, 54:18, 55:2, 60:15, 66:1, 69:20, 76:8, 76:9, 96:3
**southeast** [1] - 48:10
**Southeast** [1] - 39:16
**southwest** [1] - 48:11
**space** [3] - 64:7, 90:9, 101:14
**spaces** [2] - 40:3, 67:19
**Speaker** [1] - 43:2
**specific** [1] - 19:9
**specifically** [2] - 66:14, 104:21
**specifics** [1] - 94:25
**specifies** [1] - 11:15
**speech** [4] - 11:5, 49:5, 53:20, 54:21
**speeches** [1] - 23:10
**spends** [2] - 26:19, 26:20
**spent** [2] - 10:23, 15:7
**spoken** [1] - 18:14
**spot** [1] - 56:23
**spots** [1] - 58:24
**spray** [1] - 95:13
**sprayed** [1] - 95:13
**square** [2] - 39:19, 39:23
**staff** [6] - 9:21, 9:23, 45:4, 54:16, 57:24, 62:13
**staffed** [3] - 52:20, 53:3, 53:4
**staffer** [1] - 63:9
**staffing** [1] - 59:21
**stage** [5] - 40:5, 77:25, 78:19, 82:11, 83:5
**staircase** [11] - 78:16, 85:25, 86:3, 86:5, 86:7, 93:11, 97:18, 97:19, 97:21, 98:3, 98:10
**staircases** [2] - 40:4, 40:7
**stairs** [10] - 15:23,

24:3, 24:5, 24:9, 25:21, 25:24, 66:4, 88:14, 88:15
**stamp** [1] - 82:23
**stamps** [1] - 44:3
**stance** [1] - 95:18
**stand** [7] - 36:25, 42:25, 43:6, 45:25, 46:20, 49:22, 49:23
**standing** [13] - 24:23, 25:5, 27:1, 28:10, 29:20, 31:23, 34:23, 46:24, 65:8, 70:5, 73:9, 73:12, 73:13
**stands** [3] - 28:8, 66:10, 68:9
**start** [5] - 7:1, 45:1, 57:9, 94:20, 99:8
**started** [10] - 13:12, 64:1, 64:12, 66:21, 95:2, 95:6, 96:16, 98:3, 101:9, 102:4
**starting** [4] - 7:2, 16:4, 99:1, 100:23
**state** [2] - 3:5, 97:3
**statement** [3] - 7:4, 7:16, 17:15
**statements** [1] - 7:1
**States** [22] - 3:3, 3:9, 8:19, 15:21, 16:8, 21:24, 39:12, 39:15, 40:11, 40:14, 40:15, 40:16, 43:22, 43:24, 44:21, 44:23, 45:6, 45:15, 46:16, 52:21, 61:23, 72:13
**STATES** [4] - 1:1, 1:3, 1:9, 1:11
**states** [1] - 59:15
**Statuary** [4] - 14:21, 14:22, 14:24
**statue** [3] - 26:25, 27:1, 74:18
**statues** [1] - 28:9
**status** [4] - 98:25, 99:1, 99:21, 101:1
**stay** [2] - 65:5, 95:25
**stayed** [3] - 23:14, 65:17, 100:3
**stays** [1] - 29:22
**steal** [1] - 10:20
**stenographic** [1] - 109:18
**step** [3] - 36:25, 46:19, 84:3
**steps** [11] - 29:12, 29:17, 66:5, 93:11, 93:12, 93:23, 94:3, 94:4, 94:11, 96:9
**stick** [3] - 5:25, 48:21,

