UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00204-BAH |
| | : | |
| MATTHEW BLEDSOE, | : | |
| | : | |
| *Defendant.* | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to continue the sentencing date in this matter. The government is requesting a one-month extension of time to consider its sentencing position in this case and to complete briefing supporting that position. The defense does not oppose this motion. Both parties can be available from February 11-27, 2025, if one of those dates works for the court's schedule.

Respectfully submitted,

UNITED STATES ATTORNEY

DATED: January 3, 2025        By: _____
JAMIE CARTER
Assistant United State Attorney
Bar No. 1027970
Office of the United States Attorney
for the District of Columbia
601 D Street, N.W., Room 4.210
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
Office: 202-252-6741