49:1
**still** [11] - 12:11, 14:19, 15:6, 28:24, 28:25, 35:24, 62:12, 65:7, 95:15, 100:2
**stipulate** [3] - 39:13, 40:12, 43:23
**stipulation** [1] - 43:17
**stipulations** [4] - 37:20, 38:20, 39:2, 39:5
**stolen** [7] - 10:14, 21:14, 21:19, 21:25, 22:2, 22:3, 22:12
**stop** [10] - 13:25, 14:19, 16:15, 33:6, 52:25, 70:19, 76:5, 87:3, 96:20, 101:23
**stopped** [3] - 14:22, 16:14, 17:2
**stormed** [1] - 8:21
**Street** [10] - 1:12, 1:16, 1:19, 39:16, 49:17, 56:3, 76:4, 102:25, 103:1, 104:22
**street** [4] - 11:2, 55:2, 55:3, 102:24
**stress** [2] - 27:7, 34:21
**stripe** [1] - 106:5
**stuck** [3] - 10:4, 10:5, 28:7
**stuff** [3] - 5:7, 71:17, 71:21
**stuffed** [1] - 22:6
**submitted** [1] - 5:1
**submitting** [1] - 5:19
**subparts** [1] - 42:4
**suitable** [1] - 100:18
**Suite** [1] - 1:19
**sum** [1] - 16:10
**summer** [1] - 49:7
**supervisor** [1] - 44:25
**support** [1] - 21:12
**suppose** [1] - 34:5
**supposed** [3] - 11:16, 20:3, 80:9
**surface** [1] - 54:10
**surround** [1] - 53:17
**surrounded** [2] - 40:3, 40:9
**suspended** [1] - 43:11
**swarm** [2] - 8:21, 13:3
**sweatshirt** [2] - 86:25, 88:6
**switch** [4] - 17:17, 17:18, 17:22, 55:9
**sworn** [2] - 37:3, 45:2
**system** [2] - 30:9, 87:8

**T**

**table** [3] - 6:14, 7:6, 47:4
**Tammy** [1] - 109:13
**tap** [1] - 70:8
**tape** [1] - 58:16
**tarp** [2] - 82:9, 83:5
**tasks** [1] - 64:9
**team** [1] - 92:18
**tear** [14] - 27:5, 27:11, 27:20, 27:23, 27:24, 28:1, 28:5, 28:22, 28:25, 33:16, 33:22, 34:12, 34:14, 35:4
**tearing** [2] - 31:15
**television** [1] - 97:7, 106:13, 108:4
**ten** [2] - 36:15, 36:17
**ten-minute** [2] - 36:15, 36:17
**Tennessee** [1] - 10:22
**Teresa** [1] - 52:16
**term** [1] - 60:16
**terrace** [9] - 49:10, 51:21, 77:22, 78:17, 84:1, 86:5, 88:13, 88:18, 95:5
**terraces** [1] - 40:4
**terrorism** [1] - 45:4
**testified** [4] - 90:17, 106:13, 108:4
**testifying** [1] - 37:5
**testimony** [2] - 38:15, 109:4
**text** [5] - 11:4, 11:8, 12:13, 12:15, 12:16
**texting** [1] - 11:1
**THE** [139] - 1:1, 1:8, 1:11, 1:18, 3:2, 3:10, 3:13, 4:2, 4:11, 4:18, 4:25, 5:8, 5:15, 5:23, 6:9, 6:12, 6:17, 6:21, 6:23, 7:18, 7:21, 7:24, 8:2, 8:6, 8:18, 9:6, 17:12, 17:16, 17:20, 17:24, 18:2, 36:9, 36:13, 36:21, 36:24, 37:4, 37:6, 37:7, 37:8, 37:9, 37:15, 37:18, 37:21, 37:24, 38:2, 38:4, 38:6, 38:14, 38:17, 38:21, 38:24, 39:1, 39:9, 40:21, 40:24, 41:4, 41:7, 41:10, 41:13, 41:17, 41:21, 42:1, 42:6, 42:8, 42:10, 43:19, 45:22, 46:1, 46:6, 46:7,

46:8, 46:12, 46:21, 47:3, 47:7, 47:8, 47:10, 47:11, 47:13, 47:14, 49:20, 50:8, 52:15, 52:16, 55:13, 58:2, 58:7, 65:7, 65:10, 71:9, 71:13, 71:24, 72:3, 72:6, 72:16, 72:17, 72:18, 72:19, 73:18, 73:25, 75:3, 75:8, 79:17, 80:7, 80:9, 80:12, 80:14, 80:20, 83:18, 83:22, 84:22, 86:14, 87:10, 87:13, 87:18, 87:21, 87:23, 88:1, 89:3, 90:14, 93:8, 93:10, 93:18, 93:22, 102:11, 103:9, 103:12, 105:6, 105:20, 105:22, 106:2, 106:4, 108:16, 108:18, 108:19, 108:21, 109:2, 109:5, 109:10
**themselves** [1] - 90:6
**thieves** [1] - 10:16
**thinks** [1] - 26:9
**third** [2] - 7:5, 20:10
**thousand** [3] - 64:18, 74:12, 74:19
**thousands** [7] - 23:8, 24:8, 24:13, 28:2, 30:15, 96:5, 108:9
**three** [2] - 18:10, 40:7
**throughout** [2] - 66:8, 94:22
**tied** [1] - 58:16
**tight** [1] - 25:21
**tiles** [1] - 89:10
**timestamp** [10] - 73:1, 74:25, 78:10, 78:20, 79:11, 81:10, 89:12, 92:25, 93:25, 102:19
**timestamps** [1] - 44:11
**tired** [1] - 26:25
**title** [1] - 56:17
**today** [2] - 6:14, 71:2
**together** [8] - 7:13, 11:11, 42:15, 56:22, 58:11, 58:16, 99:10, 100:25
**tolerating** [1] - 27:12
**Tom** [1] - 70:14
**took** [4] - 15:18, 16:15, 35:21, 57:11
**top** [19] - 51:21, 56:1, 59:4, 60:12, 70:8, 73:2, 74:25, 78:11,

78:20, 79:11, 81:11, 82:24, 83:5, 90:4, 91:22, 92:2, 93:1, 93:25, 102:20
**toppled** [1] - 100:15
**total** [2] - 15:8, 73:23
**totally** [1] - 100:8
**touch** [3] - 57:6, 67:23, 105:5
**touching** [4] - 58:5, 58:24, 69:16, 69:21
**tour** [1] - 63:4
**tours** [3] - 62:25, 63:16, 63:19
**toward** [2] - 14:20, 14:24
**towards** [10] - 12:12, 13:13, 13:18, 28:5, 65:4, 74:14, 82:13, 82:16, 83:13, 96:5
**trampled** [2] - 105:1, 105:16
**transcribed** [1] - 109:13
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:25, 109:18, 109:18, 109:20
**transcription** [1] - 1:25
**transmission** [1] - 70:17
**trapped** [2] - 9:24, 10:3
**travel** [1] - 14:6
**traveled** [1] - 10:22
**traverse** [1] - 58:23
**treated** [1] - 101:15
**treating** [1] - 101:18
**tree** [7] - 77:9, 82:6, 82:8, 82:13, 83:1, 83:3
**trial** [6] - 4:12, 5:21, 6:6, 11:7, 16:11, 17:7
**TRIAL** [1] - 1:7
**tried** [2] - 15:23, 96:10
**tries** [1] - 53:10
**trouble** [2] - 49:23, 107:1
**true** [5] - 29:11, 47:24, 87:16, 109:17, 109:18
**Trump** [23] - 10:14, 14:17, 17:6, 21:13, 21:19, 22:7, 23:11, 26:15, 26:16, 26:17, 26:18, 26:20, 26:21, 26:25, 27:4, 33:20, 33:22, 35:14, 61:11,

64:19, 64:20
**Trump's** [1] - 10:24
**try** [4] - 29:18, 32:24, 60:25, 105:24
**trying** [17] - 5:3, 27:21, 27:22, 28:11, 32:7, 32:22, 32:23, 33:12, 33:13, 33:23, 34:20, 35:4, 35:8, 35:10, 71:18, 90:8
**turn** [3] - 28:20, 58:10, 58:12
**turned** [2] - 8:5, 100:10
**turns** [3] - 28:18, 28:23, 95:10
**twelve** [1] - 42:13
**Twenty** [1] - 15:8
**Twenty-two** [1] - 15:8
**two** [31] - 5:21, 6:3, 6:6, 10:21, 13:2, 14:7, 15:8, 19:19, 19:21, 19:25, 20:8, 20:13, 29:5, 38:19, 40:3, 40:8, 42:15, 42:19, 49:14, 57:11, 57:12, 58:9, 59:22, 63:2, 63:5, 64:3, 65:16, 67:19, 68:9, 95:19, 95:20
**type** [1] - 86:7
**typical** [1] - 53:16
**typically** [5] - 5:16, 48:13, 49:6, 54:17, 97:3

## U

**U.S** [13] - 7:7, 19:19, 20:15, 24:22, 30:8, 39:17, 39:18, 39:23, 40:14, 44:2, 44:11, 98:24, 100:19
**unauthorized** [2] - 82:15, 82:16
**unconscious** [1] - 101:15
**under** [9] - 3:18, 3:24, 6:6, 19:19, 20:15, 66:6, 78:3, 97:15, 109:14
**underground** [1] - 39:24
**underneath** [1] - 96:8
**understood** [2] - 42:2, 66:23
**underway** [1] - 17:1
**undone** [1] - 58:21
**unfortunately** [1] -

18:6
**uniformed** [1] - 70:5
**unimpeded** [1] - 31:17
**Unit** [4] - 56:16, 66:10, 92:17, 92:18
**UNITED** [4] - 1:1, 1:3, 1:9, 1:11
**United** [22] - 3:3, 3:9, 8:19, 15:21, 16:8, 21:24, 39:12, 39:15, 40:11, 40:14, 40:15, 40:16, 43:22, 43:24, 44:21, 44:23, 45:6, 45:15, 46:16, 52:21, 61:23, 72:13
**unless** [2] - 53:8, 57:5
**up** [76] - 11:21, 11:23, 11:25, 22:19, 23:12, 23:16, 23:18, 23:23, 24:3, 24:5, 24:8, 24:10, 24:12, 24:13, 25:3, 25:20, 25:23, 26:7, 26:12, 28:11, 28:21, 29:12, 29:17, 29:20, 29:22, 30:25, 31:13, 31:19, 31:24, 32:7, 33:16, 33:19, 34:12, 42:19, 46:24, 47:25, 49:22, 49:23, 51:21, 58:12, 59:25, 64:9, 65:7, 65:25, 68:7, 69:2, 69:8, 70:8, 74:15, 75:14, 78:16, 80:4, 81:6, 82:19, 83:15, 85:19, 86:8, 86:12, 88:17, 88:24, 89:19, 90:6, 92:22, 93:5, 96:4, 98:3, 98:5, 100:11, 101:20, 105:25, 107:2, 107:3
**updates** [2] - 98:24, 99:11
**upper** [13] - 73:10, 75:11, 78:16, 84:1, 84:11, 84:17, 86:5, 88:17, 89:12, 90:25, 93:11, 102:25, 103:3
**upside** [1] - 100:10
**USAO** [1] - 1:22
**USCP** [1] - 44:5
**USCP-controlled** [1] - 44:5

## V

**variety** [1] - 40:2
**various** [3] - 107:13, 107:14
**verdict** [1] - 17:10

**version** [1] - 83:2
**versus** [1] - 3:3
**Vice** [13] - 9:18, 14:6, 42:21, 42:24, 61:22, 61:25, 62:7, 62:10, 62:15, 97:5, 97:6, 97:18, 98:4
**video** [88] - 9:12, 13:14, 13:16, 13:22, 14:15, 17:4, 25:21, 30:7, 30:21, 30:25, 38:1, 39:11, 43:20, 43:25, 44:3, 44:5, 44:6, 44:9, 44:12, 44:14, 45:23, 50:9, 52:2, 55:14, 71:21, 72:13, 72:23, 73:2, 73:6, 73:17, 73:19, 73:21, 74:1, 77:5, 77:17, 78:1, 78:3, 78:8, 78:21, 78:25, 79:4, 79:19, 79:22, 80:8, 80:10, 80:11, 80:12, 80:18, 80:23, 80:24, 81:1, 81:8, 81:21, 82:21, 83:1, 83:3, 83:19, 84:12, 84:14, 84:21, 85:4, 85:5, 85:16, 86:21, 87:2, 87:7, 88:22, 89:4, 89:22, 90:13, 91:5, 91:18, 92:5, 92:15, 92:20, 92:23, 93:19, 97:19, 102:12, 106:3, 107:7, 107:10, 107:16, 107:18, 107:19, 107:22, 107:23, 108:2
**videoing** [2] - 29:21, 30:16
**videos** [5] - 15:18, 26:3, 33:10, 35:12, 71:1
**Vietnam** [1] - 22:21
**view** [6] - 23:17, 24:19, 47:17, 73:7, 75:16, 82:6
**views** [1] - 61:2
**violent** [1] - 22:4
**VIPs** [4] - 64:10, 96:25, 97:1, 97:3
**visible** [1] - 44:12
**vision** [1] - 31:4
**visiting** [1] - 97:3
**Visitor** [3] - 39:23, 64:5, 67:25
**Visitor's** [1] - 40:9
**visitors** [3] - 45:4, 63:6, 90:18

**voice** [1] - 20:18
**void** [1] - 109:20
**voir** [1] - 6:18
**voluminous** [1] - 3:25
**vote** [10] - 8:22, 16:9, 40:18, 43:16, 59:11, 59:16, 61:15, 61:16, 61:19, 61:21
**votes** [3] - 15:11, 18:23, 33:7
**VP** [1] - 97:14
**vs** [1] - 1:4

## W

**waiting** [2] - 10:6, 28:10
**walk** [2] - 63:22, 66:21
**walked** [18] - 13:11, 13:13, 15:3, 16:19, 23:20, 25:5, 56:25, 57:4, 57:5, 57:7, 57:21, 68:3, 68:4, 96:3, 96:6, 98:4, 104:2
**walking** [15] - 12:12, 12:13, 13:12, 16:24, 26:20, 29:1, 29:2, 57:9, 64:1, 82:12, 82:13, 82:14, 82:16, 83:11, 83:12
**walkway** [12] - 40:3, 49:16, 73:8, 73:15, 74:11, 74:13, 74:16, 75:18, 82:3, 85:25, 86:7, 88:15
**wall** [7] - 75:19, 77:11, 78:18, 86:10, 88:12
**Walmart** [1] - 30:11
**wants** [3] - 7:3, 26:18, 60:23
**war** [1] - 22:21
**Washington** [9] - 1:6, 1:13, 1:16, 1:20, 10:23, 22:14, 22:19, 39:16, 48:8
**Washingtonians** [1] - 23:2
**waste** [1] - 87:14
**watch** [1] - 47:5
**watched** [3] - 15:22, 21:22, 87:7
**watching** [2] - 24:23, 30:11
**waving** [5] - 26:17, 26:21, 33:20, 33:22, 84:18
**ways** [1] - 11:24
**wear** [1] - 64:24

**wearing** [7] - 8:2, 81:14, 83:8, 88:10, 89:14, 93:3, 103:4
**week** [1] - 52:22
**welcome** [3] - 27:10, 51:24, 52:15
**west** [38] - 40:1, 40:2, 40:6, 47:23, 47:25, 48:1, 48:25, 49:2, 49:5, 49:6, 49:10, 51:18, 51:20, 54:3, 54:7, 55:4, 55:21, 70:17, 74:17, 76:7, 77:21, 77:22, 77:23, 78:16, 81:25, 84:1, 86:5, 88:12, 88:17, 95:4, 95:5, 96:1, 104:20
**White** [3] - 22:15, 24:4, 26:2
**white** [13] - 64:21, 78:18, 81:14, 82:9, 83:4, 83:8, 86:8, 88:10, 89:14, 93:3, 103:4, 108:1
**whole** [2] - 13:3, 31:5
**wide** [1] - 39:21
**widest** [1] - 39:22
**wife** [1] - 12:16
**willing** [1] - 5:10
**windows** [6] - 13:1, 13:3, 16:20, 32:18, 32:20
**wing** [9] - 9:4, 12:25, 13:9, 51:9, 51:14, 51:16, 51:17, 79:7, 100:1
**winner** [1] - 11:13
**wiser** [1] - 21:15
**witness** [13] - 36:11, 36:16, 36:25, 37:11, 37:17, 46:19, 85:13, 85:23, 103:8, 108:20, 108:22, 108:23, 109:1
**WITNESS** [16] - 2:2, 37:6, 37:8, 46:12, 47:8, 47:11, 47:14, 52:15, 58:7, 65:10, 75:8, 84:22, 90:14, 93:10, 93:22, 108:19
**Witness** [1] - 37:3
**woman** [1] - 66:9
**women** [9] - 56:17, 64:6, 65:4, 65:21, 65:24, 66:4, 66:7, 66:11, 66:19
**won** [1] - 10:15
**word** [1] - 59:15
**words** [1] - 72:12

**wrote** [1] - 10:18

# X

**X-ray** [1] - 52:23

# Y

**year** [1] - 45:1
**years** [5] - 11:12, 22:21, 44:25, 45:15
**yelling** [2] - 13:23, 16:24
**yellow** [1] - 84:25
**yesterday** [1] - 6:25
**you-all** [4] - 4:21, 8:7, 8:8, 17:21
**yourself** [3] - 44:18, 83:4, 108:6

# Z

**zoom** [4] - 81:3, 81:5, 84:11, 93:10
**zoomed** [2] - 83:2, 93:22